

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

OCT 8 2024

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

AIRIGAN SOLUTIONS, LLC,

               Plaintiff,

v.

MORNING CHEF, *et al*.,

               Defendants.

Civil Action No. 2:24-cv-1407

**<u>FILED UNDER SEAL</u>**

**DECLARATION OF DEE ODELL
IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Dee Odell, declare and state as follows:

1.      I am over 18 years of age, and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction ("Application'). If called upon to do so, I could and would competently testify to the following facts set forth below.

2.      In making this Declaration, I represent the collective effort of a team of researchers for Ference & Associates, including myself, who conducted an investigation to determine if the identified Defendants were and/or are currently offering for sale and/or selling Infringing Products and whether each of the identified Defendants will ship and/or has actually shipped Infringing Products to the United States, including customers specifically located in Pennsylvania.

- 1 -

3.       Prior to filing this Declaration, we accessed through the respective Third Party Service Providers, the Merchant Storefronts[1] operating under the seller identities as identified on **Schedule "A"** of the Complaint (the "Seller IDs"). Upon accessing each of the Merchant Storefronts, we were able to view Defendants' Infringing Products[2], we were able to view Through visual inspection of the Defendants' listing for Infringing Products, it was confirmed that each Defendant is featuring, displaying, and/or using Plaintiff's Works, or substantially similar copies of Plaintiff's Work, without authorization and that the products that each Defendant is offering for sale, using virtually identical copies of Plaintiff's Work, or substantially similar copies of Plaintiff's Work, without authorization and that the products that each Defendant is offering for sale, using virtually identical copies of Plaintiff's Work, or substantially similar copies of Plaintiff's Work are, in fact, not genuine products. The checkout pages or order forms for the Infringing Products confirm that each Defendant was and/or is still currently offering for sale and/or selling Infringing Products through their respective Merchant Storefronts and User Accounts and that each Defendant provides shipping and/or has actually shipped Infringing Products to the United States, including to customers located in Pennsylvania.

---

[1]    As defined in the Application, a "Merchant Storefront" is any and all User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in products, including Infringing Products, which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them.

[2]    As set forth in the Complaint, Plaintiffs are suing Defendants for infringing on their US Patent. Defendants have willfully infringed one or more of the claims of U.S. Patent No. 9,968,211 ("Plaintiffs' Patent"), using Plaintiff's federally registered copyrighted photographs or substantially similar copies to pass off the infringing products, thus infringing on Plaintiff's copyright and unfairly competing, in order to counterfeit Plaintiff's Product (the "Infringing Product") by offering for sale, selling, and distributing knock-off versions of Plaintiff's Product  (the "Infringing Product") which closely mimic the appearance of Plaintiffs' genuine product within this district and throughout the United States by operating e-commerce stores established at least via the Internet marketplace website Amazon.com, eBay.com, Alibaba.com, AliExpress.com, Temu, TikTok, Walmart.com, or wish.com, under their Store Names and Seller Names identified on Schedule "A" hereto (the "Seller IDs").

At checkout, a shipping address located in the Pittsburgh area ("the Pennsylvania Address") in the Western District of Pennsylvania verified that each Defendant provides shipping to the Pennsylvania Address. We inspected the detailed web listings describing the Infringing Products Defendants are offering for sale through the Internet based e-commerce stores operating under each of the respective Seller IDs, and determined (1) that the listing infringed on the Plaintiff's Work, and (2) the products were not genuine versions of the Plaintiff's Products. These were sent to Margaret Tyler, the present of Airigan Solutions LLC. True and correct copies of the detailed web listings we captured and downloaded showing the various Infringing Products listed via Defendant's Seller IDs, together with redacted copies of the order summary web pages and confirmation that Defendants were willing and able to ship to the Pennsylvania Address are attached hereto as Composite Exhibit 1.  Further, when the ordered product was received it was examined and determined not to be authentic. Further, each of the Defendants who shipped the product collected and paid Pennsylvania sales tax.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 8th day of October, 2024, at Sewickley, Pennsylvania.


_____/s/ Dee Odell_____
Dee Odell

# Seller Display Name
# Morning Chef

# Seller ID
# 102513028

9/11/24, 12:28 PM
Case 2:24-cv-01407-WSS Document 15 Filed 10/08/24 Page 5 of 252
Hard Boiled Egg Peeler Hand Crank Egg Peeler Shaker Egg Shell Removal Tool for Kitchen Accessories Yellow - Walmart.com

**A study-break upgrade**

Sponsored



PZCC

Hard Boiled Egg Peeler Hand Crank Egg Peeler Shaker Egg Shell Removal Tool for Kitchen Accessories Yellow

⭐ (10) | 1 review

## At a glance

| Brand | Material |
|---|---|
| PZCC | PP, GPPS |

## About this item

1. HOW TO USE: Add some water to the egg peeler. Add the hard boiled eggs and snap on the lid. Shake the egg shaker up and down so that the eggs touch the lid.
2. TIMES: Shake 4 to 12 times until you feel the shells start to "soften". You can use a peeled hard boiled egg to observe process.
3. HIGH EFFICIENCY: Egg peeler helps you make your favorite egg dishes in no time. Great for people with hand problems or anyone who hates peeling eggs.
4. EASY TO STORE: Hard boiled egg peeler is made of PP and GPPS and is small, lightweight and easy to use. Compact and easy to store.
5. KITCHEN TOOLS: Hard boiled egg cracker is a handy kitchen tool that makes a great egg present for a housewarming party or any dorm room.

View more ⌄

**$7.59**

Price when purchased online ⓘ

🔵 Free 90-day returns

[ Add to cart ]

[ Buy now ]

### How do you want your item?

W+ Try 30 days free

| 🚚 Shipping Arrives tomorrow | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

Delivery t ▮▮▮▮▮

Sold by **Morning Chef**
Fulfilled by Walmart
View seller information

🔵 Free 90-day returns  Details

♡ Add to list          📋 Add to registry





‹ Back to item

# Morning Chef

☆☆☆☆☆

No reviews yet

Shop all seller items

🏠  Business Name: Bethlehem LLC

✉  Contact seller

📞  (240) 360-1856

📍  12127 CLIFTONDALE DR
SILVER SPRING, MD 20904, US

About Seller

## Seller reviews

This seller doesn't have any reviews yet.

## About Seller

ⓘ  This seller may also engage in manufacturing, importing or reselling consumer products.

Morning Chef is a professional kitchen brand on the block manufacturing all kinds of knives and kitchen tools. The high-quality kitchen knives series are manufactured from high-carbon stainless steel, steel with stunning beautiful yet comfortable handles that are designed for professionals who include chefs, culinary, experts, food caterers as well as ordinary people.



**Shipping, arrives tomorrow, Sep 12**
Order within **1 hr 27 min**

Edit

**Delivery instructions (optional)**     Edit

Apartment

## Items details       Hide details

⏳ **Arrives tomorrow, Sep 12, order within 1 hr 27 min**     1 item

Sold by Morning Chef
**Fulfilled by Walmart**
Free shipping on orders over $35

Hard Boiled Egg Peeler Hand Crank Egg Peeler Shaker Egg Shell Removal Tool for Kitchen...

**$7.59**

Remove     −   1   +

## Payment method



**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$15.60

+ Add new payment      Edit payment

**one**

**onepay** $15 cash back when you spend $15+     Sign up

Add any credit or debit card & stack cash back

Walmart+   Free 30-day trial



**Place order for $15.60**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $7.59 |
| Below order minimum (less than $35) | $6.99 |
| Estimated taxes | $1.02 |

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.40 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ Foundation (NFWF)

$1.00   $2.00   $5.00

**Estimated total**      **$15.60**

Have a promo code?     ⌄

 More flavors. More crunch                                    Sponsored



Brian, your order is confirmed.

# Time to get excited. Your order is in the works!

We'll email details to ████████████████

$15.60  ███████████████

 Walmart+ $6.99 off membership
**Paid a shipping fee? Get a month of W+ for 50% off!**          Claim Offer

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.   Select a local charity ⓘ

**Shipping, arrives by tomorrow, Sep 12**

███████████████████████

**Arrives by Thu, Sep 12, 2024**
1 item



**Payment method**                                          View details
████████████████                                              $15.60



Now **$125.99** ~~$329.99~~
Tacool 8,000 BTU Portable Air Conditioner with Remote Control, 3-in-1 AC Unit, Cool Rooms up to 250 sq ft
★★★★☆ 62



Now **$118.99** ~~$132.99~~
2, 3, or 4 inch Gel-Infused Memory Foam Mattress Topper with Removable Fitted Cover (4 inch, King)
★★★★½ 1401



Now **$249.99** ~~$1,299.99~~
Lofka Convertible Couch and Sofa and L Shaped Sectional Sofa Bed with 10" Thick Cushion for Living Room Gray
★★★★½ 255



$14.58
Kitchenaid Stainless Steel 0.58 lb Garlic Press with Black Rubber Handle
★★★★½ 75
2 days



$8.97
Craft Kitchen Box Grader
★★★★½ 13



$11.66
Paris Hilton Expandable Sink Strainer, Pink
★★★★★ 16

9/11/24, 12:35 PM


**More flavors. More crunch**

Sponsored





Sep 11, 2024 order

Hard Boiled Egg Peeler Hand Crank Egg Peeler Shaker Egg Shell Removal Tool for Kitchen Accessories Yellow          Qty 1          $7.59

**Subtotal**                                                                                     $7.59

Below order minimum fee                                                                          $6.99

**Tax**                                                                                          $1.02

**Total**                                                                                       **$15.60**

**Charge history** Your transaction activity for this order    ›

**Payment method**    Edit

# Seller Display Name

# bei jing zhi fu ke ji

# Seller ID

# 102566552

BLACK+DECKER  A study-break upgrade                                    Sponsored ⓘ



SHISISI
**Egg removal eggshell peeler manual peeling tool hand-cranked egg peeler (black)**

**At a glance**

| Brand |
|-------|
| SHISISI |

**About this item**
Egg removal eggshell peeler manual peeling tool hand-cranked egg peeler (black)



**$13.04**
Price when purchased online ⓘ
◉ Free 30-day returns

Add to cart

Buy now

**How do you want your item?**

| 🚚 Shipping<br>Arrives Sep 23<br>Free | 🚗 Pickup<br>Not available | 🛍️ Delivery<br>Not available |
|---|---|---|

Delivery to ▬▬▬▬

🏬 Sold and shipped by  **bei jing zhi fu ke ji**
View seller information
◉ Free 30-day returns  Details

♡ Add to list                              🎁 Add to registry

---

Sponsored
**$13.99**
Talisman Designs Ginger Peeler & Grater, Purple
★★★☆☆ 4
2-day shipping

+ Add







 Back to item

# bei jing zhi fu ke ji

☆☆☆☆☆

No reviews yet

Shop all seller items

🏠 Business Name: bei jing fu ke ji you xian gong si

✉ Contact seller

📞 (+86) 19891188542

📍 bei jing shi chang ping qu ke xing xi lu 4 3 hao lou 1 zhi 2 ceng 02-2401 beijinshi, BJ 102208, CN

## Seller reviews

This seller doesn't have any reviews yet.



**Free shipping, arrives by Mon, Sep 23**

Edit

**Delivery instructions (optional)**          Edit

Apartment

**Items details**          Hide details

**Arrives by Mon, Sep 23**          1 item

Sold and shipped by bei jing zhi fu ke ji
Free shipping

Egg removal eggshell peeler manual peeling tool
hand-cranked egg peeler (black)

**$13.04**

Remove          −  1  +



**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

$13.95

+ Add new payment          Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back

Walmart+  Free 30-day trial



**Place order for $13.95**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)          $13.04
Shipping          Free
**Estimated taxes**          $0.91

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.05 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00     $2.00     $5.00

**Estimated total**          **$13.95**

Have a promo code?          ⌄

rmc  **First-String coolers**                                    Sponsored



Brian, your order is confirmed.

# Time to get excited. Your order is in the works!

We'll email details to ██████████████

$13.95  ████████████

  **Walmart**+  $6.99 off membership

**Paid a shipping fee? Get a month of W+ for 50% off!**                    Claim Offer

 sparkgood  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

  **Free shipping, arrives by Mon, Sep 23**

████████████████████████

**Arrives by Mon, Sep 23, 2024**

1 item



**Payment method**                                            View details

████████████████████████                                      $13.95


+ Add

Now **$429.00** ~~$479.99~~
Canon EOS Rebel T7 EF-S 18-55mm IS II Kit
★★★★☆ 239
2 days


+ Add

Now **$125.99** ~~$229.99~~
Tacool 8,000 BTU Portable Air Conditioner with
Remote Control, 3-in-1 AC Unit, Cool Rooms up
to 250 sq ft
★★★★☆ 62

+ Add

Now **$84.99** ~~$099.99~~
Collapsible Garden Wagon Cart with Removable
Canopy, VECUKTY Foldable Wagon Utility Carts
with Wheels and Rear Storage, Wagon Cart for...
★★★★☆ 2458


+ Add

**$2,425.48**
American Furniture Classics, Model 8500-50K,
Deer Valley 4-Piece Set
★★★★☆ 43


+ Add

**$131.14**
Kumho Crugen HP27 All Season Tire - 225/55R19
99V
★★★★☆ 181


+ Add

Now **$149.00** ~~$999.98~~
Frontier 24-inch 5-Drawer Rolling Tool Chest and
Cabinet Combo, Steel, Black
★★★☆☆ 67
2 days

Continue Shopping

 **The puurfect balance**

Sponsored



**Sep 11, 2024 order**

Egg removal eggshell peeler manual peeling tool hand-cranked egg peeler (black)    Qty 1    $13.04

**Subtotal**    $13.04

**Tax**    $0.91

**Total**    $13.95

 **Charge history** Your transaction activity for this order    >

Payment method    Edit

# Seller Display Name

# JZEQBXXYL

# Seller ID

# 102499924



Cook with Clean Ceramic™

*Sponsored*



  

GUANGZWTLI

**jinzhoueqb GUANGZWTLI Brand New Yellow Hard Boiled Egg Peeler - Effortlessly Peel Eggs with The EGG Peeler - Must-Have Kitchen Gadget for Easy Egg Preparation - Innovative Tool for Perfectly Peeled**

**Actual Color:** default

| default |
|---|
| $13.53 |

## At a glance

| Brand |
|---|
| GUANGZWTLI |

## About this item

jinzhoueqb GUANGZWTLI Brand New Yellow Hard Boiled Egg Peeler - Effortlessly Peel Eggs with The EGG Peeler - Must-Have Kitchen Gadget for Easy Egg Preparation - Innovative Tool for Perfectly Peeled

### $13.53

Price when purchased online ⓘ

🚚 Free shipping, arrives Oct 3     ↩ Free 30-day returns ⓘ

| Add to cart |
|---|

| Buy now |
|---|

### How do you want your item?

| 🚚 Shipping<br>Arrives Oct 3<br>Free | 🏪 Pickup<br>Not available | 🏠 Delivery<br>Not available |
|---|---|---|

Delivery to ▓▓▓▓▓▓▓

Sold and shipped by JZEQBXXYL

⭐☆☆☆☆  1 seller review
View seller information

Free 30-day returns   Details

♡ Add to list                    🎁 Add to registry



Reduced price        *Sponsored*

Now $13.99  $15.99

EHJJGNAUG 2 Pack Stainless Steel Egg Piercer for Hard Boiled Eggs

2-day shipping

| + Add |
|---|



‹ Back to item

# JZEQBXXYL

★☆☆☆☆
1 stars out of 5                    See all 1 review

⬤ **0%**    Overall Positive Rating

Shop all seller items

🏠 Business Name:
jinzhouerqibaxiuxianyuleyouxiangongsi

✉ Contact seller

📞 (+86) 13194167776

📍 songshanxinguguoshunongchangdong
wangfenchangliubeicun1-106hao
jinzhoushi, LN 121010, CN

## More items from this seller





+ Add



+ Add



+ Add

**$20.27**
QIBAXXYL Insect-Repelling Bracelet: Stay Protected and Comfortable with This Stylish Waterproof High-Quality Mosquito Repellen...

**$14.48**
QIBAXXYL Highly Effective Professional Knee Stabilizer Brace for Fast Recovery and Pain Relief in Men and Women - Compression...

**$26.96**
QIBAXXYL Stylish Fashionable Women's Crossbody Bag with Trendy Houndstooth Panel Chic Flap Saddle Bag for a Fashion-...

## Seller reviews

# 1 out of 5

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 1 |

1 review    Sort by | Most Relevant ▾

★☆☆☆☆                                    09/19/2024

Seller did not send the tracker or Black band. Only receiver brown band which is useless. Long wait for product to arrive then to have it be wrong. Now another long wait for a refund.

Linda



**Free shipping, arrives by Thu, Oct 3**

[redacted] Edit

**Delivery instructions (optional)** Edit

Apartment

## Items details

Hide details

**Arrives by Thu, Oct 3** 1 item

Sold and shipped by JZEQBXXYL
Free shipping

jinzhoueqb GUANGZWTLI Brand New Yellow Hard Boiled Egg Peeler - Effortlessly Peel Eggs with Th...
Actual Color: default

**$13.53**

Remove − 1 +

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

[redacted] **$14.48**

+ Add new payment Change payment

**one**

onepay $15 cash back when you spend $15+ Sign up

**Add any credit or debit card & stack cash back**

Walmart+ Free 30-day trial

**Place order for $14.48**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item) $13.53
Shipping Free
**Estimated taxes** $0.95

Want to support the National Fish and Wildlife Foundation's Acres for America program with a $0.52 donation?
Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife Foundation (NFWF)**

$1.00 $2.00 $5.00

**Estimated total** **$14.48**

Have a promo code?





 Blend like magic

Sponsored



Brian, your order is confirmed.

# Time to get excited. Your order is in the works!

We'll email details to ██████████████
$14.48 ██████████████

 Walmart $6.99 off membership
**Paid a shipping fee? Get a month of W+ for 50% off!**    Claim Offer

 **sparkgood**  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.    Select a local charity ⓘ

 Free shipping, arrives by Thu, Oct 3

██████████████████████

**Arrives by Thu, Oct 3**
1 item



| Payment method | View details |
|---|---|
| ████████████████████ | $14.48 |





+ Add                    + Add                    + Add

**Now $16.59** ~~$49.99~~          $719.00                    **Now $16.59** ~~$49.99~~
SOLPOWBEN 20000mAh Solar       Epson EcoTank Photo ET-8550    20000mAh Solar Charger for Cell
Charger for Cell Phone iPhone,  Wireless Wide-format Color     Phone iPhone, Portable Solar
Portable Solar Power Bank with  All-in-One Supertank Printer   Power Bank with Dual 5V USB
Dual 5V USB Ports, 2 LED Light  with Scanner, Copier, Ethernet  Ports, 2 LED Light Flashlight,
Flashlight,...                                                  Compass Battery...
★★★★☆ 64                        ★★★★☆ 182                      ★★★★★ 5177
2 days                                                         2 days





+ Add                    + Add                    + Add

$42.36                          $52.99                         $17.99
Small Air Plants - 5            Strelitzia Bulbs, Hardy Plant,  Stephania Bulbs, UFO Plant,Year
Streptophylla - 2 to 4 Inch Air Long Bloom, Fresh Bulbs, Bird  After Year Garden, Stephania
Plants - Color & Form Varies by Of Paradise Bulbs,Large         Erecta Bulb,Stephania Plant
Season - 30 Day Guarantee on    Flowers,Strelitzia Reginae Plant Bulbs,Stephania Erecta Plant Bulb
Tillandsia from YIDOADFEAP (5,...

**one** ━ Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more

Continue Shopping

 **Bite into pickled flavor**

Sponsored





Sep 23, 2024 order

jinzhoueqb GUANGZWTLI Brand New Yellow Hard Boiled Egg Peeler - Effortlessly Peel Eggs with The EGG Peeler - Must-Have Kitchen Gadget for Easy Egg     Qty 1     $13.53
Preparation - Innovative Tool for Perfectly Peeled

| Subtotal | $13.53 |
|---|---|
| Tax | $0.95 |
| **Total** | **$14.48** |

**Charge history** Your transaction activity for this order     ⟩

Payment method     Edit

# Seller Display Name

# KunMingWuHuass

# Seller ID

# 101695096

TASTY  Be on the cutting edge                                                                                 Sponsored ⓘ



 

DANX

Quick Egg Peeler Manually Egg Peeler Portable Hard-boiled Egg Shell Separator Magic Amazing Eggshell Machine Removes Shell Of Eggs Green

**At a glance**

| Brand |
|-------|
| DANX |

**About this item**

Quick Egg Peeler Manually Egg Peeler Portable Hard-boiled Egg Shell Separator Magic Amazing Eggshell Machine Removes Shell Of Eggs Green

**$17.07**

Price when purchased online ⓘ

Free 30-day returns

| Add to cart |
|-------------|
| **Buy now** |

**How do you want your item?**

| Shipping Arrives Sep 24 Free | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to ▬▬▬▬▬▬▬

Sold and shipped by  KunMingWuHuass

View seller information

Free 30-day returns  Details

♡ Add to list                                        Add to registry



Sponsored

$17.99

Walfos Whisk, Silicone Whisks for Cooking & Baking Non Scratch Rubber Coated Pink Whisk for Non-stick Wisk, Balloon Egg Whisk Perfect for Frothing, Blending, Beating (3pack Pink)

2-day shipping

| + Add |
|-------|




‹ Back to item

# KunMingWuHuass

☆ ☆ ☆ ☆ ☆

No reviews yet

Shop all seller items

⌂  Business Name:
   kunmingwuhuataodianxishangmaoyouxiangongsi

✉  Contact seller

☎  (+86) 15817385517

📍 kunmingshiwuhuaquhuashanjiedaobans
   hichucuihuxilushequcuihunanluzhongh
   exiang17hao5zhuang2ceng9hao
   kunmingshi, YN 650032, CN

## Seller reviews

This seller doesn't have any reviews yet.



**Free shipping, arrives by Tue, Sep 24**

███████████████████████                                                    Edit

**Delivery instructions (optional)**                                       Edit

Apartment

**Items details**                                                          Hide details

**Arrives by Tue, Sep 24**                                                 1 item

Sold and shipped by KunMingWuHuass
Free shipping

Quick Egg Peeler Manually Egg Peeler Portable
Hard-boiled Egg Shell Separator Magic Amazing...

**$17.07**

Remove          [ − ]  1  [ + ]



**Place order for $18.26**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                    $17.07
Shipping                                             Free
**Estimated taxes**                                  $1.19

☐  Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.74 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                                  **$18.26**

Have a promo code?                                   ⌄



**Payment method**

ℹ We'll look for smart ways to pay
   We'll suggest payment methods that work best with eligible items in your cart.

████████████████████████████████████  $18.26

+ Add new payment              [ Edit payment ]

🅑 one

onepay  $15 cash back when you spend $15+        [ Sign up ]

💳 Add any credit or debit card & stack cash back

Walmart ✦ Free 30-day trial

 Neutrogena
**Stock up on essentials**
Sponsored



Brian, your order is confirmed.

# Time to get excited. Your order is in the works!

We'll email details to ███████████

$18.26 ███████████

 **Walmart** 🙂 $6.99 off membership
**Paid a shipping fee? Get a month of W+ for 50% off!**    Claim Offer

 spark*good*    **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.   Select a local charity ⓘ

 🚚  **Free shipping, arrives by Tue, Sep 24**

███████████████

**Arrives by Tue, Sep 24, 2024**
1 item

---

**Payment method**                                        View details

████████████████████████                                    $18.26

---


+ Add

$28.99
Disguise Boys' Disney The Incredibles Dash Muscles Costume - Size 7-8
⭐⭐⭐⭐☆ 11


+ Add

$19.79
Transformers Toys EarthSpark Deluxe Class Terran Nightshade Action Figure
⭐⭐⭐⭐½ 35
2 days


+ Add

Now $59.99  $109.99
Best Choice Products Scary Harry the Motion Activated Animatronic Killer Clown, Halloween Prop w/ Pre-Recorded Lines
⭐⭐⭐⭐½ 251
2 days


+ Add

$6.97
Craft Kitchen Ballon Whisk
⭐⭐⭐⭐⭐ 7


+ Add

$9.97
The Pioneer Woman Sweet Romance Food Chopper, White/Teal
⭐⭐⭐⭐☆ 271


+ Add

$46.87  $1.66/oz
Enfamil NeuroPro Powder Baby Formula, MFGM* 5-Year Benefit, Exclusive HuMO6 Immune Blend, 28.3 Oz Can
⭐⭐⭐⭐⭐ 54223

**Continue Shopping**

 **Make it a lasagna night**          Sponsored





**Sep 16, 2024 order**

| | | |
|---|---|---|
| Quick Egg Peeler Manually Egg Peeler Portable Hard-boiled Egg Shell Separator Magic Amazing Eggshell Machine Removes Shell Of Eggs Green | Qty 1 | $17.07 |

**Subtotal** $17.07

**Tax** $1.19

**Total** $18.26

**Charge history** Your transaction activity for this order   >

Payment method   Edit

# Seller Display Name

# lalaxiaohumaoyi

# Seller ID

# 102580542

Case 2:24-cv-01407-WSS    Document 5    Filed 10/08/24    Page 33 of 252

PETARMOR    It's flea & tick season    Sponsored ⓘ



YIWUHOTXIAOHU

YIWUHOTXIAOHU Brand New Yellow EGG Peeler Tool for Hard Boiled Eggs - Easy to Use and Efficient - A Must-Have Kitchen Gadget for Egg Lovers - Fast Egg Peeling Solution with Innovative Des

Actual Color: default

| default
$9.40 |

## About this item

- 1. The EGG Peeler is a must-have kitchen gadget for quickly and easily peeling hard-boiled eggs. With its bright yellow color and new-in-box condition, this egg peeler is sure to become a favorite tool in your kitchen.
- 2. Say goodbye to the frustration of peeling hard-boiled eggs with The EGG Peeler. This innovative kitchen appliance makes egg peeling a breeze, saving you time and effort. Its compact size and easy-to-use design make it a convenient breakfast tool for any kitchen.
- 3. Make breakfast prep a cinch with The EGG Peeler. This yellow egg peeling tool is perfect for removing eggshells quickly and efficiently. Its durable construction and lightweight design make it a handy kitchen utensil for any home cook.
- 4. The EGG Peeler is the ultimate solution for easily peeling hard-boiled eggs. With its sleek yellow design and convenient new-in-box packaging, this egg peeling device is a game-changer for anyone who loves boiled eggs for breakfast.
- 5. Upgrade your kitchen with The EGG Peeler, a revolutionary egg peeling machine that takes the hassle out of preparing hard-boiled eggs. Its compact size, quick peeling action, and vibrant yellow color make it a standout kitchen innovation that will save you time and frustration.

View more ⌄



Sponsored | Legal

**$9.40**

Price when purchased online ⓘ

🔵 Free 30-day returns

| Add to cart |
| Buy now |

### How do you want your item?



| 🚚 Shipping<br>Arrives Sep 19<br>Free | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |

Delivery to ▬▬▬▬▬



‹ Back to item

# lalaxiaohumaoyi

☆☆☆☆☆

No reviews yet

Shop all seller items

---

🏠  Business Name:
yiwushilalaxiaohumaoyiyouxiangongsi

✉  Contact seller

📞  (+86) 18873400935

📍  zhejiangshengjinhuashiyiwushifutianjie
daochengxinsanqu39dong3danyuan20
2
jinhuashi, ZJ 322000, CN

## Seller reviews

This seller doesn't have any reviews yet.



**Free shipping, arrives by Thu, Sep 19**

Edit

**Delivery instructions (optional)**    Edit

Apartment

**Items details**    Hide details

**Arrives by Thu, Sep 19**    1 item

Sold and shipped by lalaxiaohumaoyi
Free shipping

YIWUHOTXIAOHU Brand New Yellow EGG Peeler Tool for Hard Boiled Eggs - Easy to Use and...
Actual Color: default

**$9.40**

Remove    −    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$10.06

+ Add new payment    Edit payment

**one**

onepay  $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back

Walmart+  Free 30-day trial

---



**Place order for $10.06**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)    $9.40
Shipping    Free
Estimated taxes    $0.66

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with a $0.94 donation?
Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00    $2.00    $5.00

Estimated total    $10.06

Have a promo code?    ⌄

 Enjoy Celsius Essentials                                   Sponsored



Brian, your order is confirmed.

# Time to get excited. Your order is in the works!

We'll email details to ███████████

$10.06

 Walmart+ $6.99 off membership
**Paid a shipping fee? Get a month of W+ for 50% off!**                    Claim Offer

sparkgood **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.   Select a local charity ⓘ

🚚 **Free shipping, arrives by Thu, Sep 19**

███████████████████████████

**Arrives by Thu, Sep 19, 2024**
1 item


**Payment method**                                              View details
███████████████████████████                                      $10.06

---


+ Add

**Now $84.99** ~~$199.99~~
Collapsible Garden Wagon Cart with Removable
Canopy, VECUKTY Foldable Wagon Utility Carts
with Wheels and Rear Storage, Wagon Cart for...
★★★★☆ 2458


+ Add

**Now $126.99** ~~$269.99~~
TOETOL Extra Large Metal Chicken Coop Walkin
Hen Run House Cage
★★★★☆ 379
2 days


+ Add

**Now $125.99** ~~$229.99~~
Tacool 8,000 BTU Portable Air Conditioner with
Remote Control, 3-in-1 AC Unit, Cool Rooms up
to 250 sq ft
★★★★☆ 62


+ Add

**$2,425.48**
American Furniture Classics, Model 8500-50K,
Deer Valley 4-Piece Set
★★★★☆ 43


+ Add

**$9.97**
Nerf Dog Solid Tuff Nylon Rubber Bone Dog Toy,
11-inch
★★★☆☆ 200
2 days


+ Add

**$10.96** ~~$11.83/ea~~
Joyspun Women's Seamless Boyshort Panties, 6-
Pack, Sizes XS to 3XL
★★★★☆ 2270

Continue Shopping

 Kid-Approved flavor

Sponsored





YIWUHOTXIAOHU Brand New Yellow EGG Peeler Tool for Hard Boiled Eggs - Easy to Use and Efficient - A Must-Have Kitchen Gadget for Egg Lovers - Fast Egg Peeling Solution with Innovative Des    Qty 1    $9.40

| Subtotal | $9.40 |
|---|---|
| Tax | $0.66 |
| **Total** | **$10.06** |

**Charge history** Your transaction activity for this order

Payment method    Edit

# Seller Display Name

# linlingliu

# Seller ID

# 101593770

TASTY  Be on the cutting edge                                                                   Sponsored



DIYSHOP

**Egg removal eggshell peeler manual peeling tool hand-cranked egg peeler (red)**

✓ Bought 1 time
Last purchased on September 11, 2024

At a glance

| Brand |
| --- |
| DIYSHOP |

About this item

Egg removal eggshell peeler manual peeling tool hand-cranked egg peeler (red)



**$13.04**

Price when purchased online ⓘ

○ Free 30-day returns

Add to cart

Buy now

How do you want your item?

| 🚚 Shipping<br>Arrives Sep 25<br>Free | 🚗 Pickup<br>Not available | 🏠 Delivery<br>Not available |
| --- | --- | --- |

Delivery to ▮▮▮▮▮▮

🏪 Sold and shipped by **linlingliu**
View seller information

○ Free 30-day returns  Details

♡ Add to list                          🎁 Add to registry

More seller options (2)

Starting from $13.04  Compare all sellers

| | Sponsored<br>**$13.99**<br>Talisman Designs Ginger Peeler & Grater, Purple<br>★★☆☆☆ 3<br>2-day shipping<br>➕ Add |



9/16/24, 2:26 PM

‹ Back to item

## linlingliu

☆☆☆☆☆

No reviews yet

Shop all seller items

🏠 Business Name:
shenzhenshilinlingliudianzishangwuyouxiangongsi

✉ Contact seller

📞 (++86) 13789142864

📍 Baosheng Company 202,Building B, ,N
o. 104 Shuimen Road, Hehua communit
y
Pinghu Street, Longgang District
shen zhen shi, GD 518000, CN

### More items from this seller




**$15.39**

13 Pieces Silicone Thermos Kids Replacement
Straw Set for 12 Ounce funtainer Bottle,
Clear,Thermos/Frozen/Paw Patrol



**$11.90**

2 Paris Fat Shoe Laces for Sneakers, 0.78"
Wide Athletic Shoelaces



**$14.29**

12 Pack Kayak Drain Plug Push in Compatible
with Sun Dolphin Kayaks Aruba 8 SS, Aruba 10,
Bali 8, Excursion 10 Fishing Boats, Pedal Boa...

★★★★★ 1

### Seller reviews

This seller doesn't have any reviews yet.



**Free shipping, arrives by Wed, Sep 25**

Edit

**Delivery instructions (optional)**          Edit

Apartment

**Items details**          Hide details

**Arrives by Wed, Sep 25**          1 item

Sold and shipped by linlingliu
Free shipping

Egg removal eggshell peeler manual peeling tool
hand-cranked egg peeler (red)

**$13.04**

Remove          —    1    +

## Payment method



**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$13.95

+ Add new payment          Edit payment

**one**

**onepay** $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back

Walmart+  Free 30-day trial



**Place order for $13.95**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)          $13.04
Shipping          Free
**Estimated taxes**          $0.91

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.05 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00          $2.00          $5.00

**Estimated total**          **$13.95**

Have a promo code?          ⌄

 *Velveeta* Game day drip

Sponsored



Brian, your order is confirmed.

# Time to get excited. Your order is in the works!

We'll email details to ▓▓▓▓▓▓▓▓
$13.95

 **Walmart** $6.99 off membership
**Paid a shipping fee? Get a month of W+ for 50% off!**    Claim Offer

spark good  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

🚚  **Free shipping, arrives by Wed, Sep 25**

▓▓▓▓▓▓▓▓▓▓▓▓▓

**Arrives by Wed, Sep 25, 2024**
1 item

**Payment method**                                      View details
▓▓▓▓▓▓▓▓▓▓                                                  $13.95


+ Add

Now $29.25 ~~$57.98~~
The Batman: Child Deluxe Batman Costume


+ Add

Now $44.99 ~~$89.99~~
Best Choice Products Animatronic Roaming Doll
Halloween Decoration, Haunted Holly Sound
Activated Prop w/ Light-Up Eyes
★★★★☆ 377
2 days


+ Add

Now $59.99 ~~$109.99~~
Best Choice Products Scary Harry the Motion
Activated Animatronic Killer Clown, Halloween
Prop w/ Pre-Recorded Lines
★★★★☆ 251
2 days


+ Add

$46.87 ~~$5.66/oz~~
Enfamil NeuroPro Powder Baby Formula, MFGM*
5-Year Benefit, Exclusive HuMO6 Immune Blend,
28.3 Oz Can
★★★★★ 14223


+ Add

$15.93 $1.21/100 ct
Great Value Ultra Strong Paper Towels, White, 12
Double Rolls
★★★★☆ 12693


+ Add

$49.97 10 ¢/ea
Pen+Gear Copy Paper, 8.5" x 11", 92 Bright White,
20 lb., 10 Ream Case (5,000 Sheets)
★★★★☆ 22175
2 days

Continue Shopping

 **Make it Progresso**

Sponsored



Se 16 2024 order

Egg removal eggshell peeler manual peeling tool hand-cranked egg peeler (red)    Qty 1    $13.04

**Subtotal**    $13.04

**Tax**    $0.91

**Total**    $13.95

**Charge history** Your transaction activity for this order    >

Edit
Payment method

# Seller Display Name

# Rongxiang Trading

# Seller ID

# 102485970

BLACK+DECKER  A study-break upgrade                                                                    Sponsored ⓘ



Rongxiang Trading

**The Negg Boiled Egg Peeler Yellow**

At a glance

| Brand |
|---|
| Rongxiang Trading |

About this item

The Negg Boiled Egg Peeler Yellow



**$16.04**

Price when purchased online ⓘ

◉ Free 30-day returns

Add to cart

Buy now

How do you want your item?

| 🚚 Shipping Arrives Sep 20 Free | 🚗 Pickup Not available | 🛍️ Delivery Not available |

Delivery to ▮▮▮▮▮▮

🏪 Sold and shipped by **Rongxiang Trading**
View seller information

◉ Free 30-day returns  Details

♡ Add to list                                    🎁 Add to registry

---

Reduced price    Sponsored
Now **$13.99** ~~$15.99~~
EHUJGNAUG 2 Pack Stainless Steel Egg Piercer for Hard Boiled Eggs
2-day shipping

+ Add

In 50+ people's carts



‹ Back to item

# Rongxiang Trading

☆ ☆ ☆ ☆ ☆

No reviews yet

Shop all seller items

🏠 Business Name:
Zhongshanshirongxiangmaoyiyouxiangongsi

✉ Contact seller

📞 (+86) 15323921019

📍 Room 303, No. 84, Minquan Road, Shiq
i District, Zhongshan City
Zhongshanshi, GD 528400, CN

## Seller reviews

This seller doesn't have any reviews yet.



**Free shipping, arrives by Fri, Sep 20**

Edit

▮▮▮▮▮▮▮▮▮▮▮▮▮

**Delivery instructions (optional)**                                          Edit

Apartment

**Items details**                                                             Hide details

**Arrives by Fri, Sep 20**                                                    1 item

Sold and shipped by Rongxiang Trading
Free shipping

The Negg Boiled Egg Peeler Yellow

**$16.04**

Remove          ⊖    1    ⊕

---

📋 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$17.16

+ Add new payment                    Edit payment

one

**onepay**  $15 cash back when you spend $15+          Sign up

💳 Add any credit or debit card & stack cash back

Walmart+ ✦  Free 30-day trial

---

**Place order for $17.16**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                    $16.04
Shipping                                                   Free
**Estimated taxes**                                        $1.12

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.84 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00      $2.00      $5.00

**Estimated total**                                       **$17.16**

Have a promo code?                                         ⌄

9/11/24, 12:42 PM

 More flavors. More crunch — Sponsored



Brian, your order is confirmed.

# Time to get excited. Your order is in the works!

We'll email details to ▮▮▮▮▮▮
$17.16

 Walmart+ $6.99 off membership
**Paid a shipping fee? Get a month of W+ for 50% off!**    Claim Offer

sparkgood **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

🚚 **Free shipping, arrives by Fri, Sep 20**

▮▮▮▮▮▮

**Arrives by Fri, Sep 20, 2024**
1 item



**Payment method**    View details
▮▮▮▮▮▮    $17.16


+ Add
**Now $84.99** ~~$299.99~~
Collapsible Garden Wagon Cart with Removable Canopy, VECUKTY Foldable Wagon Utility Carts with Wheels and Rear Storage, Wagon Cart for...
⭐⭐⭐⭐ 2458


+ Add
**Now $125.99** ~~$229.99~~
Tacool 8,000 BTU Portable Air Conditioner with Remote Control, 3-in-1 AC Unit, Cool Rooms up to 250 sq ft
⭐⭐⭐⭐ 62


+ Add
**Now $129.00** ~~$158.00~~
BISSELL® PowerForce™ Pet XL Upright Carpet Cleaner 3748
⭐⭐⭐⭐ 574


+ Add
$14.58
Kitchenaid Stainless Steel 0.58 lb Garlic Press with Black Rubber Handle
⭐⭐⭐⭐ 75
2 days


+ Add
$8.97
Craft Kitchen Box Grader
⭐⭐⭐⭐ 13


+ Add
$11.66
Paris Hilton Expandable Sink Strainer, Pink
⭐⭐⭐⭐⭐ 36

**Continue Shopping**

https://www.walmart.com/thankyou?pcid=f814fd18-6243-4fb4-a39d-38aec2d10a1d

 **More flavors. More crunch**

Sponsored





Sep 11, 2024 order

The Negg Boiled Egg Peeler Yellow                         Qty 1    $16.04

**Subtotal**                                                       $16.04

**Tax**                                                            $1.12

**Total**                                                          $17.16

**Charge history** Your transaction activity for this order    〉

Payment method    Edit

# Seller Display Name

# Songsiqing Trading

# Seller ID

# 102503653

9/11/24, 12:49 PM

 **A study-break upgrade**

Sponsored 



  

XGNGAN

**XGNGAN The EGG Peeler Hard Boiled Egg Peeler Yellow New in Box!**

Actual Color: default

| default |
| $10.25 |

**At a glance**

| Brand |
| XGNGAN |

**About this item**

- 1. The EGG Peeler is a must-have kitchen gadget for quickly and easily peeling hard-boiled eggs. With its bright yellow color and new-in-box condition, this egg peeler is sure to become a favorite tool in your kitchen.
- 2. Say goodbye to the frustration of peeling hard-boiled eggs with The EGG Peeler. This innovative kitchen appliance makes egg peeling a breeze, saving you time and effort. Its compact size and easy-to-use design make it a convenient breakfast tool for any kitchen.
- 3. Make breakfast prep a cinch with The EGG Peeler. This yellow egg peeling tool is perfect for removing eggshells quickly and efficiently. Its durable construction and lightweight design make it a handy kitchen utensil for any home cook.
- 4. The EGG Peeler is the ultimate solution for easily peeling hard-boiled eggs. With its sleek yellow design and convenient new-in-box packaging, this egg peeling device is a game-changer for anyone who loves boiled eggs for breakfast.
- 5. Upgrade your kitchen with The EGG Peeler, a revolutionary egg peeling machine that takes the hassle out of preparing hard-boiled eggs. Its compact size, quick peeling action, and vibrant yellow color make it a standout kitchen innovation that will save you time and frustration.

View more ⌄

**$10.25**

Price when purchased online ⓘ

◉ Free 30-day returns

| Add to cart |

| Buy now |

**How do you want your item?**

| Shipping<br>Arrives Sep 25<br>Free | Pickup<br>Not available | Delivery<br>Not available |

Delivery to ▢▢▢▢▢

Sold and shipped by **Songsiqing Trading**
View seller information

◉ Free 30-day returns  Details

♡ Add to list        Add to registry



https://www.walmart.com/ip/XGNGAN-The-EGG-Peeler-Hard-Boiled-Egg-Peeler-Yellow-New-in-Box/8955715135?classType=VARIANT&from=/search

1/3



‹ Back to item

# Songsiqing Trading

☆ ☆ ☆ ☆ ☆

No reviews yet

Shop all seller items

---

🏠 Business Name:
Jinansongsiqingshangmaoyouxiangongsi

✉ Contact seller

📞 (+86) 16777341401

📍 Shandongshengjinanshitianqiaoquguan
zhayingjiedaoshimaotiancheng14-2-160
2
jinan, SD 250000, CN

---

## Seller reviews

This seller doesn't have any reviews yet.



**Free shipping, arrives by Wed, Sep 25**

Edit

**Delivery instructions (optional)**                                           Edit

Apartment

**Items details**                                                              Hide details

**Arrives by Wed, Sep 25**                                                     1 item

Sold and shipped by Songsiqing Trading
Free shipping

XGNGAN The EGG Peeler Hard Boiled Egg Peeler
Yellow New in Box!
Actual Color: default

**$10.25**

Remove                    —    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$10.97

+ Add new payment                                           Edit payment

**one**

onepay  $15 cash back when you spend $15+                    Sign up

Add any credit or debit card & stack cash back

Walmart+  Free 30-day trial



**Place order for $10.97**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                            $10.25
Shipping                                                       Free
**Estimated taxes**                                          $0.72

☐  Want to support the National Fish and Wildlife  ⓘ
   Foundation's Acres for America program with
   a $0.03 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

Donate a whole dollar to National Fish and Wildlife  ⓘ
Foundation (NFWF)

$1.00        $2.00        $5.00

**Estimated total**                                          **$10.97**

Have a promo code?                                            ⌄



 Find your way to crave                                    Sponsored ⓘ

Brian, your order is confirmed.

# Time to get excited. Your order is in the works!

We'll email details to ███████████
$10.97

 **Walmart** $6.99 off membership
**Paid a shipping fee? Get a month of W+ for 50% off!**                    [ Claim Offer ]

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

🚚 **Free shipping, arrives by Wed, Sep 25**

███████████████████████

**Arrives by Wed, Sep 25, 2024**
1 item


**Payment method**                                      View details
███████████████████████                                 $10.97


Now **$125.99** ~~$329.99~~
Tacool 8,000 BTU Portable Air Conditioner with Remote Control, 3-in-1 AC Unit, Cool Rooms up to 250 sq ft
★★★★☆ 62


Now **$126.99** ~~$269.99~~
TOETOL Extra Large Metal Chicken Coop Walkin Hen Run House Cage
★★★★½ 379
2 days


Now **$84.99** ~~$299.99~~
Collapsible Garden Wagon Cart with Removable Canopy, VECUKTY Foldable Wagon Utility Cards with Wheels and Rear Storage, Wagon Cart for...
★★★★½ 2458


$14.58
Kitchenaid Stainless Steel 0.58 lb Garlic Press with Black Rubber Handle
★★★★½ 75
2 days


$11.66
Paris Hilton Expandable Sink Strainer, Pink
★★★★★ 36


$7.47
Mainstays 3pcs Silicone Whisk Set, L-10.5in/10.4in/9.6in, Red, Blue and Silver Color
★★★★½ 99

[ Continue Shopping ]

https://www.walmart.com/thankyou?pcid=f160a7df-7071-43df-9e7c-95f16cf071c7                    1/2

 Enjoy Celsius Essentials

Sponsored





**Sep 11, 2024 order**

XGNGAN The EGG Peeler Hard Boiled Egg Peeler Yellow New in Box!    Qty 1    $10.25

**Subtotal**    $10.25

**Tax**    $0.72

**Total**    $10.97

**Charge history** Your transaction activity for this order    ›

Payment method    Edit

# Seller Display Name

# xinyahanzhuangshi

# Seller ID

# 102566983

BLACK & DECKER A study-break upgrade                                    Sponsored ⓘ



DIYSHOP

Egg removal eggshell peeler manual peeling tool hand-cranked egg peeler (red)

## At a glance

| Brand |
|-------|
| DIYSHOP |

## About this item

Egg removal eggshell peeler manual peeling tool hand-cranked egg peeler (red)

### $13.04

Price when purchased online ⓘ

○ Free 30-day returns

Add to cart

Buy now

How do you want your item?

| Shipping Arrives Sep 19 Free | Pickup Not available | Delivery Not available |

Delivery t ▓▓▓▓▓▓

🏪 Sold and shipped by  xinyahanzhuangshi
View seller information

○ Free 30-day returns  Details

♡ Add to list          🗒 Add to registry



Reduced price

Sponsored
Now $12.59 $16.99
Original Vegetable Peeler Carbon Steel Blade 3-Pack Red/Green/Yellow
2-day shipping

+ Add



< Back to item

# xinyahanzhuangshi

☆☆☆☆☆

No reviews yet

Shop all seller items

---

🏠 Business Name: gui zhou xin ya han zhuang shi you xian gong si

✉ Contact seller

📞 (+86) 15855808659

📍 guizhoushengguiyangshinanmingqunan yuelu4hao
   guiyangshi, GZ 550005, CN

---

## Seller reviews

This seller doesn't have any reviews yet.



**Free shipping, arrives by Thu, Sep 19**

Edit

**Delivery instructions (optional)**                                    Edit

Apartment

---

**Items details**                                                       Hide details

**Arrives by Thu, Sep 19**                                              1 item

Sold and shipped by xinyahanzhuangshi

Free shipping

Egg removal eggshell peeler manual peeling tool
hand-cranked egg peeler (red)

**$13.04**

Remove          −    1    +

---



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$13.95

+ Add new payment                              Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back

Walmart+  Free 30-day trial

---



**Place order for $13.95**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                          $13.04
Shipping                                                    Free
**Estimated taxes**                                         $0.91

Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.05 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00          $2.00          $5.00

**Estimated total**                                        **$13.95**

Have a promo code?                                          ⌄

---

 More flavors. More crunch                                              Sponsored



Brian, your order is confirmed.

# Time to get excited. Your order is in the works!

We'll email details to ████████████

$13.95 | ████████████

 **Walmart** ⁺ $6.99 off membership
**Paid a shipping fee? Get a month of W+ for 50% off!**                    Claim Offer

spark good  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.   Select a local charity ⓘ

 **Free shipping, arrives by Thu, Sep 19**

████████████████████

**Arrives by Thu, Sep 19, 2024**
1 item



**Payment method**                                             View details

████████████                                                   $13.95


+ Add

Now $429.00  ~~$479.99~~
Canon EOS Rebel T7 EF-S 18-55mm IS II Kit
★★★★☆ 239
2 days


+ Add

Now $259.00  ~~$599.99~~
Smart Automatic Self-Cleaning Cat Litter Box,
APP Control/Integrated Safety Protection,White
★★★★☆ 54


+ Add

Now $126.99  ~~$269.98~~
TOETOL Extra Large Metal Chicken Coop Walkin
Hen Run House Cage
★★★★☆ 379
2 days


+ Add

$2,425.48
American Furniture Classics, Model 8500-50K,
Deer Valley 4-Piece Set
★★★★☆ 43


+ Add

Now $123.00  ~~$969.99~~
Renwick Upholstered Accent Chair with Rattan
Sides for Living Rooms,Beige
★★★★☆ 38


+ Add

$10.96  $1.83/ea
Joyspun Women's Seamless Boyshort Panties, 6-
Pack, Sizes XS to 3XL
★★★★☆ 2270

Continue Shopping

 **More flavors. More crunch**

Sponsored





Se  11, 2024 order

Egg removal eggshell peeler manual peeling tool hand-cranked egg peeler (red)    Qty 1    $13.04

**Subtotal**    $13.04

**Tax**    $0.91

**Total**    $13.95

**Charge history** Your transaction activity for this order    ›

Payment method    Edit

# Seller Display Name

# xulizhixingkeji

# Seller ID

# 102579631

9/11/24, 12:56 PM    SHENZHENXULIZX Brand New Yellow Egg Peeler - Easy-to-Use Hard Boiled Egg Peeler - Innovative Tool for Effortless Egg Peeling - Must-Have Kitchen Gadget for Cooking Enthusiasts - Durable a - Walmart.com

Case 2:24-cv-01407-WSS   Document 15   Filed 10/08/24   Page 68 of 252

BLACK+DECKER   A study-break upgrade                                                                      Sponsored ⓘ



  

SHENZHENXULIZX

**SHENZHENXULIZX Brand New Yellow Egg Peeler - Easy-to-Use Hard Boiled Egg Peeler - Innovative Tool for Effortless Egg Peeling - Must-Have Kitchen Gadget for Cooking Enthusiasts - Durable a**

Actual Color: default

| default
$9.33 |

**At a glance**

| Brand
SHENZHENXULIZX |

**About this item**

- 1. The EGG Peeler is a must-have kitchen gadget for quickly and easily peeling hard-boiled eggs. With its bright yellow color and new-in-box condition, this egg peeler is sure to become a favorite tool in your kitchen.
- 2. Say goodbye to the frustration of peeling hard-boiled eggs with The EGG Peeler. This innovative kitchen appliance makes egg peeling a breeze, saving you time and effort. Its compact size and easy-to-use design make it a convenient breakfast tool for any kitchen.
- 3. Make breakfast prep a cinch with The EGG Peeler. This yellow egg peeling tool is perfect for removing eggshells quickly and efficiently. Its durable construction and lightweight design make it a handy kitchen utensil for any home cook.
- 4. The EGG Peeler is the ultimate solution for easily peeling hard-boiled eggs. With its sleek yellow design and convenient new-in-box packaging, this egg peeling device is a game-changer for anyone who loves boiled eggs for breakfast.
- 5. Upgrade your kitchen with The EGG Peeler, a revolutionary egg peeling machine that takes the hassle out of preparing hard-boiled eggs. Its compact size, quick peeling action, and vibrant yellow color make it a standout kitchen innovation that will save you time and frustration.

View more ⌄

**$9.33**

Price when purchased online ⓘ

◉ Free 30-day returns

| Add to cart |

| Buy now |

**How do you want your item?**

| 🚚 Shipping
Arrives Sep 19
Free | 🚗 Pickup
Not available | 🛍️ Delivery
Not available |

Delivery to ▬▬▬▬

🏪 Sold and shipped by   **xulizhixingkeji**
View seller information

◉ Free 30-day returns   Details

♡ Add to list                    🗒 Add to registry



‹ Back to item

# xulizhixingkeji

☆☆☆☆☆

No reviews yet

Shop all seller items

Business Name:
shenzhenshixulizhixingkejiyouxiangongsi

✉ Contact seller

☎ (+86) 19815796810

⌖ shenzhenshilonghuaqudalangjiedaogao
fengshequlongguanxiluyichengguoji30
3
shenzhenshi, GD 518000, CN

## Seller reviews

This seller doesn't have any reviews yet.

9/11/24, 12:59 PM



### Free shipping, arrives by Thu, Sep 19

Edit

**Delivery instructions (optional)**    Edit

Apartment

### Items details    View details

1 item



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$9.98

Edit payment

**one**

onepay  $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back



**Walmart+** Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



### Text updates for this order

This phone number previously replied STOP to a Walmart text update about a pick-up or delivery order, or turned texts off in their Account settings. If you check the box above, you'll only receive updates for this order, unless you save the preference.

---



**Place order for $9.98**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $9.33 |
| Shipping | Free |
| **Estimated taxes** | $0.65 |

☐ Want to support the National Fish and Wildlife Foundation's Acres for America program with a $0.02 donation? ⓘ

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

Donate a whole dollar to National Fish and Wildlife Foundation (NFWF) ⓘ

| $1.00 | $2.00 | $5.00 |
|---|---|---|

| **Estimated total** | $9.98 |
|---|---|

Have a promo code? ⌄

---

 **The puurfect balance**

Sponsored





Se   11  2024 order

SHENZHENXULIZX Brand New Yellow Egg Peeler - Easy-to-Use Hard Boiled Egg Peeler - Innovative Tool for Effortless Egg Peeling - Must-Have Kitchen Gadget for Cooking Enthusiasts - Durable a         Qty 1      $9.33

| Subtotal | $9.33 |
|----------|-------|
| Tax | $0.65 |
| **Total** | **$9.98** |

🕐  **Charge history** Your transaction activity for this order    ›

Payment method    Edit

# Seller Display Name

# zhijianshangmao

# Seller ID

# 101670105

9/11/24, 1:55 PM

Case 2:24-cv-01407-WSS   Document 15   Filed 10/08/24   Page 74 of 252

Boiled Egg Peeler Cooked Egg Sheller Hand Shaking Automatic Egg Sheller Eggshell Separator Egg Sheller Kitchen Gadget (Black) - Walmart.com



A study-break upgrade

Sponsored



 

NOBRAND

Boiled Egg Peeler Cooked Egg Sheller Hand Shaking Automatic Egg Sheller Eggshell Separator Egg Sheller Kitchen Gadget (Black)

## At a glance

| Brand |
|---|
| NOBRAND |

## About this item

Boiled Egg Peeler Cooked Egg Sheller Hand Shaking Automatic Egg Sheller Eggshell Separator Egg Sheller Kitchen Gadget (Black)

### $11.35

Price when purchased online ⓘ

◉ Free 30-day returns

**Add to cart**

**Buy now**

### How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 16 | Not available | Not available |
| Free | | |

Delivery to ▮▮▮▮▮▮▮

🏪 Sold and shipped by   zhijianshangmao

View seller information

◉ Free 30-day returns   Details

♡ Add to list                                    🔖 Add to registry



Sponsored

$17.99

Walfos Whisk, Silicone Whisks for Cooking & Baking Non Scratch Rubber Coated Pink Whisk for Non-stick Wisk, Balloon Egg Whisk Perfect for Frothing, Blending, Beating (3pack Pink)

2-day shipping

**+ Add**

Best seller

 

‹ Back to item

# zhijianshangmao

☆☆☆☆☆

No reviews yet

Shop all seller items

🏠  Business Name:
       foshanshijiangzhimujiajuyouxiangongsi

✉️  Contact seller

📞  (+86) 18842664351

📍  foshanshishundequlecongzhenlecongju
       weihuidongcunkaifaquguojijiasichengBz
       uocerceng2zhiyihaoshangpu
       foshan, GD 528000, CN

## Seller reviews

This seller doesn't have any reviews yet.



**Free shipping, arrives by Wed, Sep 18**

Edit

**Delivery instructions (optional)**                    Edit

Apartment

**Items details**                    Hide details

**Arrives by Wed, Sep 18**                    1 item

Sold and shipped by zhijianshangmao
Free shipping

Boiled Egg Peeler Cooked Egg Sheller Hand
Shaking Automatic Egg Sheller Eggshell Separato...

$11.35

Remove          [ − 1 + ]

**Place order for $12.14**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $11.35 |
| Shipping | Free |
| **Estimated taxes** | $0.79 |

☐ Want to support the National Fish and Wildlife
Foundation's Acres for America program with
a $0.86 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife
Foundation (NFWF)

[ $1.00 ] [ $2.00 ] [ $5.00 ]

**Estimated total**                    $12.14

Have a promo code?                    ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$12.14

+ Add new payment                    Edit payment

**one**

**onepay**  $15 cash back when you spend $15+                    Sign up

Add any credit or debit card & stack cash back

Walmart+  Free 30-day trial

 Kid-Approved flavor    Sponsored



Brian, your order is confirmed.

# Time to get excited. Your order is in the works!

We'll email details to ████████████

$12.14 ████████████

**Walmart+** $6.99 off membership

**Paid a shipping fee? Get a month of W+ for 50% off!**    Claim Offer

**sparkgood** **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

 Free shipping, arrives by Wed, Sep 18

████████████████

**Arrives by Wed, Sep 18, 2024**
1 item

**Payment method**    View details

████████████████    $12.14



+ Add

Now **$126.99** $169.98
TOETOL Extra Large Metal Chicken Coop Walkin
Hen Run House Cage
★★★★☆ 179

2 days



+ Add

Now **$429.00** $479.99
Canon EOS Rebel T7 EF-S 18-55mm IS II Kit
★★★★☆ 239

2 days



+ Add

Now **$259.99** $599.99
Smart Automatic Self-Cleaning Cat Litter Box,
APP Control/Integrated Safety Protection,White
★★★★☆ 54



+ Add

**$14.58**
Kitchenaid Stainless Steel 0.58 lb Garlic Press
with Black Rubber Handle
★★★★☆ 75

2 days



+ Add

**$8.97**
Craft Kitchen Box Grader
★★★★☆ 13



+ Add

**$11.66**
Paris Hilton Expandable Sink Strainer, Pink
★★★★★ 36

Continue Shopping



GE   **Sealed for good**      Sponsored





**Sep 11, 2024 order**

Boiled Egg Peeler Cooked Egg Sheller Hand Shaking Automatic Egg Sheller Eggshell Separator Egg Sheller Kitchen Gadget (Black)     Qty 1    $11.35

**Subtotal**      $11.35

**Tax**      $0.79

**Total**      $12.14

**Charge history** Your transaction activity for this order   ›

Payment method   Edit

# Alibaba Store Name

# Yiwu Baowo Trading Co., Ltd.

# Alibaba Item Number

# 1601210777582

9/11/24, 10:58 AM   Syh428 Kitchen Artifact Egg Peeling Artifact Household Quick Quail Peeling Cooked Skin Tea Egg Separation   Buy Slicer For Har…

Case 2:24-cv-01407-WSS    Document 15    Filed 10/08/24    Page 81 of 252





9/11/24, 10:56 AM    Company Overview - Yiwu Baowo Trading Co., Ltd.

Case 2:24-cv-01407-WSS    Document 15    Filed 10/08/24    Page 83 of 252



 **Alibaba.com**

## Start order

### Shipping address      Change

### Payment method

+ 🔲 Add a new card   VISA Mastercard AmEx Discover JCB 🟦 💳

○ 💲 Other payment methods   Apay GPay PayPal Pay Later afterpay T/T

### Items and delivery options

**Sold by: Yiwu Baowo Trading Co., Ltd.**

| Delivery by Oct 10 | Shipping fee: USD 6.52 | Change |

Syh428 Kitchen Artifact Egg Peeling Artifact Household Quick Quail Peeling Cooked Skin Tea Egg Separation
Min. order: 100 piece

Color: 3
USD 10.00 /piece     − 1 +    USD 10.00
Only 1 left

Add note to supplier

### 📋 Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

---

### Order summary (1 item)

| Item subtotal | USD 10.00 |
| Shipping fee | USD 6.52 |
| Subtotal | USD 16.52 |

**Proceed to pay**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

🚚 **Delivery via Alibaba.com** Logistics
Expect your order to be delivered before Oct 10 or receive a 10% delay compensation View details

☑ **Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

🔲 **Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with 🛡 Trade Assurance

Need Help? 

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy · Intellectual Property Protection · Privacy Policy · Terms of Use · User Information Legal Enquiry Guide · Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 增B2-20120091-4

9/11/24, 11:05 AM

Case 3:24-cv-01407-WSS    Document 15    Filed 18/08/24    Page 85 of 252

cashier.alibaba.com/pay/result.html?bizType=TA_NORMAL&sse=true&bizSource=pp&orderId=2235989795012029646&payPlanNo...



🔊 **Get tax-exempt status** If you purchase products for resale or production, submit tax information to be verified for tax exemption. <u>Submit</u>    ✕



# Payment successful

Your payment of USD 18.21 has been successfully processed.You can come back to check for the latest order status in 1-2 hours.

| | |
|---|---|
| Order No. | #2235989795012029646 |
| Pay time (PST) | 09/11/2024 08:05 |
| Payment method |  |
| Amount | **USD 18.21** |

**View order details**



AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2021 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4



Home / My Alibaba / Order Management / Order details

🟡 **Trade Assurance Sample Order**      Yiwu Baowo Trading Co., Ltd. | Order number: 223598979501029646

| Order | Payment | Dispatch | Delivery | Review |
|---|---|---|---|---|

Get tax-exempt status - if you purchase products for resale or production, submit tax information to be verified for tax exemption. Submit now or Learn more

### Waiting for supplier to ship

✓ Payment   Sep. 11, 2024, 08:05:41 PDT., the order amount USD 16.52 has reached the supplier's account.

Please contact the supplier to complete the delivery by the shipping method and at the cost agreed upon.

Modify shipping address    Apply for refund

---

🟧 **Production Monitoring & Inspection Services**   🔵 SGS 🔵 🔵 🔴      as low as   USD 48.00   [Add services]

To help reduce risks in production delay and product conformity

* Please make sure to select and pay for the service at least **7 working days before the shipment date**.

---

⌄ Shipping details

Ship time: Shipment not dispatched      Estimated delivery time: 6-9 working day(s)
Shipping method: Express

> Payment history                               Transactions   Payment method list   Account
> Operation history

---

### Order details

Order number: 223598979501029646   Order Date: 2024-09-11 08:04:36       [View contract]

| No. | Product name | Product image | Spec/Specs | Quantity | Unit | Unit price | Total |
|---|---|---|---|---|---|---|---|
| 1 | Syh428 Kitchen Artifact Egg Peeling Artifact Household Quick Quail Peeling Cooked Skin Tea Egg Separation | | Color: 3 | 1.00 | Pieces | USD 10.0000 | USD 10.00 |
| | | | Product Description: - | | | | |

| | | | | | Product Quantity **1.00** | Total Price **USD 10.00** |
|---|---|---|---|---|---|---|

### Shipment terms

| Shipping method | Shipping fee | |
|---|---|---|
| �"Express | USD 6.52 | |
| **Shipment date** | **Estimated Delivery Time** | **Ship from** |
| 14 days after full amount collected is credited | 6-9 working day(s) | CN |
| **Carrier** | **Shipping address** | |
| Parcels (Standard) Alibaba.com Logistics <br> Under the terms of the contract, the seller can not use other logistics providers. | ███████████████████████ | |
| **Trade terms** | | |
| DAP:When the goods arrive at the destination place, you need to unload the goods and do the import customs clearance, and pay the import duty as well as any other destination port fees. | | |

### Payment terms

| Payment method | Order total | Tax ⓘ | Amount due |
|---|---|---|---|
| VISA 💳 T/T PayPal <br> 🍎Pay GPay **Online Transfer** | USD 16.52 | USD 1.16 <br> Tax details | USD 17.68 |

### Trade Assurance terms

**Trade Assurance**
- The buyer will be eligible for a refund if you do not ship the goods on time.
- If the product quality does not match the contract or the supplier did not ship the products on time, you can request a refund within 30 days of delivery.

# Alibaba Store Name

# Yuhuan Aobo Plastic Industry Co., Ltd.

# Alibaba Item Number

# 1601213377034





Super SUPER SAVERS | Get hot picks with an extra 20% off Explore now →

Alibaba.com Products | What are you looking for? Search Deliver to: 15143-1554, US

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

Super **Stocked Plastic Egg Peeler Hand Crank Egg Sheller Shell Separator Red Yellow White**

No reviews yet · 3 sold · #20 Hot selling in Hand Egg Tools

Yuhuan Aobo Plastic Industry Co., Ltd. · Verified Custom manufacturer · 8 yrs · CN

Alibaba Guaranteed

| 120 - 1199 pieces | 1200 - 11999 pieces |
|---|---|
| $0.58 | $0.56 |

>= 12000 pieces
**$0.54**

Variations

Total options: 3 Color. Select now

1. Color(3)

Start order Add to cart

PayPal Buy now, pay later. Learn more

afterpay Pay in 4 interest-free payments. Learn more

Shipping

Economy | Alibaba.com Logistics
Shipping fee: $32.01 for 120 pieces
Guaranteed delivery by Nov 8

Standard | Alibaba.com Logistics
Shipping fee: $83.07 for 120 pieces
Guaranteed delivery by Oct 9

Premium | Alibaba.com Logistics
Shipping fee: $143.35 for 120 pieces
Guaranteed delivery by Oct 4

Protections for Alibaba Guaranteed

Guaranteed delivery via Alibaba.com Logistics
Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

Money-back guarantee
Get your money back for missing deliveries and defective or damaged products, plus free local returns for defects

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

## Other recommendations for your business

Novelty 16 oz clear green cactus embossed plastic...
$0.36 - $0.42
Min. order: 5000 pieces
Easy Return

500ml PET plastic football cup led light cup juice cup...
$0.38 - $0.49
Min. order: 3000 pieces
Easy Return

304 Stainless Steel Insulated Cup 2nd...
$2.80 - $3.20
Min. order: 100 pieces
Easy Return

Factory direct PP plastic red apple cup juice cup...
$0.36 - $0.40
Min. order: 3000 pieces
Easy Return

## Key attributes

**Other attributes**

| | |
|---|---|
| Place of Origin | Zhejiang, China |
| Type | Egg Tools |
| Function | Milk Shake |
| Egg Tools Type | Egg Beaters |
| Material | Plastic |
| Feature | Sustainable |
| Brand Name | none |

Show more

## Performance analysis

| Store's order volume | Store's sales amount | Store's sales trend | Store's order trend |
|---|---|---|---|
| 100+ | $200,000+ | | |

View more data >

## Customization

## Ratings & Reviews

Product reviews Store reviews

**4.9** /5 Very satisfied

Supplier service 5.0
On-time shipment 4.9
Product quality 5.0

All | With photos/videos (6) | 5 stars (45) | 4 stars (2) | 3 stars (1)

R***G
Aug 26, 2024
★★★★★
good quality and very good communication. we had some issues with the shipment with the first consignment and when I contacted they found the issue and they re shipped the items again and resolved the issues.
wholesale Children bath toy rubber duck yellow duck customize colour shape good quality eco friendly safe in hot water

F***l
Aug 15, 2024
The seller is very professional in his job, he always respond in time and always updated me with the shipment even without asking. Delivery was in time and even one day before the delivery time
★★★★★
Quality and function

Messenger 15

9/11/24, 11:10 AM    Company Overview - Yuhuan Aobo Plastic Industry Co., Ltd.

Case 2:24-cv-01407-WSS    Document 15    Filed 10/08/24    Page 90 of 252





# YUHUAN AOBO PLASTIC INDUSTRY CO.,LTD

ADD:Building 1,Small and micro enterprise park,lupu town,Yuhuan City,Zhejiang Province,CHINA    Contact:Friedrich

Email:friedrich.h@aobosuye.com                    Phone:+86-13967677947

| Picture | Material: | Weight: | Size: | QTY(pcs): | DDP PA 15066 (USD/PC) | Packing: | QTY/CTN | 1*20ft | MEAS: | GW/NW: | Payment: | Lead time: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | PP(lid)SGPPS (bottle) | 70g | dia8*9.6cm | 360 | The unit price:0.5<br><br>The shipping cost:$130 for 35days<br><br>The total: 310 | opp bag | 120pcs/ctn | 340ctn/40,800pcs | 40*32.5*62.5cm,0.0815cbm | 9.4/8.4KGS | 30% deposit, 70%T/T before shipment | 3-4days |

**AliExpress Store Name**

**Ali-YY120 Store**


**AliExpress Store Number**

**1103742500**

9/10/24, 4:33 PM · Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy to Shell Eggs Remover Kitchen Fully Automatic Sm...

Case 2:24-cv-01407-WSS    Document 15    Filed 10/08/24    Page 93 of 252



## Customer Reviews (0)

## Specifications

| Egg Tools Type | Egg Scissors | Origin | Mainland China |
| --- | --- | --- | --- |

## Description

Report Item / Suspicious Activity

Description
1. Manual operation: This product is completely manual operation, no battery or power supply is required, you only need to put the boiled egg in, and the eggshell can be easily removed with a light Press.
2. Keep your hands clean: With this product, you don't have to peel egg shells with your hands, which can avoid sticky hands and prevent your hands from being injured by peeling egg shells.
3. Easy to shell: This product has an innovative design that can quickly and easily remove cooked egg shells, no matter how many eggs you need to peel, you can save your precious time.
4. Suitable for eggs of various sizes: whether it is a small egg or a large egg, it can be applied. It can adapt to various sizes of eggs, making your job of shelling easy.
5. High-quality materials: The products are made of durable, food-grade safe materials, which can ensure your food safety and long life. At the same time, its structural design allows you to easily clean and store, making it the perfect tool for any kitchen.
Specification:
Name: Egg Shell Peeler
Material: Food Grade PP
Color: Yellow
Net Weight: 66g
Size: Approximately 7cm in diameter*10cm in height
How to use: Put the cooked eggs in and shake evenly.
Package Included:
1 * Egg Shell Peeler
Note:
1.Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!
2.Please allow error due to manual measurement. pls make sure you do not mind before you bid.
3.1cm=0.39in







Ali-YY120 Store · Choice    ⬤ Contact Now

↓Best Match   ↓Orders   ↓New   ↓Price


Women's Summer Dress Mid-Length Floral Printed Boho Casu...
★★ 20 sold · Choice · Sale
$6.19 $13.46
⚡ Drops to $6.19
☑ Free shipping over $10.00


High Waist Casual Sweet Loose Plaid Elastic Waist Home Shorts...
★ 16 sold · Choice · Sale
$2.81 $6.10
⚡ Drops to $2.81
☑ Free shipping over $10.00


Chinese Dress Vintage Cheongsam Elegant Floral Print...
5 sold · Choice · Sale
$6.35 $14.42
⚡ Drops to $6.35
☑ Free shipping over $10.00


Summer Fashion Stripe Knitted T-shirt Women Sexy Off Shoulder...
★ 13 sold · Choice · Sale
$5.34 $11.87
⚡ Drops to $5.34
☑ Free shipping over $10.00


25L Lightweight Folding Backpack Men's Ultralight Waterproof...
1 sold · Choice · Sale
$4.16 $10.67
⚡ Drops to $4.16
☑ Free shipping over $10.00


2pcs/Pair Motorcycle Rear View Mirrors Round 7/8" Handle Bar...
1 sold · Choice · Sale
$8.33 $25.31
⚡ Drops to $8.33
☑ Free shipping over $10.00


Autumn Women Letter Embroidery Round Neck Long...
★★★★★ 7 sold · Choice · Sale
$7.65 $17.08
⚡ Drops to $7.65
☑ Free shipping over $10.00


French Knitted Cardigan Female Spring Summer Small Shoulders...
★ 12 sold · Choice · Sale
$5.66 $5.66
⚡ Drops to $5.66
☑ Free shipping over $10.00


1Pc Butterfly Bow Tie Girl JK Uniform Collars Neckties Casual...
1 sold · Choice · Sale
$1.46 $1.46
⚡ Drops to $1.46
☑ Free shipping over $10.00


Summer Women's Solid Color Spaghetti Strap Pleated Slim...
2 sold · Choice · Sale
$3.89 $8.10
⚡ Drops to $3.89
☑ Free shipping over $10.00


Unisex Face Scarf Breathable Ice Silk UV Sun Protection Mask Sof...
1 sold · Choice · Sale
$1.64 $1.64
⚡ Drops to $1.64
☑ Free shipping over $10.00


New Korean Women Summer Knit Blouse Shoulders Cape Knotted...
★ 1 sold · Choice · Sale
$4.46 $4.46
⚡ Drops to $4.46
☑ Free shipping over $10.00


Women Bling Mini Coin Purse Metal Fashion Ladies Kids Sequi...
1 sold · Choice · Sale
$1.90 $4.43
⚡ Drops to $1.90
☑ Free shipping over $10.00


1 Pcs Soft Latex Pull Strap Elastic Resistance Loop Bands Gym Yog...
1 sold · Choice · Sale
$1.58 $3.35
⚡ Drops to $1.58
☑ Free shipping over $10.00


Disposable Cup Storage Holder Rack Shelf Water Tea Cups Plasti...
1 sold · Choice · Sale
$2.41 $7.55
⚡ Drops to $2.41
☑ Free shipping over $10.00


1 Pc Women Flower Hair Bands Hat Turban Hair Accessories...
1 sold · Choice · Sale
$2.23 $9.02
⚡ Drops to $2.23
☑ Free shipping over $10.00


2/4/6Pcs Cap Holder Hat Rack For Baseball Caps Adhesive Hat...
Choice · Sale
$3.05 $3.05
⚡ Drops to $3.05
☑ Free shipping over $10.00


Mount Electric Signal Horn DC12V 1.5A 105dB Waterproof...
1 sold · Choice · Sale
$2.78 $6.19
⚡ Drops to $2.78
☑ Free shipping over $10.00


Knitted Beanies Hat Cartoon Spider Embroidered Winter Hats...
★ 33 sold · Choice · Sale
$3.07 $6.10
⚡ Drops to $3.07
☑ Free shipping over $10.00


1PC High Pressure Washer Hose Mount Hose Plug Fitting With...
1 sold · Choice · Sale
$2.68 $6.10
⚡ Drops to $2.68
☑ Free shipping over $10.00


Brass Handicraft Dragon Bell Keychain Car Interior Double...
★★★★★ 2 sold · Choice · Sale
$2.14 $6.09
⚡ Drops to $2.14
☑ Free shipping over $10.00


Steel Lawn Mower Head Free 4 Lines Replacement...
★★★★ 2 sold · Choice · Sale
$3.67 $10.80
⚡ Drops to $3.67
☑ Free shipping over $10.00


Under Table Hidden Drawer Adhesive Storage Box Nail Art...
1 sold · Choice · Sale
$7.01 $21.91
⚡ Drops to $7.01
☑ Free shipping over $10.00









AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods**

[redacted]

Change

Choice | **Ali-YY120 Store**

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs ...
Yellow

$3.06 — 1 +

Shipping: $1.99
Estimated delivery between Sep 19 - 24
Free returns

**Summary**

| | |
|---|---|
| Subtotal | $3.06 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.34 |
| **Total** | **$5.39** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

✓ $1.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play | App Store | AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号







AliExpress Download the AliExpress app [redacted] [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home
Check my order
Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

## More To Love

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 ~~$7.25~~
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 ~~$4.56~~
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 ~~$20.36~~
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 ~~$13.43~~
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 ~~$19.54~~
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 ~~$4.14~~
Extra 5% off with coins
Choice Free shipping over $10

Effectively repair damage...
63 sold
$11.43
Extra 5% off with coins
Free shipping

Multi-purpose small/large ...
700+ sold
$4.24 ~~$13.27~~
SuperDeals · Sale · -68%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 ~~$15.77~~
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 ~~$15.52~~
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 ~~$2.44~~
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 ~~$14.69~~
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 ~~$9.26~~
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 ~~$4.38~~
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 ~~$18.38~~
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 ~~$6.13~~
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 ~~$2.58~~
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 ~~$13.46~~
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 ~~$18.9~~
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 ~~$5.16~~
Choice Free shipping over $10

Help

AliExpress Download the AliExpress app | EN/ USD | [redacted] Cart 0

Home > Orders > Order details

**Account**

- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

Choice AliExpress commitment

**Fast delivery >**

$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**

Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**

Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8192667302014201 Copy

Order placed on: Sep 10, 2024

[redacted]

Choice | Ali-YY120 Store >

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool

Yellow

$3.06 x1

Free returns · Delivery guarantee

Subtotal $3.06

**Total** **$5.39**

## More to love

Wobble Wag Giggl...

$4.76 $13.82

Sale · Drops to $...

Choice Free shipping over $10

Electric Egg Mixer ...

8 sold

$23.44 $23.44

Extra 5% off with co...

Choice Free shipping over $10

Newest Hand-cran...

2 sold

$2.82

Hard Boiled Egg C...

45 sold

$6.04 $6.04

Sale · Drops to $...

Choice Free shipping over $10

Whisks For Cookin...

12 sold

$0.97 $0.97

Choice Free shipping over $10

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

**AliExpress Store Name**

**Ali-ZYAG-1 Store**

**AliExpress Store Number**

**1103741818**

Case 2:24-cv-01407-WSS Document 15 Filed 10/08/24 Page 100 of 252



## Description

Description
1. Manual operation: This product is completely manual operation, no battery or power supply is required, you only need to put the boiled egg in, and the eggshell can be easily removed with a light Press.
2. Keep your hands clean: With this product, you don't have to peel egg shells with your hands, which can avoid sticky hands and prevent your hands from being injured by peeling egg shells.
3. Easy to shell: This product has an innovative design that can quickly and easily remove cooked egg shells, no matter how many eggs you need to peel, you can save your precious time.
4. Suitable for eggs of various sizes: whether it is a small egg or a large egg, it can be applied. It can adapt to various sizes of eggs, making your job of shelling easy.
5. High-quality materials: The products are made of durable, food-grade safe materials, which can ensure your food safety and long life. At the same time, its structural design allows you to easily clean and store, making it the perfect tool for any kitchen.
Specification:
Name: Egg Shell Peeler
Material: Food Grade PP
Color: Yellow
Net Weight: 66g
Size: Approximately 7cm in diameter*10cm in height
How to use: Put the cooked eggs in and shake evenly.
Package Included:
1 * Egg Shell Peeler
Note:
1.Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!
2.Please allow error due to manual measurement. pls make sure you do not mind before you bid.
3.1cm=0.39in



AliExpress

wiggle giggle ball for dogs

Download the AliExpress app          EN/ USD          🛒 Cart 0

Ali-ZYAG-1 Store   Choice          Contact Now

↓ Best Match   ↓ Orders   ↓ New   ↓ Price



1Pc Universal Foot #T3 Adjustable Cording Regular Presser Presser...
★★★★★ 31 sold  Choice  Sale
$ 2.07  $4.81
⚡ Drops to $2.07
🚚 Free shipping over $10.00



6805-RDBearing 25*37*6 Mm6805RD Dedicated Bike...
★★★★★ 9 sold  Choice  Sale
$ 1.85  $4.10
⚡ Drops to $1.85
🚚 Free shipping over $10.00



7 Pin Feather Wire Texture Ceramics Tools Polymer Clay...
★★★★★ 23 sold  Choice  Sale
$ 1.47  $3.35
⚡ Drops to $1.47
🚚 Free shipping over $10.00



Overlock Vertical Presser Foot for Sewing Machine Brother Janom...
★★★★★ 17 sold  Choice  Sale
$ 1.42  $3.16
⚡ Drops to $1.42
🚚 Free shipping over $10.00



Punch Free Self-Tapping Modern Minimalist Round Single-Hole...
Choice  Sale
$ 1.24  $2.69
⚡ Drops to $1.24
🚚 Free shipping over $10.00



Diving Mouthpiece Soft Silicone Diving Underwater Diving Snork...
★★★★★ 2 sold  Choice  Sale
$ 1.50  $3.51
⚡ Drops to $1.50
🚚 Free shipping over $10.00



New Rubber Diving Snorkeling Swimming Mask Strap...
3 sold  Choice  Sale
$ 2.33  $5.18
⚡ Drops to $2.33
🚚 Free shipping over $10.00



3'' Small Exhibition Turntable Bearing Swivel Plate Lazy Susan!...
5 sold  Choice  Sale
$ 3.16  $6.78
⚡ Drops to $3.08
🚚 Free shipping over $10.00



1PC Large Openin Long Handle Universal Spanner Carbon Steel...
1 sold  Choice  Sale
$ 4.06  $12.71
⚡ Drops to $4.06
🚚 Free shipping over $10.00



72" 183cm Leather Belt Treadle Parts With Hook For Singer...
39 sold  Choice  Sale
$ 1.94  $4.41
⚡ Drops to $1.94
🚚 Free shipping over $10.00



100pc Reusable Plastic Tile Wedge Spacer Leveling Clips...
3 sold  Choice  Sale
$ 3.18  $9.92
⚡ Drops to $3.18
🚚 Free shipping over $10.00



1 Pcs Metric Spiral Flute The Pagoda Shape Hole Cutter 4-...
★★★★★ 19 sold  Choice  Sale
$ 1.43  $3.24
⚡ Drops to $1.43
🚚 Free shipping over $10.00



4Pcs Violin Fiddle String Strings Steel Core Nickel-silver Wound...
★★★★★ 3 sold  Choice  Sale
$ 1.47  $3.43
⚡ Drops to $1.47
🚚 Free shipping over $10.00



Perforated Conical Furniture Iron Foot Covers Foot Solid Brushed...
9 sold  Choice  Sale
$ 3.90  $8.47
⚡ Drops to $3.90
🚚 Free shipping over $10.00



Classic Pearl Stud Earrings For Women Round Shell Pearls...
6 sold  Choice  Sale
$ 1.33  $2.83
⚡ Drops to $1.33
🚚 Free shipping over $10.00



6pcs Rubber Well Nuts M5 Rubber Well Nuts Blind Fastener...
3 sold  Choice  Sale
$ 1.99  $4.52
⚡ Drops to $1.99
🚚 Free shipping over $10.00



50pcs New Candle Making Wax Core Wooden Holder Soy Wax...
Choice  Sale
$ 2.39  $5.31
⚡ Drops to $2.39
🚚 Free shipping over $10.00



Round Shape Garniture Handmade Wooden Crafts Belt...
3 sold  Choice  Sale
$ 1.57  $3.41
⚡ Drops to $1.57
🚚 Free shipping over $10.00



PPR Lifting Stepped Drill Bit Hexagon Shank Water Pipe...
4 sold  Choice  Sale
$ 2.45  $7.89
⚡ Drops to $2.45
🚚 Free shipping over $10.00

1Pc Industrial Sewing Machine Compensating Presser Foot Edg...
1 sold  Choice  Sale
$ 1.87  $4.26
⚡ Drops to $1.87
🚚 Free shipping over $10.00

1Pcs Sliver Rolled Hem Curling Presser Foot For Sewing Machin...
2 sold  Choice  Sale
$ 1.25  $2.78
⚡ Drops to $1.25
🚚 Free shipping over $10.00



10pcs Copper Wire Lighter Cotton Core Wick Kerosene Oil...
Choice  Sale
$ 1.43  $3.05
⚡ Drops to $1.43
🚚 Free shipping over $10.00



Portable Door Lock Portable for Travel Door Security Locks
Choice  Sale
$ 4.09  $4.09
⚡ Drops to $4.09
🚚 Free shipping over $10.00



1 Roll 61M White Candle Wick Cotton Candle Woven Wick For...
★★★★★ 63 sold  Choice  Sale
$ 2.27  $4.57
⚡ Drops to $2.27
🚚 Free shipping over $10.00

















AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods**

[redacted]

Change

Choice | **Ali-ZYAG-1 Store**

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs ...

Yellow

$3.06

1

Shipping: $1.99

Estimated delivery between Sep 19 - 24

Free returns

**Summary**

| | |
|---|---|
| Subtotal | $3.06 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.34 |
| **Total** | **$5.39** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery** >

✔ $1.00 coupon code if delayed ✔ Refund if package lost ✔ Refund if items damaged ✔ Refund if no delivery in 30 days

**Security & Privacy** >

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play | App Store | AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress | Download the AliExpress app | [redacted] | [redacted] | Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

**More To Love**

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 ~~$7.25~~
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 ~~$4.56~~
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 ~~$20.36~~
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 ~~$13.43~~
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 ~~$19.54~~
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 ~~$4.14~~
Extra 5% off with coins
Choice Free shipping over $10

Bitfunx Gamecube NGC R...
1,000+ sold
$37.23
BigSave · Sale
Free shipping over $10

Silicone Folding Drain Bas...
85 sold
$3.46 ~~$3.46~~
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 ~~$15.77~~
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 ~~$15.52~~
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 ~~$2.44~~
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 ~~$14.69~~
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 ~~$9.26~~
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 ~~$4.38~~
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 ~~$18.38~~
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 ~~$6.13~~
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 ~~$2.58~~
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 ~~$13.46~~
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
198 sold
$6.5 ~~$18.9~~
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 ~~$5.16~~
Choice Free shipping over $10

**Help**

AliExpress

Download the AliExpress app | EN/ USD | [redacted] Cart 0

Home > Orders > Order details

**Account**

- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

## To ship

Order will ship in **12 days**. If shipping is delayed an automatic refund will be issued.

Edit address | Extend delivery date | Cancel order

Choice AliExpress commitment

**Fast delivery** >

$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns** >

Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection** >

Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8193165668534201 Copy

Order placed on: Sep 10, 2024

[redacted]

Choice | Ali-ZYAG-1 Store >

Estimated delivery date: Sep 24, 2024

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Full...

Yellow

$3.06 x1

Free returns · Delivery guarantee

Add to cart

| | |
|---|---|
| Subtotal | $3.06 |
| **Total** | **$5.39** |

## More to love

Electric Egg Mixer ...
8 sold
$23.44 $23.44
Extra 5% off with co...
Choice Free shipping over $10

Hard Boiled Egg C...
45 sold
$6.04 $6.04
Sale · Drops to $...
Choice Free shipping over $10

Electric Egg Mixer ...
3 sold
$22.46 $22.46
Choice Free shipping over $10

【Hot sales】Boile...
2 sold
$3.42 $6.85
Sale · Drops to $...
Choice Free shipping over $10

Wobble Wag Giggl...
$4.76 $13.82
Sale · Drops to $...
Choice Free shipping over $10

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

# AliExpress Store Name

# Ali-ZYAR-1 Store


# AliExpress Store Number

# 1103843185

9/10/24, 4:40 PM   Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Sm…

Case 2:24-cv-01407-WSS   Document 15   Filed 10/08/24   Page 107 of 252



## Customer Reviews (0)

## Specifications

| Egg Tools Type | Egg Scissors | Origin | Mainland China |
|---|---|---|---|

## Description

Report Item / Suspicious Activity

Description
1. Manual operation: This product is completely manual operation, no battery or power supply is required, you only need to put the boiled egg in, and the eggshell can be easily removed with a light Press.
2. Keep your hands clean: With this product, you don't have to peel eggs shells with your hands, which can avoid sticky hands and prevent your hands from being injured by peeling egg shells.
3. Easy to shell: This product has an innovative design that can quickly and easily remove cooked egg shells, no matter how many eggs you need to peel, you can save your precious time.
4. Suitable for eggs of various sizes: whether it is a small egg or a large egg, it can be applied. It can adapt to various sizes of eggs, making your job of shelling easy.
5. High-quality materials: The products are made of durable, food-grade safe materials, which can ensure your food safety and long life. At the same time, its structural design allows you to easily clean and store, making it the perfect tool for any kitchen.
Specification:
Name: Egg Shell Peeler
Material: Food Grade PP
Color: Yellow
Net Weight: 66g
Size: Approximately 7cm in diameter*10cm in height
How to use: Put the cooked eggs in and shake evenly.
Package Included:
1 * Egg Shell Peeler
Note:
1.Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!
2.Please allow error due to manual measurement. pls make sure you do not mind before you bid.
3.1cm=0.39in







9/10/24, 4:41 PM
Case 2:24-cv-01407-WSS    Document 15    Filed 10/09/24    Page 109 of 252
Ali-ZYAR-1 Store | Amazing products with exclusive discounts on AliExpress

AliExpress

egg peeler

Download the AliExpress app    EN/ USD    Cart 0

Ali-ZYAR-1 Store    Choice    Contact Now

↓ Best Match    ↓ Orders    ↓ New    ↓↑ Price



Herbal Juice Tattoo Sticker English Letter Long Lasting Disposable...
4 sold  Choice  Sale
$ 2.64  $8.00
⚡ Drops to $2.64
🚚 Free shipping over $10.00



3 Pair Lash Lift Silicone Pads Flash Bow Eyelash Perm 3D Curler Eye...
Choice  Sale
$ 8.34  $28.75
⚡ Drops to $8.34
🚚 Free shipping over $10.00



Stainless Steel Slim Pocket Money Clip Wallet Metal Steel Bill Clip...
1 sold  Choice  Sale
$ 2.05  $4.77
⚡ Drops to $2.05
🚚 Free shipping over $10.00



Professionals Nails Art Dust Brush Triangular With Cover Finger...
⭐⭐⭐⭐⭐  Choice  Sale
$ 2.05  $8.30
⚡ Drops to $2.52
🚚 Free shipping over $10.00



Protective Eyepatch Laser Light Glasses Safety Goggles IPL Beau...
2 sold  Choice  Sale
$ 2.09  $6.15
⚡ Drops to $2.09
🚚 Free shipping over $10.00



1 Pc Super Cute Cute Otter Holding Fish Doll Doll Girls Bag...
3 sold  Choice  Sale
$ 3.85  $5.65
⚡ Drops to $3.85
🚚 Free shipping over $10.00



Z-shaped Comb Hair Fluffy Comb Hair Comb Instant Hair Volumiz...
1 sold  Choice  Sale
$ 1.51  $4.07
⚡ Drops to $1.51
🚚 Free shipping over $10.00



Garden Trellis Umbrella Tower Plant Trellis For Climbing Plants...
Choice  Sale
$ 22.45  $72.42
⚡ Drops to $22.45
🚚 Free shipping over $10.00



1PC Portable Pliers Personalized Wedding Seal Custom Embossin...
4 sold  Choice  Sale
$ 9.45  $39.58
⚡ Drops to $9.45
🚚 Free shipping over $10.00



Waterproof Dust Conditioning Hood Swimming Pool Heat Pum...
Choice  Sale
$ 17.03  $54.93
⚡ Drops to $17.03
🚚 Free shipping over $10.00



Unisex Simple Letter Embroidery Baseball Caps Spring And...
Choice  Sale
$ 3.09  $13.86
⚡ Drops to $3.09
🚚 Free shipping over $10.00



Pirate Eye Patch Unisex Black Single Eye Patch Eyepatch One...
⭐⭐⭐⭐⭐ 4 sold  Choice  Sale
$ 2.18  $6.40
⚡ Drops to $2.18
🚚 Free shipping over $10.00



10 Pcs Home Decor Crafts Mini Coffee Cup Resin Dollhouse...
1 sold  Choice  Sale
$ 1.55  $3.37
⚡ Drops to $1.55
🚚 Free shipping over $10.00



Face Bandage Breathable V Face Band Cheek Lift Up Anti Wrinkle...
1 sold  Choice  Sale
$ 1.97  $6.57
⚡ Drops to $1.97
🚚 Free shipping over $10.00



1Pc Women and Men Summer Fishing Hat Outdoor Waterproof...
3 sold  Choice  Sale
$ 3.57  $15.49
⚡ Drops to $3.57
🚚 Free shipping over $10.00



Nail Drill Bits Tungsten Steel Gold Electric Cuticle Clean Rotary For...
Choice  Sale
$ 3.00  $10.01
⚡ Drops to $3.00
🚚 Free shipping over $10.00



Handle Toenail Ingrown Nail Art Cuticle Nipper Manicure Scissor...
Choice  Sale
$ 1.61  $5.57
⚡ Drops to $1.61
🚚 Free shipping over $10.00



Men Plastic Vent Hair Brush Anti-static Comb Hairdressing Salon...
Choice  Sale
$ 2.21  $6.14
⚡ Drops to $2.21
🚚 Free shipping over $10.00



Summer Fashion Lace Floral Camisole Women Sweet...
2 sold  Choice  Sale
$ 2.87  $6.39
⚡ Drops to $2.87
🚚 Free shipping over $10.00



1 Pc Medicine 7Day Weekly Storage Pill Case Organizer Pill...
2 sold  Choice  Sale
$ 1.99  $5.85
⚡ Drops to $1.99
🚚 Free shipping over $10.00



Adapters Tuya Radiator TRV Adaptor Smart Thermostatic...
1 sold  Choice  Sale
$ 3.32  $10.78
⚡ Drops to $3.32
🚚 Free shipping over $10.00



Romantic Tulip Rose Double Sided Mini Folding Mirror Oil...
2 sold  Choice  Sale
$ 2.69  $8.90
⚡ Drops to $2.69
🚚 Free shipping over $10.00



1 Sheet Delicate Tulip Flower Nail Stickers Decorations Three-...
Choice  Sale
$ 1.39  $4.60
⚡ Drops to $1.39
🚚 Free shipping over $10.00



Salon Kids Hairdressing Cape Hairdresser Cartoon Pattern...
2 sold  Choice  Sale
$ 2.90  $7.64
⚡ Drops to $2.90
🚚 Free shipping over $10.00









AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods**

[redacted]

Change

Choice | **Ali-ZYAR-1 Store**

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs ...
Yellow

$3.06

1

**Shipping: $1.99**
Estimated delivery between **Sep 19 - 24**
Free returns

**Summary**

| | |
|---|---|
| Subtotal | $3.06 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.34 |
| **Total** | **$5.39** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

✓ $1.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play | App Store | AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress | Download the AliExpress app | [redacted] | [redacted] | Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

**More To Love**

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 $7.25
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 $4.56
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 $20.36
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 $13.43
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 $19.54
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 $4.14
Extra 5% off with coins
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 $15.77
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 $15.52
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 $2.44
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 $14.69
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 $9.26
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 $4.38
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 $18.38
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 $6.13
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 $2.58
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 $13.46
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 $18.9
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 $5.16
Choice Free shipping over $10

Pets Accessories Dog Bite ...
10 sold
$6.28 $19.62
Sale · Extra 1% off with coin...
Choice Free shipping over $10

Interactive Dog Football T...
253 sold
$7.57 $22.01
Sale · Drops to $7.48 · -65%
Choice Free shipping over $10

**Help**

AliExpress    Download the AliExpress app | EN/ USD | Hi, rustys... | Cart 0

Home > Orders > Order details

**Account**

- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

## To ship

Order will ship in **12 days**. If shipping is delayed an automatic refund will be issued.

Edit address | Extend delivery date | Cancel order

Choice **AliExpress commitment**

**Fast delivery >**
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8192763795684201 Copy
Order placed on: Sep 10, 2024
[redacted]

Choice | Ali-ZYAR-1 Store >

Estimated delivery date: Sep 24, 2024

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Full...
Yellow
$3.06 x1
Free returns · Delivery guarantee

Add to cart

Subtotal $3.06
**Total** **$5.39**

## More to love

Electric Egg Mixer ...
8 sold
$23.44 $23.44
Extra 5% off with co...
Choice Free shipping over $10

【Hot sales】Boile...
2 sold
$3.42 $6.85
Sale · Drops to $...
Choice Free shipping over $10

Hard Boiled Egg C...
45 sold
$6.04 $6.04
Sale · Drops to $...
Choice Free shipping over $10

2/4Pcs Air Fryer Eg...
203 sold
$2.76 $2.76
Choice Free shipping over $10

Electric Egg Mixer ...
3 sold
$22.46 $22.46
Choice Free shipping over $10

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

**AliExpress Store Name**

**CHANSUNRUN YAYA Store**

**AliExpress Store Number**

**1101328979**

9/10/24, 2:54 PM
Hand-shaken Egg Sheller Cooked Egg Sheller Eggshell Separator Cooked Manual Not Dirty Hands Easy To Shell Eggs Kitchen To…

Case 2:24-cv-01807-WSS    Document 15    Filed 10/08/24    Page 114 of 352



AliExpress

egg peeler

Download the AliExpress app | Other/EN/USD | Cart 0

**Drops to $2.48**    FallSavings

**$2.62** ~~$4.59~~ **43% off**    Starts: 12 05 05

Wholesale | 2+ pieces, extra 2% off
Price shown before tax | Extra 3% off with coins

Hand-shaken Egg Sheller Cooked Egg Sheller Eggshell Separator Cooked Manual Not Dirty Hands Easy To Shell Eggs Kitchen Tool

2 sold

Color: Red

Ship to — United States

**AliExpress commitment**

🚚 **Shipping:** $1.58
Delivery: **Sep 17 - 26** (86.0% ≤ 16 days)

⚡ **Fast delivery**
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

↩ **Free returns within 90 days**

🔒 **Security & Privacy** Safe payments Secure personal details

🌱 **Sustainability at AliExpress**

**Quantity**
− 1 +
2+ pieces, extra 2% off
999 available

**Buy now**

**Add to cart**

---

📍 Customer Reviews    Specifications    Description    Store    You may also like

## Customer Reviews (0)

## Specifications

| High-concerned Chemical | None | Eggbeater Laying Method | Hand |
|---|---|---|---|
| Feature | Eco-Friendly,Stocked | Model Number | Egg-009-2 |
| Plastic Type | PC | Material | plastic |

**View more**

## Description

Report Item / Suspicious Activity

### Newest Hand-cranking Cooked Egg Sheller Hand-shaken Egg Sheller Cooked Manual Not Dirty Hands Easy To Shell Eggs Kitchen Tool

• Efficient Egg Shelling :This tool is designed to efficiently separate egg shells from eggs, making it a perfect addition to your kitchen toolkit.
• Hand-Shaken Design :The hand-shaken design of this egg sheller allows for easy and quick operation, saving you time and effort in the cooking process.
• Specialty Tool :As a specialty tool, it caters to specific needs in the kitchen, making it an ideal choice for those who frequently cook eggs.
• Durable Material :Made in Mainland China, this egg sheller is crafted from durable materials ensuring long-lasting use and reliability.
• Versatile Use :Whether you're making hard-boiled eggs, soft-boiled eggs, or scrambled eggs, this tool is versatile enough to handle all your egg peeling needs.
• Compact Size :Its compact size makes it easy to store in your kitchen drawer or cabinet, making it a convenient tool for both small and large kitchens.
product information

features:
Hand egg stripper, egg shell separator, add water hand quickly peel the eggshell, smooth and neat, non-stick hands.Unique convex point design, multiple convex points, shaking the shell shell can quickly separate cooked egg shell.Simple operation, enjoy life after adding water shake, quick shell, easy to avoid ironing.Simple design, reasonable structure, simple bottle shape, size eggs can be used.
specification:
Product name: Hand egg stripper
Weight :0.07kg
Size :8*4*9.6cm
Material: PP





## Recently viewed



**Toothbrush Stand Electric Wall-Mounted Holder Base Rack...**
⭐ 600+ sold `Sale`
$**0**.94 $1.53
⚡ Drops to $0.94
Free returns

**Wooden Big Belly Cups Handmade Natural Spruce Woo...**
⭐ 218 sold `Sale`
$**1**.75 $3.89
⚡ Drops to $1.75
Free returns

**10/50/100pcs Disposable Wood Serving Boats Plates Trays...**
⭐ 96 sold `Sale`
$**1**.97 $3.59
⚡ Drops to $1.97
Free returns

**1000/2000/3000/5000/10000 Euro Money Box Piggy Bank...**
⭐ 90 sold `Sale`
$**5**.79 $9.99
⚡ Drops to $5.79
Free returns

**Multi-Functional 2 in 1 Bottle Openers Stainless Steel Wine Co...**
⭐ 74 sold `Sale`
$**1**.34 $2.89
⚡ Drops to $1.34
Free returns

**2pc/ Set Kitchen Fruit Gadget Tools Strawberry Slicer Cutter...**
⭐ 62 sold `Sale`
$**2**.94 $4.59
⚡ Drops to $2.94
Free returns



**Silicone Baking Mat Thickening Flour Rolling Scale Mat Kneadin...**
⭐ 5 sold `Sale`
$**3**.14 $4.99
⚡ Drops to $3.14
Free returns

**Toothbrush Stand Electric Wall-Mounted Holder Base Rack...**
⭐ 600+ sold `Sale`
$**0**.94 $1.53
⚡ Drops to $0.94
Free returns

**Multi-Functional 2 in 1 Bottle Openers Stainless Steel Wine Co...**
⭐ 74 sold `Sale`
$**1**.34 $2.89
⚡ Drops to $1.34
Free returns

**5Pcs/lot DIY Baking Cones Horn Pastry Roll Cake Mold Spiral...**
⭐ 29 sold `Sale`
$**2**.71 $3.99
⚡ Drops to $2.71
Free returns

**60ML Portable Travel Cute Cartoon Silicone Vial Travel...**
⭐ 43 sold `Sale`
$**2**.39 $4.59
⚡ Drops to $2.39
Free returns

**Stainless Steel Round Pizza Cutter Cake Knife Tools Pizza Wheels...**
⭐ 4 sold `Sale`
$**1**.99 $3.99
⚡ Drops to $1.99
Free returns

**Stainless Steel Bread Knife Saw Cake Slicing Tool Baking Toast...**
⭐ 14 sold `Sale`
$**3**.07 $3.99
⚡ Drops to $3.07
Free returns

**Fruit Leaf Remover Strawberry Huller Metal Tomato Stalks Plast...**
⭐ 37 sold `Sale`
$**1**.18 $1.59
⚡ Drops to $1.18
Free returns

**Zinc Alloy Nutcracker Sheller Crack Almond Walnut Pecan...**
⭐ 38 sold `Sale`
$**2**.78 $4.35
⚡ Drops to $2.78
Free returns

**1pc Magic Silicone Garlic Peeler Vegetable Peel Easy Peeler Garli...**
⭐ 26 sold `Sale`
$**0**.93 $1.69
⚡ Drops to $0.93
Free returns

**50/35/10/5M NonStick Cookie Sheet Parchment Paper Baking...**
⭐ 218 sold `Sale`
$**5**.99 $9.51
⚡ Drops to $5.99
Free shipping

**Wooden Big Belly Cups Handmade Natural Spruce Woo...**
⭐ 218 sold `Sale`
$**1**.75 $3.89
⚡ Drops to $1.75
Free returns

## View more deals







AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods**

[redacted]

Change

**CHANSUNRUN YAYA Store**

Hand-shaken Egg Sheller Cooked Egg Sheller Eggshell Separator Cooked Manual Not Dirty ...
green

**$2.62**

1

**Shipping: $1.58**
Estimated delivery between **Sep 17 - 26**
Free returns

## Summary

| | |
|---|---|
| Subtotal | $2.62 |
| Promo codes | Enter |
| Shipping fee | $1.58 |
| Tax | $0.29 |
| **Total** | **$4.49** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress
AliExpress keeps your information and payment safe

**Fast delivery**
✔ $1.00 coupon code if delayed ✔ Refund if package lost ✔ Refund if items damaged ✔ Refund if no delivery in 30 days

**Security & Privacy**
Safe payments · Secure personal details

**Safe Payments**
With popular payment partners, your personal details are safe.

Help
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress Download the AliExpress app [redacted] [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

## More To Love

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 $7.25
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 $4.56
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 $20.36
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 $13.43
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 $19.54
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 $4.14
Extra 5% off with coins
Choice Free shipping over $10

4/8Pairs Curtain Magnetic ...
4000+ sold
$2.1 $6.17
Sale · Drops to $1.85 · -66%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 $15.77
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 $15.52
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
305 sold
$2.38 $2.44
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 $14.69
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 $9.26
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 $4.38
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 $18.38
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 $6.13
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 $2.58
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 $13.46
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 $18.9
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 $5.16
Choice Free shipping over $10

Pets Accessories Dog Bite ...
10 sold
$6.28 $19.62
Sale · Extra 1% off with coin...
Choice Free shipping over $10

Help

AliExpress  Download the AliExpress app | Tallahassee/EN/ USD | [redacted] Cart 0

Home > Orders > Order details

**Account**
- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

**Service Commitment**

**Fast delivery >**
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8192761637384201 Copy
Order placed on: Sep 10, 2024
[redacted]

CHANSUNRUN YAYA Store >

Hand-shaken Egg Sheller Cooked Egg Sheller Eggshell Separator Cooked Manual Not Dirty Hands Easy To Shell Eggs Kitchen Tool
green
$ 2.62 x1
Free returns · Delivery guarantee

| | |
|---|---|
| Subtotal | $2.62 |
| **Total** | **$ 4.49** |

## More to love

Newest Hand-cran...
2 sold
$2.82

Electric Egg Mixer ...
8 sold
$23.44 ~~$23.44~~
Extra 5% off with co...
Choice Free shipping over $10

All-natural Red Wi...
8 sold
$9.69
Extra 5% off with co...
Free shipping

Dog Puzzle Toys P...
66 sold
$6.57 ~~$6.57~~
Extra 2% off with co...
Choice Free shipping over $10

Hard Boiled Egg C...
45 sold
$6.04 ~~$6.04~~
Sale · Drops to $...
Choice Free shipping over $10

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

**AliExpress Store Name**

**Good Shape-Keep Store**

**AliExpress Store Number**

**1103317977**

Drops to $2.77 FallSavings

**$2.98** ~~$8.67~~ 65% off Starts: 10 : 30 : 27

Price shown before tax | Extra 1% off with coins

**Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool**

by Good Shape-Keep Stor... (4.2 | 10,000+ sold )

Ship to [redacted]

Choice AliExpress commitment

**Free shipping over $10.00**
Delivery: **Sep 19 - 24** (86.5% ≤ 14 days)

**Fast delivery**
- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns · Price adjustment**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

Quantity
1
Only 1 left

Buy now

Add to cart

Customer Reviews | Specifications | Description | Store | You may also like

## Customer Reviews (0)

## Specifications

| | | | |
|---|---|---|---|
| Hign-concerned Chemical | None | Egg Tools Type | Beep Eggs |
| Origin | Mainland China | | |

## Description

Report Item / Suspicious Activity

Description
1. Manual operation: This product is completely manual operation, no battery or power supply is required, you only need to put the boiled egg in, and the eggshell can be easily removed with a light Press.
2. Keep your hands clean: With this product, you don't have to peel egg shells with your hands, which can avoid sticky hands and prevent your hands from being injured by peeling egg shells.
3. Easy to shell: This product has an innovative design that can quickly and easily remove cooked egg shells, no matter how many eggs you need to peel, you can save your precious time.
4. Suitable for eggs of various sizes: whether it is a small egg or a large egg, it can be applied. It can adapt to various sizes of eggs, making your job of shelling easy.
5. High-quality materials: The products are made of durable, food-grade safe materials, which can ensure your food safety and long life. At the same time, its structural design allows you to easily clean and store, making it the perfect tool for any kitchen.
Specification:
Name: Egg Shell Peeler
Material: Food Grade PP
Color: Yellow
Net Weight: 66g
Size: Approximately 7cm in diameter*10cm in height
How to use: Put the cooked eggs in and shake evenly.
Package Included:
1 * Egg Shell Peeler
Note:
1.Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!
2.Please allow error due to manual measurement. pls make sure you do not mind before you bid.
3.1cm=0.39in











Good Shape-Keep Store | Choice

↓Best Match  ↓Orders  ↓New  ↓Price


Men Summer Wide Brim Bucket Hats Fashion Outdoor Drawstring...
4 sold  Choice  Sale
$3.39 $13.04
Drops to $3.39
Free shipping over $10.00


1Roll Tattoo Flaw Conceal Tape Full Scar Cover Concealer Sticke...
15 sold  Choice  Sale
$1.37 $4.28
Drops to $1.37
Free shipping over $10.00


Tactical Belt Buckle Heavy Duty Belt Keeper Portable Webbing...
3 sold  Choice  Sale
$1.20 $3.98
Drops to $1.20
Free shipping over $10.00


1PC Temporary Tattoo Black Flower Tattoo Sleeves Water...
9 sold  Choice  Sale
$1.39 $4.21
Drops to $1.39
Free shipping over $10.00


Flasher Relay Turn Signal DC 12V 48V 60V 2Pins Buzzer Beep...
Choice  Sale
$1.24 $4.27
Drops to $1.24
Free shipping over $10.00


2023New A5 Binder Photocard Holder Kawaii Plush Photo Albu...
Choice  Sale
$7.69 $24.02
Drops to $7.69
Free shipping over $10.00


Fashion Solid Color Wide Edge Cotton Yoga Absorbs Sweat...
1 sold  Choice  Sale
$1.50 $5.18
Drops to $1.50
Free shipping over $10.00


1 Guitar Capo and 5 Guitar Picks for Acoustic Electric Guitara...
Choice  Sale
$2.50 $6.02
Drops to $2.50
Free shipping over $10.00


5Pcs Silver Tone Steel Strings E-1 / B-2 for Acoustic Guitar Strings
48 sold  Choice  Sale
$1.16 $3.07
Drops to $1.16
Free shipping over $10.00


New Silicone Ear Plugs Sound Insulation For Student Soft Anti...
2 sold  Choice  Sale
$2.01 $6.71
Drops to $2.01
Free shipping over $10.00


Pin Medal Display Case Badge Storage Box Transparent...
Choice  Sale
$6.44 $20.80
Drops to $6.44
Free shipping over $10.00


Sweeping Dust Soft Brush Car Wash Tool Artifact Car Interior...
7 sold  Choice  Sale
$2.34 $8.88
Drops to $2.34
Free shipping over $10.00


Camper Rv Travel Trailer Bathroom Shower Corner Shelf...
2 sold  Choice  Sale
$4.47 $15.42
Drops to $4.47
Free shipping over $10.00


Makeup Mirror Handheld Makeup Mirror Round Vanity Mirror With...
4 sold  Choice  Sale
$1.35 $4.35
Drops to $1.35
Free shipping over $10.00


Cat Harness And Leash Set For Walking Kitten And Cats Escape...
1 sold  Choice  Sale
$5.16 $16.63
Drops to $5.16
Free shipping over $10.00


Lucky Money Tree Chinese Gold Ingot Crystal Fortune Tree...
Choice  Sale
$8.57 $27.63
Drops to $8.57
Free shipping over $10.00


1pc Acrylic Surah Al Ikhlas Wall Clock Islamic Calligraphy Eid...
1 sold  Choice  Sale
$9.12 $29.42
Drops to $9.12
Free shipping over $10.00


Heavy Duty Car Tow Rope Strap Belt High Strength Nylon Strap...
1 sold  Choice  Sale
$7.53 $25.10
Drops to $7.53
Free shipping over $10.00


100pcs Jewelry Cleaning Cloth Silver Polish Cleaner Cloth For...
2 sold  Choice  Sale
$4.66 $15.04
Drops to $4.66
Free shipping over $10.00


1pcs Bamboo Lice Comb Double-sided Super Dense Teeth Remov...
Choice  Sale
$1.55 $4.58
Drops to $1.55
Free shipping over $10.00


50 Meters Of German Legend Nylon Line Original Silk Fishing...
Choice  Sale
$2.00 $6.07
Drops to $2.00
Free shipping over $10.00


Medical Waterproof Cotton White Premium Adhesive Tape Sport...
Choice  Sale
$1.74 $6.02
Drops to $1.74
Free shipping over $10.00


Reusable Ice Packs Refrigerated Cooling And Fresh-Keeping Ice...
10 sold  Choice  Sale
$1.94 $6.05
Drops to $1.94
Free shipping over $10.00


100 Pcs Dia 6mm Cocktail Straws Black Design Plastic For Birthday...
2 sold  Choice  Sale
$2.42 $9.36
Drops to $2.42
Free shipping over $10.00














AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods**

[redacted]

Change

Choice | **Good Shape-Keep Store**

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs ...

$2.98

1

**Shipping: $1.99**

Estimated delivery between **Sep 19 - 24**

Free returns

**Summary**

| | |
|---|---|
| Subtotal | $2.98 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.33 |
| **Total** | **$5.30** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

✔ $1.00 coupon code if delayed ✔ Refund if package lost ✔ Refund if items damaged ✔ Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play | App Store | AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress Download the AliExpress app [redacted] [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

## More To Love

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 ~~$7.25~~
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 ~~$4.56~~
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 ~~$20.36~~
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 ~~$13.43~~
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 ~~$19.54~~
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 ~~$4.14~~
Extra 5% off with coins
Choice Free shipping over $10

4/8Pairs Curtain Magnetic ...
4000+ sold
$2.1 ~~$6.17~~
Sale · Drops to $1.85 · -66%
Choice Free shipping over $10

Customized children's na...
2,000+ sold
$4.64 ~~$4.64~~
Extra 5% off with coins
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 ~~$15.77~~
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 ~~$15.52~~
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 ~~$2.44~~
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 ~~$14.69~~
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 ~~$9.26~~
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 ~~$4.38~~
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 ~~$18.38~~
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 ~~$6.13~~
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 ~~$2.58~~
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 ~~$13.46~~
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 ~~$18.9~~
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 ~~$5.16~~
Choice Free shipping over $10

Help

AliExpress

Download the AliExpress app | EN/ USD | [redacted] Cart 0

Home > Orders > Order details

**Account**
- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

Choice AliExpress commitment

**Fast delivery** >
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns** >
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection** >
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8192763396454201 Copy
Order placed on: Sep 10, 2024
[redacted]

Choice | Good Shape-Keep Store >

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool
$2.98 x1
Free returns · Delivery guarantee

Subtotal $2.98
**Total** **$5.30**

## More to love

Newest Hand-cran...
2 sold
$2.82

Interactive Dog To...
197 sold
$6.5 $10.9
Sale · Drops to $...
Choice Free shipping over $10

Electric Egg Mixer ...
8 sold
$23.44 $23.44
Extra 5% off with co...
Choice Free shipping over $10

All-natural Red Wi...
8 sold
$9.69
Extra 5% off with co...
Free shipping

Automatic Egg Pee...
8 sold
$6.71 $6.71
Choice Free shipping over $10

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

**AliExpress Store Name**

**Hoeaden Warm Cozy Home Store**

**AliExpress Store Number**

**1101936438**

# $3.33

Price shown before tax | Extra 5% off with coins

**Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool**

by Hoeaden Warm Cozy Ho... ( 4.9 | 1,000+ sold )

**Color: Yellow**

Ship to United States

Choice AliExpress commitment

**Free shipping over $10.00**

Delivery: **Sep 19 - 24** (86.5% ≤ 14 days)

**Fast delivery**

- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns within 90 days**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

Quantity

1

999 available

Buy now

Add to cart

2

**Customer Reviews (1)** Specifications Description Store You may also like

## Customer Reviews (1)

5

All from verified purchases

| Stars | Count |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

All(1) Pic review(0) Additional review(0) Local review(0) 5 stars(1) 4 stars(0) 3 stars(0) 2 stars(0) 1 star(0)

Sort by default Show original translate

Color:Yellow

Great service and great quality product at a great price

AliExpress Shopper | 08 Sep 2024 Helpful (0)

View More

## Specifications

| | | | |
|---|---|---|---|
| Hign-concerned Chemical | None | Egg Tools Type | Beep Eggs |
| Brand Name | Hoeaden | Origin | Mainland China |

## Description

**Report Item / Suspicious Activity**

Description

1. Manual operation: This product is completely manual operation, no battery or power supply is required, you only need to put the boiled egg in, and the eggshell can be easily removed with a light Press.
2. Keep your hands clean: With this product, you don't have to peel egg shells with your hands, which can avoid sticky hands and prevent your hands from being injured by peeling egg shells.
3. Easy to shell: This product has an innovative design that can quickly and easily remove cooked egg shells, no matter how many eggs you need to peel, you can save your precious time.
4. Suitable for eggs of various sizes: whether it is a small egg or a large egg, it can be applied. It can adapt to various sizes of eggs, making your job of shelling easy.
5. High-quality materials: The products are made of durable, food-grade safe materials, which can ensure your food safety and long life. At the same time, its structural design allows you to easily clean and store, making it the





Hoeaden Warm Cozy Home Store – amazing products with exclusive offers | AliExpress



# AliExpress

wiggle giggle ball for dogs

Download the AliExpress app | Tallahassee/EN/ USD | Cart 0

🐾 **Hoeaden Warm Cozy Home Store**    90.7% positive reviews | 747 followers    + FOLLOW    Contact Now    Search in this store

Store Home | Products ⌄ | Feedback

## Hot deals →



**1** 1PC Snails Mosquito Coil Holder With Tray Nordic Style Spiral Summer Day...
230 sold
$ 1.82  $1.82
Extra 5% off with coins
Choice  Free shipping over $10

**2** Glue Gun Base Hot Melt Glue Gun Bracket Glue Gun Home DIY Repair Tools...
500+ sold
$ 2.17  $2.17
Extra 5% off with coins
Choice  Free shipping over $10

**3** Mini Nuke Bomb Storage Box Retro Resin Figurine Desktop Art Crafts Decor f...
178 sold
$0.45
Extra 5% off with coins

## Deals by category



**Kitchen Accessories** | **Pet Supplies** | **fall** | **Household Supplies** | **Event & Party** | **slow**

## New arrivals →



**New** 2in1 470ml Glass Spray Oil Sprayer Bottle Spray Oil Dispenser Oil Jar Cruet BB...
1 sold
$ 7.06  $7.06
Extra 5% off with coins
Choice

**New** style cartoon fun cute   4 styles available
Children's Name Seal Custom Black And White Ink Student's Stamp Clothes...
$ 3.05  $3.05
Extra 5% off with coins
Choice

**New** Butter Cutter Box Unbreakable Butter Dish With Clear Lid And Cutter...
$ 3.35  $3.35
Extra 5% off with coins
Choice

## Picked for you



Cooked Egg Shell Remover Manual Egg Shell Remover Not...
5 sold
$ 3.33  $3.33
Extra 5% off with coins
Choice  Free shipping over $10

100 Pcs Cotton Candle Wick 20cm/15cm/10cm/8cm/6cm/4.3...
$ 3.28
Extra 5% off with coins

Creative Strawberry Candle Silicone Mold DIY Fruit Series...
$ 6.31
Extra 5% off with coins
Free shipping

3D Christmas Tree Wax Candle Silicone Baking Mold Resin Clay...
3 sold
$0.5
Extra 5% off with coins

String Pearl Paste Bead Clay Mold Fondant Cake Silicone Pastry...
8 sold
$ 3.93  $3.93
Extra 5% off with coins
Choice  Free shipping over $10

Cake Vintage Relief Border Silicone Fondant Mold Cake...
1 sold
$0.47
Extra 5% off with coins







AliExpress

## Shipping address

[redacted]

Change

## Payment Methods

[redacted]

Change

Choice | **Hoeaden Warm Cozy Home Store**

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs ...
Yellow

$3.33 — 1 +

Shipping: $1.99
Estimated delivery between Sep 19 - 24
Free returns

## Summary

| | |
|---|---|
| Subtotal | $3.33 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.36 |
| **Total** | **$5.68** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

✓ $1.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play  App Store  AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress  Download the AliExpress app | [redacted] | [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

## More To Love

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 ~~$7.25~~
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 ~~$4.56~~
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 ~~$20.36~~
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 ~~$13.43~~
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 ~~$19.54~~
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 ~~$4.14~~
Extra 5% off with coins
Choice Free shipping over $10

4/8Pairs Curtain Magnetic ...
4000+ sold
$2.1 ~~$6.17~~
Sale · Drops to $1.85 · -66%
Choice Free shipping over $10

Pet dog vocal toy
2,000+ sold
$1.84 ~~$1.84~~
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 ~~$15.77~~
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 ~~$15.52~~
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 ~~$2.44~~
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 ~~$14.69~~
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 ~~$9.26~~
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 ~~$4.38~~
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 ~~$18.38~~
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 ~~$6.13~~
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 ~~$2.58~~
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 ~~$13.46~~
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 ~~$18.9~~
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 ~~$5.16~~
Choice Free shipping over $10

**Help**

AliExpress | Download the AliExpress app | Tallahassee/EN/ USD | [redacted] | Cart 0

Home > Orders > Order details

**Account**
- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

## To ship

Order will ship in **12 days**. If shipping is delayed an automatic refund will be issued.

Edit address | Extend delivery date | Cancel order

Choice AliExpress commitment

**Fast delivery** >
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns** >
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection** >
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8193068443634201 Copy
Order placed on: Sep 10, 2024
[redacted]

Choice | Hoeaden Warm Cozy Home Store >

Estimated delivery date: Sep 24, 2024

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Full...
Yellow
$3.33 x1
Free returns · Delivery guarantee

Add to cart

| | |
|---|---|
| Subtotal | $3.33 |
| **Total** | **$5.68** |

## More to love

Wobble Wag Giggl...
$4.76 $13.82
Sale · Drops to $...
Choice Free shipping over $10

Cooked Egg Shell ...
4 sold
$2.97 $8.61
Sale · Drops to $...
Choice Free shipping over $10

Cooked Egg Shell ...
5 sold
$3.33 $3.33
Extra 5% off with co...
Choice Free shipping over $10

Electric Egg Mixer ...
8 sold
$23.44 $23.44
Extra 5% off with co...
Choice Free shipping over $10

Hard Boiled Egg C...
45 sold
$6.04 $6.04
Sale · Drops to $...
Choice Free shipping over $10

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

# AliExpress Store Name

# Imagination321 Store

# AliExpress Store Number

# 1101651283

AliExpress
knife sharpener
Download the AliExpress app
EN/ USD
Hi, rustysw... Account
0 Cart

# $1.24 ~~$2.00~~ 38% off

Price shown before tax | Extra 2% off with coins

Buy 10 pieces get 1% off

**Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool**

by Imagination321 Store ( ★4.9 | 5,000+ sold )

**Color: Yellow**

**Ship to** [redacted]

**AliExpress commitment**

**Shipping: $4.08**
Delivery: **Sep 17 - 26** (86.0% ≤ 16 days)

**Fast delivery**
- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns within 90 days**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

**Quantity**
1
999 available

Buy now
Add to cart

**Customer Reviews** Specifications Description Store You may also like

## Customer Reviews (0)

## Specifications

| | | | |
|---|---|---|---|
| Egg Tools Type | Egg Scissors | Brand Name | KOQZM |
| Origin | Mainland China | | |

## Description

Report Item / Suspicious Activity

Description
1. Manual operation: This product is completely manual operation, no battery or power supply is required, you only need to put the boiled egg in, and the eggshell can be easily removed with a light Press.
2. Keep your hands clean: With this product, you don't have to peel egg shells with your hands, which can avoid sticky hands and prevent your hands from being injured by peeling egg shells.
3. Easy to shell: This product has an innovative design that can quickly and easily remove cooked egg shells, no matter how many eggs you need to peel, you can save your precious time.
4. Suitable for eggs of various sizes: whether it is a small egg or a large egg, it can be applied. It can adapt to various sizes of eggs, making your job of shelling easy.
5. High-quality materials: The products are made of durable, food-grade safe materials, which can ensure your food safety and long life. At the same time, its structural design allows you to easily clean and store, making it the perfect tool for any kitchen.
Specification:
Name: Egg Shell Peeler
Material: Food Grade PP
Color: Yellow
Net Weight: 66g
Size: Approximately 7cm in diameter*10cm in height
How to use: Put the cooked eggs in and shake evenly.
Package Included:
1 * Egg Shell Peeler
Note:
1.Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!
2.Please allow error due to manual measurement. pls make sure you do not mind before you bid.
3.1cm=0.39in











AliExpress    egg shell remover    🔍    Download the AliExpress app    EN/USD    Cart 0



Imagination321 Store    95.6% positive reviews | 1.8K followers    + FOLLOW    💬 Contact Now    🔍 Search in this store

Store Home    Products ⌄    Feedback

## Discounts & coupons

**$1**    ENOMT7GUA54G
Spend $50, Get $1 off(excludes shipping costs)
Expires 2024/09/19    **Collect**

## Hot deals →



**1** 1PCS Travel Toothbrush Head Covers Toothbrush Protector Cap Brush Pod...
2,000+ sold
$ **1**.1 $1.3
Extra 2% off with coins
Choice  Free shipping over $10



**2** 4pc Sublimation Passport Holder Cover Blank Travel Passport Holder Wallet...
★★★★★ 84 sold
$ **10**.94 $10.94
Extra 2% off with coins
Choice  Free shipping over $10



**3** Eyelash Extension Tool Storage Box With Cover Lash Accessories Lashes...
★★★★★ 119 sold
$ **6**.01 $6.01
Extra 2% off with coins
Choice  Free shipping over $10

## Bundle Deals →

Buy 10 get **1%** off / Buy 20 get **3%** off



Electrician Waist Pocket Tool Belt Pouch Bag Screwdriver Kit Hold...
★★★½ 77 sold
$4.06 $4.06
Extra 2% off with coins
Choice  Free shipping over $10

Brushless Motor Replace For 4/6/8 Inch Cordless Electric...
★★★½ 27 sold
$14.45 $14.45
Extra 2% off with coins
Choice  Free shipping over $10

Lithium spray gun wireless split sprayer electric paint carpentry...
★★★½ 7 sold
$3.4 $3.4
Extra 2% off with coins
Choice  Free shipping over $10

5pcs 75mm Cutting Disc For Angle Grinder Metal Circular Sa...
$2.5
Extra 2% off with coins

Portable Precise Thread Size Checker Keychain Delicate...
$4.81
Extra 2% off with coins

## Deals by category



clear    fall    Kitchen_Dining &Bar Supplies    hotslow    Home Storage & Organization    slow

## New arrivals →







AliExpress

## Shipping address

[redacted]

Change

## Payment Methods

[redacted]

Change

**Imagination321 Store**

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs ...
Yellow

$1.24

1

**Shipping: $4.08**
Estimated delivery between **Sep 17 - 26**
Free returns

## Summary

| | |
|---|---|
| Subtotal | $1.24 |
| Promo codes | Enter |
| Shipping fee | $4.08 |
| Tax | $0.37 |
| **Total** | **$5.69** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

✔ $1.00 coupon code if delayed ✔ Refund if package lost ✔ Refund if items damaged ✔ Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress Download the AliExpress app | [redacted] | [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home
Check my order
Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

## More To Love

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 $7.25
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 $4.56
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 $20.36
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 $13.43
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 $19.54
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 $4.14
Extra 5% off with coins
Choice Free shipping over $10

Silicone Folding Drain Bas...
85 sold
$3.46 $3.46
Choice Free shipping over $10

Customized children's na...
2,000+ sold
$4.64 $4.64
Extra 5% off with coins
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 $15.77
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 $15.52
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 $2.44
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 $14.69
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 $9.26
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 $4.38
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 $18.38
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 $6.13
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 $2.58
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 $13.46
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 $18.9
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 $5.16
Choice Free shipping over $10

Help

AliExpress

Download the AliExpress app | EN/ USD | [redacted] Cart 0

Home > Orders > Order details

**Account**

- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

**Service Commitment**

**Fast delivery >**

$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**

Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**

Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8193165426534201 Copy

Order placed on: Sep 10, 2024

[redacted]

Imagination321 Store >

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool

Yellow

$1.24 x1

Free returns · Delivery guarantee

Subtotal $1.24

**Total** **$5.69**

## More to love

Electric Egg Mixer ...
8 sold
$23.44 $23.44
Extra 5% off with co...
Choice Free shipping over $10

Interactive Dog To...
197 sold
$6.5 $10.9
Sale · Drops to $...
Choice Free shipping over $10

Newest Hand-cran...
2 sold
$2.82

Hard Boiled Egg C...
45 sold
$6.04 $6.04
Sale · Drops to $...
Choice Free shipping over $10

2/4Pcs Air Fryer Eg...
201 sold
$2.76 $2.76
Choice Free shipping over $10

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

# AliExpress Store Name

# Magic666 Store

# AliExpress Store Number

# 1103582030











AliExpress
egg shell remover tool
Download the AliExpress app
EN/ USD
Hi, rustysw... Account
0 Cart

Drops to $2.85 FallSavings

$3.06 ~~$8.91~~ 65% off
Starts: 10 : 23 : 16
Price shown before tax | Extra 1% off with coins

**Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool**

by Magic666 Store ( 4 | 1,000+ sold )

**Color: Yellow**

Ship to [redacted]

Choice AliExpress commitment

**Free shipping over $10.00**
Delivery: **Sep 19 - 24** (86.5% ≤ 14 days)

**Fast delivery**
- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns · Price adjustment**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

Quantity
1
Only 1 left

Buy now
Add to cart

Customer Reviews | Specifications | Description | Store | You may also like

## Customer Reviews (0)

## Specifications

| | | | |
|---|---|---|---|
| Egg Tools Type | Egg Scissors | Origin | Mainland China |

## Description

Report Item / Suspicious Activity

Description
1. Manual operation: This product is completely manual operation, no battery or power supply is required, you only need to put the boiled egg in, and the eggshell can be easily removed with a light Press.
2. Keep your hands clean: With this product, you don't have to peel egg shells with your hands, which can avoid sticky hands and prevent your hands from being injured by peeling egg shells.
3. Easy to shell: This product has an innovative design that can quickly and easily remove cooked egg shells, no matter how many eggs you need to peel, you can save your precious time.
4. Suitable for eggs of various sizes: whether it is a small egg or a large egg, it can be applied. It can adapt to various sizes of eggs, making your job of shelling easy.
5. High-quality materials: The products are made of durable, food-grade safe materials, which can ensure your food safety and long life. At the same time, its structural design allows you to easily clean and store, making it the perfect tool for any kitchen.
Specification:
Name: Egg Shell Peeler
Material: Food Grade PP
Color: Yellow
Net Weight: 66g
Size: Approximately 7cm in diameter*10cm in height
How to use: Put the cooked eggs in and shake evenly.
Package Included:
1 * Egg Shell Peeler
Note:
1.Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!
2.Please allow error due to manual measurement. pls make sure you do not mind before you bid.
3.1cm=0.39in

Magic666 Store  Choice


Garden Trellis Umbrella Tower Plant Trellis For Climbing Plants...
1 sold  Choice  Sale
$22.45  $72.42
Drops to $22.45
Free shipping over $10.00


Non-Slip Sunglasses Rope Unisex Outdoors Sports Glasses Cord...
2 sold  Choice  Sale
$1.45  $3.91
Drops to $1.45
Free shipping over $10.00


50/100 Pcs High Temperature Resistance Tungsten Wire...
3 sold  Choice  Sale
$5.40  $15.88
Drops to $5.40
Free shipping over $10.00


Monstera Coaster Plant Ornament Artificial Plant Built In Coaster...
3 stars  2 sold  Choice  Sale
$12.10  $39.02
Drops to $12.10
Free shipping over $10.00


Realistic Dragon Fake Tattoo Stickers For Men Boys Kids 3D...
1 sold  Choice  Sale
$1.58  $4.95
Drops to $1.58
Free shipping over $10.00


Portable Bathing Brush Hanging Bath Body Scrubber Soap Case...
2 sold  Choice  Sale
$4.11  $12.45
Drops to $4.11
Free shipping over $10.00


Microblading Reusable 5D Silicone Practice Nose Lips Skin...
2 sold  Choice  Sale
$2.75  $8.93
Drops to $2.75
Free shipping over $10.00


1pc Silica gel Body Massager Brush Anti Cellulite Slimming...
1 sold  Choice  Sale
$2.80  $8.68
Drops to $2.80
Free shipping over $10.00


Bathroom Toilet Stickers Green Plant Leaves Wall Sticker WC Sel...
5 stars  Choice  Sale
$2.28  $4.76
Drops to $2.28
Free shipping over $10.00


Artificial Plastic Plants Bonsai Small Tree Pot Fake Plant Potted...
4 sold  Choice  Sale
$4.46  $13.92
Drops to $4.46
Free shipping over $10.00


36 Pcs Religious Silicone Wristbands Bulk Bible Rubber...
2 sold  Choice  Sale
$6.73  $25.05
Drops to $6.73
Free shipping over $10.00


Cover The Full Face Beach Hat Uv Protection Ice Silk Sunshade...
7 sold  Choice  Sale
$2.84  $6.60
Drops to $2.84
Free shipping over $10.00


Buddhist Scroll Good Heart Sutra Great Compassion Mantra Prajn...
2 sold  Choice  Sale
$1.38  $4.45
Drops to $1.38
Free shipping over $10.00


Chinese Martial Arts Kung Fu Fan Tai Chi Dance Fan Plastic Stage...
3 sold  Choice  Sale
$3.84  $12.09
Drops to $3.84
Free shipping over $10.00


Transparent Jewelry Storage Box Large-Capacity Finishing Box...
4 sold  Choice  Sale
$4.92  $15.38
Drops to $4.92
Free shipping over $10.00


Coffee Yogurt Filter Maker Self-Made Greek- Yogurt Soybean...
6 sold  Choice  Sale
$21.05  $65.79
Drops to $21.05
Free shipping over $10.00


1Pc/1Set 35CM Window Cleaning Combo Squeegee & Microfiber...
3 stars  6 sold  Choice  Sale
$4.16  $13.49
Drops to $4.16
Free shipping over $10.00


1Pc High-quality Gardening Plant Supports Flower Stand Reusable...
5 sold  Choice  Sale
$3.07  $9.89
Drops to $3.07
Free shipping over $10.00


Multifunction Novelty Bottle Opener Zipper Shaped Beer...
7 sold  Choice  Sale
$4.68  $15.19
Drops to $4.68
Free shipping over $10.00


1PCS High Quality Rear Roof Reading Light Knob Switch For...
3 sold  Choice  Sale
$1.74  $5.98
Drops to $1.74
Free shipping over $10.00


1 Set Angle Grinder Cutting Machine Base Woodworking...
3 sold  Choice  Sale
$3.37  $9.99
Drops to $3.37
Free shipping over $10.00


DIY Path Maker Concrete Molds Garden Pavement Mold Road...
3 sold  Choice  Sale
$4.14  $12.95
Drops to $4.14
Free shipping over $10.00


5pcs Cartoon Cute Bear Rabbit Snack Ziplock Bag Biscuits Cand...
1 sold  Choice  Sale
$1.86  $5.99
Drops to $1.86
Free shipping over $10.00


420/600ml Double Drinking Bottle Cute Girl Student Outdoo...
1 sold  Choice  Sale
$5.72  $19.08
Drops to $5.72
Free shipping over $10.00



















AliExpress

## Shipping address

[redacted]

Change

## Payment Methods

[redacted]

Change

Choice | Magic666 Store

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs ...
Yellow

$3.06

1

Shipping: $1.99
Estimated delivery between Sep 19 - 24
Free returns

## Summary

| | |
|---|---|
| Subtotal | $3.06 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.34 |
| **Total** | **$5.39** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

✔ $1.00 coupon code if delayed ✔ Refund if package lost ✔ Refund if items damaged ✔ Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress Download the AliExpress app [redacted] [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime | Get real-time order updates | Save even more with coins

## More To Love

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 ~~$7.25~~
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 ~~$4.56~~
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 ~~$20.36~~
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 ~~$13.43~~
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 ~~$19.54~~
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 ~~$4.14~~
Extra 5% off with coins
Choice Free shipping over $10

Pet dog vocal toy
2,000+ sold
$1.84 ~~$1.84~~
Choice Free shipping over $10

Customized children's na...
2,000+ sold
$4.64 ~~$4.64~~
Extra 5% off with coins
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 ~~$15.77~~
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 ~~$15.52~~
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 ~~$2.44~~
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 ~~$14.69~~
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 ~~$9.26~~
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 ~~$4.38~~
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 ~~$18.38~~
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 ~~$6.13~~
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 ~~$2.58~~
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 ~~$13.46~~
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 ~~$18.9~~
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 ~~$5.16~~
Choice Free shipping over $10

Help

AliExpress Download the AliExpress app | EN/ USD | [redacted] Cart 0

Home > Orders > Order details

**Account**
- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

Choice AliExpress commitment

**Fast delivery >**
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8192666905634201 Copy
Order placed on: Sep 10, 2024
[redacted]

Choice | Magic666 Store >

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool
Yellow
$3.06 x1
Free returns · Delivery guarantee

| | |
|---|---|
| Subtotal | $3.06 |
| **Total** | **$5.39** |

## More to love

Electric Egg Mixer ... 8 sold
$23.44 $23.44
Extra 5% off with co...
Choice Free shipping over $10

Wobble Wag Giggl...
$4.76 $13.82
Sale · Drops to $...
Choice Free shipping over $10

Hard Boiled Egg C... 45 sold
$6.04 $6.04
Sale · Drops to $...
Choice Free shipping over $10

【Hot sales】Boile... 2 sold
$3.42 $6.85
Sale · Drops to $...
Choice Free shipping over $10

2/4Pcs Air Fryer Eg... 202 sold
$2.76 $2.76
Choice Free shipping over $10

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

# AliExpress Store Name

# My Childhood World Store

# AliExpress Store Number

# 1103339289

AliExpress egg shell remover Download the AliExpress app EN/ USD [redacted] 0 Cart

Drops to $2.72 FallSavings

**$2.76** ~~$8.01~~ 65% off Starts: 10 : 56 : 34

Price shown before tax | Extra 1% off with coins

**Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool**

by My Childhood World S... ( 4.1 | 10,000+ sold )

Ship to [redacted]

Choice AliExpress commitment

**Free shipping over $10.00**
Delivery: **Sep 19 - 24** (85.4% ≤ 14 days)

**Fast delivery**
- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns · Price adjustment**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

Quantity
1
Only 5 left

Buy now
Add to cart

Customer Reviews Specifications Description Store You may also like

## Customer Reviews (0)

## Specifications

| | | | |
|---|---|---|---|
| Egg Tools Type | Beep Eggs | Brand Name | WHPHous |
| Origin | Mainland China | | |

## Description

**Report Item / Suspicious Activity**

Description
1. Manual operation: This product is completely manual operation, no battery or power supply is required, you only need to put the boiled egg in, and the eggshell can be easily removed with a light Press.
2. Keep your hands clean: With this product, you don't have to peel egg shells with your hands, which can avoid sticky hands and prevent your hands from being injured by peeling egg shells.
3. Easy to shell: This product has an innovative design that can quickly and easily remove cooked egg shells, no matter how many eggs you need to peel, you can save your precious time.
4. Suitable for eggs of various sizes: whether it is a small egg or a large egg, it can be applied. It can adapt to various sizes of eggs, making your job of shelling easy.
5. High-quality materials: The products are made of durable, food-grade safe materials, which can ensure your food safety and long life. At the same time, its structural design allows you to easily clean and store, making it the perfect tool for any kitchen.
Specification:
Name: Egg Shell Peeler
Material: Food Grade PP
Color: Yellow
Net Weight: 66g
Size: Approximately 7cm in diameter*10cm in height
How to use: Put the cooked eggs in and shake evenly.
Package Included:
1 * Egg Shell Peeler
Note:
1.Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!
2.Please allow error due to manual measurement. pls make sure you do not mind before you bid.
3.1cm=0.39in











My Childhood World Store **Choice**                                                                                                                                      💬 Contact Now

↓ Best Match    ↓ Orders    ↓ New    ↓↑ Price



50Pcs Baby Tooth Box Tooth
Shape Kids Milk Teeth Storage...
⭐⭐⭐⭐⭐ 1,000+ sold
**Choice** **SuperDeals**
$**5**.99 $17.82
Top Selling
🚚 Free shipping over $10.00



Flat Feet Arch Support
Orthopedic Insoles Bandage Pa...
⭐⭐ 8 sold    **Choice** **Sale**
$**5**.10 $11.85
⚡ Drops to $5.10
🚚 Free shipping over $10.00



6X7/10x12cm Transparent Film
Dressing Waterproof Wound...
⭐⭐⭐⭐⭐ 4 sold    **Choice** **Sale**
$**2**.33 $7.30
⚡ Drops to $2.33
🚚 Free shipping over $10.00



3Pcs Stainless Steel Tongue
Scraper Silver Metal Cleaner Eco...
⭐⭐⭐⭐⭐ 6 sold    **Choice** **Sale**
$**2**.46 $5.36
⚡ Drops to $2.46
🚚 Free shipping over $10.00



Portable Makeup Brush Holder
Travel Makeup Brush Case...
⭐⭐⭐ 3 sold    **Choice** **Sale**
$**2**.99 $9.06
⚡ Drops to $2.99
🚚 Free shipping over $10.00



Miniature Bookshelf Ornament
Wooden Bookshelf Display...
⭐ 1 sold    **Choice** **Sale**
$**16**.51 $16.51
⚡ Drops to $16.51
🚚 Free shipping over $10.00



Acrylic Display Case Compatible
With 8 Slots Display Case For Di...
⭐⭐⭐⭐ 7 sold    **Choice** **Sale**
$**7**.13 $20.26
⚡ Drops to $7.13
🚚 Free shipping over $10.00



F949 Mortor RC Airplane Spare
Parts Motors For Park10Toys F94...
⭐ 1 sold    **Choice** **Sale**
$**1**.61 $5.02
⚡ Drops to $1.61
🚚 Free shipping over $10.00



Fashion Style 1pcs 19cm Shoe
Horns Professional Plastic Shoe...
⭐⭐⭐⭐⭐ 8 sold    **Choice** **Sale**
$**1**.31 $4.03
⚡ Drops to $1.31
🚚 Free shipping over $10.00



Wooden Trivets For Hot Dishes
Insulation Pad,Tree Shape Trivet...
⭐⭐⭐⭐ 20 sold    **Choice** **Sale**
$**6**.72 $19.78
⚡ Drops to $6.72
🚚 Free shipping over $10.00



50Pcs Ingrown Toenail Correction
Tool Ingrown Toe Nail Treatment...
⭐ 1 sold    **Choice** **Sale**
$**1**.91 $3.99
⚡ Drops to $1.91
🚚 Free shipping over $10.00



1:12 Dollhouse Laboratory Tool
Set Dollhouse Mini Test Tube...
⭐⭐⭐⭐⭐ 3 sold    **Choice** **Sale**
$**2**.32 $4.73
⚡ Drops to $2.32
🚚 Free shipping over $10.00



High Quality Black Ceramic
Titanium Knife Pet Hair Trimmer...
⭐⭐⭐⭐ 16 sold    **Choice** **Sale**
$**3**.44 $7.02
⚡ Drops to $3.44
🚚 Free shipping over $10.00



Creative Soft Stuffed Animal
Capybara Plush Doll Squeak Toy...
⭐⭐⭐⭐⭐ 9 sold    **Choice** **Sale**
$**1**.56 $2.93
⚡ Drops to $1.56
🚚 Free shipping over $10.00



6 In 1 Trilater Form For Rice Ball
Sushi Mould Sushi Bento Box...
⭐ 1 sold    **Choice** **Sale**
$**5**.70 $16.77
⚡ Drops to $5.70
🚚 Free shipping over $10.00



10Rolls 4mm Lash Extension Tape
Eye Makeup Tools Micropore...
⭐ 1 sold    **Choice** **Sale**
$**2**.16 $6.96
⚡ Drops to $2.16
🚚 Free shipping over $10.00



Cute Cartoon Fluid Pineapple
Duck Pinch Le Squeeze Slow...
⭐⭐⭐ 3 sold    **Choice** **Sale**
$**4**.14 $8.82
⚡ Drops to $4.14
🚚 Free shipping over $10.00



2Pcs/Set 1:12 Dollhouse
Miniatures Dinner Plate Mat...
⭐⭐⭐⭐⭐ 5 sold    **Choice** **Sale**
$**2**.03 $4.13
⚡ Drops to $2.03
🚚 Free shipping over $10.00



Silicone Toe Separator Gel Relief
Bunion Foot Pain Foot Health...
⭐ 1 sold    **Choice** **Sale**
$**1**.69 $5.26
⚡ Drops to $1.69
🚚 Free shipping over $10.00

2Pcs Fashion Round Frame
Lensless Retro Cool Doll Glasses...
⭐⭐⭐⭐⭐ 17 sold    **Choice** **Sale**
$**0**.98 $1.89
⚡ Drops to $0.98
🚚 Free shipping over $10.00

T-COM FM VB OS Bracket Clips
For FreedConn Motorcycle...
⭐⭐⭐⭐⭐ 3 sold    **Choice** **Sale**
$**2**.93 $8.62
⚡ Drops to $2.93
🚚 Free shipping over $10.00

2 Pcs Baby Safety Oven Lock Lid
Gas Stove Knob Covers Home...
⭐⭐⭐⭐ 4 sold    **Choice** **Sale**
$**1**.69 $4.98
⚡ Drops to $1.69
🚚 Free shipping over $10.00

Leaf Pressing Kit DIY Press Flower
Machine Tool Nature Wooden...
$**9**.41 $27.68
⚡ Drops to $9.41
🚚 Free shipping over $10.00

Roller Gua sha Board Anti Aging
Face Body Massage Beauty Care...
⭐ 1 sold    **Choice** **Sale**
$**2**.22 $6.73
⚡ Drops to $2.22
🚚 Free shipping over $10.00







AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods**

[redacted]

Change

✓Choice | **My Childhood World Store**

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs ...

$2.76

– 1 +

Shipping: $1.99

Estimated delivery between Sep 19 - 24

Free returns

**Summary**

| | |
|---|---|
| Subtotal | $2.76 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.32 |
| **Total** | **$5.07** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery** >

✓ $1.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

**Security & Privacy** >

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress Download the AliExpress app [redacted] | [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

**More To Love**

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 $7.25
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 $4.56
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 $20.36
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 $13.43
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 $19.54
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 $4.14
Extra 5% off with coins
Choice Free shipping over $10

4/8Pairs Curtain Magnetic ...
4000+ sold
$2.1 $6.17
Sale · Drops to $1.85 · -66%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 $15.77
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 $15.52
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 $2.44
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 $14.69
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 $9.26
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 $4.38
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 $18.38
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 $6.13
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 $2.58
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 $13.46
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 $18.9
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 $5.16
Choice Free shipping over $10

Pets Accessories Dog Bite ...
10 sold
$6.28 $19.62
Sale · Extra 1% off with coin...
Choice Free shipping over $10

**Help**

AliExpress | Download the AliExpress app | EN/ USD | [redacted] | Cart 0

Home > Orders > Order details

**Account**
- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

## To ship

Order will ship in **12 days**. If shipping is delayed an automatic refund will be issued.

Edit address | Extend delivery date | Cancel order

Choice AliExpress commitment

**Fast delivery** >
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns** >
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection** >
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8193165345614201 Copy
Order placed on: Sep 10, 2024
[redacted]

Choice | My Childhood World Store >

Estimated delivery date: Sep 24, 2024

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Full...
$2.76 x1
Free returns · Delivery guarantee

Add to cart

Subtotal $2.76
**Total** **$5.07**

## More to love

Electric Egg Mixer ...
8 sold
$23.44 $23.44
Extra 5% off with co...
Choice Free shipping over $10

【Hot sales】Boile...
2 sold
$3.42 $6.85
Sale · Drops to $...
Choice Free shipping over $10

Interactive Dog To...
197 sold
$6.5 $18.9
Sale · Drops to $...
Choice Free shipping over $10

Newest Hand-cran...
2 sold
$2.82

Hard Boiled Egg C...
45 sold
$6.04 $6.04
Sale · Drops to $...
Choice Free shipping over $10

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

# AliExpress Store Name

# Savor Store

# AliExpress Store Number

# 1101850244

AliExpress | boiled eggs peeler | Download the AliExpress app | EN/ USD | [redacted] | 0 Cart

Drops to $4.84 FallSavings

# $4.94

Starts: 12 : 54 : 29

Price shown before tax | Extra 5% off with coins

$1.00 off over $29.00

**Newest Hand-cranking Cooked Egg Sheller Hand-shaken Egg Sheller Cooked Manual Not Dirty Hands Easy To Shell Eggs Kitchen Tool**

by Savor Store ( 4.9 | 1,000+ sold )

**Color: yellow**

**Ship to** [redacted]

**Choice** AliExpress commitment

**Free shipping over $10.00**
Delivery: **Sep 19 - 24** (86.5% ≤ 14 days)

**Fast delivery**
- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns within 90 days**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

**Quantity**
1
21 available

**Buy now**

**Add to cart**

1

**Customer Reviews** Specifications Description Store You may also like

## Customer Reviews (0)

## Specifications

| | | | |
|---|---|---|---|
| Hign-concerned Chemical | None | Eggbeater Laying Method | Hand |
| Feature | Eco-Friendly,Stocked | Model Number | AAA |
| Plastic Type | PS | Material | plastic |

View more

## Description

**Report Item / Suspicious Activity**

# Newest Hand-cranking Cooked Egg Sheller Hand-shaken Egg Sheller Cooked Manual Not Dirty Hands Easy To Shell Eggs Kitchen Tool







# AliExpress

hard boiled egg peeler

Download the AliExpress app | Other/EN/ USD | Cart 0

Savor Store
88.7% positive reviews | 245 followers | + FOLLOW | Contact Now | Search in this store

Store Home    Products ⌄    Fall Savings    Feedback

**Sale**   Starts in: 9/11/2024, 3:00:00 AM

## ADD TO CART NOW

Fall Savings

## Discounts & coupons



$1
Spend $29, Get $1 off(excludes shipping costs)
324Y5X3AHDSB
Expires 2024/09/30    Collect

## Recently viewed



6-1Pc/Set Egg Poachers Cooker Silicone Non-Stick Boiler Cooker...
★★★★☆ 189 sold  Choice  Sale
$4.28 $4.33
⚡ Drops to $4.28
🚚 Free shipping over $10.00



Cylinder White Transparent Silicone Resin Candle Mould...
★★★★★ 64 sold  Choice  Sale
$1.32 $1.36
⚡ Drops to $1.32
🚚 Free shipping over $10.00



Vacuum Sealed Coffee Beans Tank Transparent Glass Food Storage...
★★★★★ 61 sold  Choice  Sale
$8.09 $8.25
⚡ Drops to $8.09
🚚 Free shipping over $10.00



3 Pcs Plastic Dumpling Molds Chinese Food Jiaozi-Maker...
★★★★★ 58 sold  Choice  Sale
$4.28 $4.35
⚡ Drops to $4.28
🚚 Free shipping over $10.00



Big Salad Spoon Fork Set Stainless Steel Kitchen Food...
★★★★★ 41 sold  Choice  Sale
$6.47 $6.60
⚡ Drops to $6.47
🚚 Free shipping over $10.00



Bamboo Salad Hands Natural Rice Spoon Non-stick Soup...
★★★★☆ 30 sold  Choice  Sale
$6.68 $6.80
⚡ Drops to $6.68
🚚 Free shipping over $10.00



Vacuum Sealed Coffee Beans Tank Transparent Glass Food Storage...
★★★★★ 6 sold  Choice  Sale
$8.09 $8.25
⚡ Drops to $8.09
🚚 Free shipping over $10.00



5 Pairs 304 Stainless Steel Chopsticks Reusable Non-Slip...
★★★★★ 6 sold  Sale
$2.34 $2.37
⚡ Drops to $2.34
🚚 Free shipping over $10.00



Newest Hand-cranking Cooked Egg Sheller Hand-shaken Egg...
★★★★★ 4 sold  Sale
$4.84 $4.94
⚡ Drops to $4.84
🚚 Free shipping over $10.00



Turkish Coffee Pot Cezve Ibrik Stainless Steel Long Handle Dub...
★★★★★ 1 sold  Choice  Sale
$4.84 $9.29
⚡ Drops to $9.02
🚚 Free shipping over $10.00



1Pcs Translucent Heat-resistant Silicone Non-stick Pan Cooking...
★★★★★ 6 sold  Sale
$4.68 $6.10
⚡ Drops to $4.68
🚚 Free returns



2.5M Parchment Paper Roll for Baking, Non-stick Oilpaper Wax...
★★★★★ 5 sold  Sale
$5.65 $7.43
⚡ Drops to $5.65
🚚 Free returns









AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods** View more

PayPal

[redacted]

Add a new card

Google Pay

✓Choice | **Savor Store**

Newest Hand-cranking Cooked Egg Sheller Hand-shaken Egg Sheller Cooked Manual Not ...
yellow

$4.94

1

Shipping: $1.99
Estimated delivery between Sep 19 - 24
Free returns

**Summary**

| | |
|---|---|
| Subtotal | $4.94 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.47 |
| **Total** | **$7.40** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

✓ $1.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress | Download the AliExpress app | Other/EN/ USD | [redacted] | Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime | Get real-time order updates | Save even more with coins

## More To Love

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 ~~$7.25~~
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 ~~$4.56~~
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 ~~$20.36~~
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 ~~$13.43~~
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 ~~$19.54~~
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 ~~$4.14~~
Extra 5% off with coins
Choice Free shipping over $10

Whole Body Tri-Ply Stainle...
3000+ sold
$29.05 ~~$67.41~~
Sale · Extra 1% off with coin...
Choice Free shipping over $10

304 Stainless Steel Frying ...
1,000+ sold
$25.5 ~~$75.24~~
Sale · Extra 1% off with coin...
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 ~~$15.77~~
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 ~~$15.52~~
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
305 sold
$2.38 ~~$2.44~~
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 ~~$14.69~~
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 ~~$9.26~~
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 ~~$4.38~~
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 ~~$18.38~~
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 ~~$6.13~~
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 ~~$2.58~~
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 ~~$13.46~~
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 ~~$18.9~~
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 ~~$5.16~~
Choice Free shipping over $10

Help

AliExpress | Download the AliExpress app | Other/EN/ USD | [redacted] | Cart 0

Home > Orders > Order details

**Account**

- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

Choice AliExpress commitment

**Fast delivery >**

$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**

Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**

Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8192663947074201 Copy

Order placed on: Sep 10, 2024

[redacted]

Choice | Savor Store >

Newest Hand-cranking Cooked Egg Sheller Hand-shaken Egg Sheller Cooked Manual Not Dirty Hands Easy To Shell Eggs Kitchen Tool

yellow

$4.94 x1

Free returns · Delivery guarantee

| | |
|---|---|
| Subtotal | $4.94 |
| **Total** | **$7.40** |

## More to love

All-natural Red Wi... 8 sold $9.69 Extra 5% off with co... Free shipping

2024 New Soft Gol... 195 sold $10.67 $31.01 Sale · Drops to $... Choice Free shipping over $10

Excel Professional ... 3 sold $199.46 Ship from US Free shipping

Pet Toys Ball Dog ... 48 sold $3.18 $9.25 Sale · Drops to $... Choice Free shipping over $10

1pc Facemasks Fa... 17 sold $1.11

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

**AliExpress Store Name**

**Shop1102675024 Store**

**AliExpress Store Number**

**1102669977**

AliExpress egg slicer Download the AliExpress app [redacted] 1 Cart

# $2.82

Price shown before tax

**Egg Peeler Egg Beater Cooked Egg Quick Shelling Magic Eggs Quick Shelling Cooking Accesorios Professional Kitchen Supplies**

by Shop1102675024 Store ( ★4.9 | 5,000+ sold )

**Color: white**

**Ship to** [redacted]

Choice **AliExpress commitment**

**Free shipping over $10.00**
Delivery: **Sep 24 - 28**

**Fast delivery**
- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns within 90 days**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

**Quantity**
1
Only 5 left

**Buy now**

**Add to cart**

1

## Related items

New Household Auto...
6 sold
$2.74 $3.42
Sale · Save $0.68 · ...

【Hot sales】Boiled E...
2 sold
$3.36 $6.86
Sale · Save $3.5 · -51%
Choice Free shipping over $10

Newest Hand-crankin...
5 sold
$4.84 $4.94
Sale · Save $0.1 · -3%
Choice Free shipping over $10

Egg Sheller, Hand-sha...
7 sold
$2.85 $5.7
Sale · Save $2.85 · ...
Choice Free shipping over $10

Cooked Egg Shell Re...
9 sold
$3.33 $3.33
Extra 5% off with coins
Choice Free shipping over $10

2023 New Egg Yolk S...
216 sold
$2 $2
Extra 2% off with coins
Choice Free shipping over $10

**Customer Reviews** Specifications Description Store You may also like

## Customer Reviews (0)

## Specifications

| | | | |
|---|---|---|---|
| Hign-concerned Chemical | None | Egg Tools Type | Egg Scissors |
| Brand Name | CHFENGASQ | Origin | Mainland China |

## Description

**Report Item / Suspicious Activity**







Case 2:24-cv-01407-WSS   Document 15   Filed 10/08/24   Page 165 of 252

Shop1102675024 Store-Amazing products with exclusive discounts on AliExpress



## Hot deals →



**1** 50/100pcs

Mini 25mm Natural Wooden Clips Photo Clips Clothespin Clothes Folder...
★★★★ 2,000+ sold
Top Selling
$ 1.29 $1.29
Choice  Free shipping over $10

**2**

Home Closet Hat Silk Scarf Shawls Purse Handbag Organizer Storage Arched...
★★★★ 393 sold
$ 1.84
Choice  Free shipping over $10

**3**

Coffee Herb Spice Filter Diffuser Handle Tea Ball Match Tea Bags Tea Infuse...
★★★★★ 265 sold
$ 1.66 $4.00
Choice  Free shipping over $10

## New arrivals →



**New**

Wall Mounted Knife Holder Kitchen Accessories Knife Holder Storage...
5 sold
$ 7.94 $7.94
Choice  Free shipping over $10

**New**  5 large cutting modes
With it! hold half the kitchen

Multifunctional Vegetable Cutter Hand Guard Potato Shredded Vegetable Cutte...
1 sold
$ 14.47 $14.47
Choice  Free shipping over $10

**New**

Knife Sharpener Alloy Steel Scissors Manual Quick Grinding Sharpeners...
5 sold
$ 1.24 $1.24
Choice  Free shipping over $10

## Picked for you



Egg Peeler Egg Beater Cooked Egg Quick Shelling Magic Eggs...
$ 2.82 $2.82
Choice  Free shipping over $10

Bread Dough Wicker Rattan Mass Proofing Proving Baskets Kitche...
$ 8.68 $8.68
Choice  Free shipping over $10

6Pcs Cake Trim Smoother Tool Pastry Cutter Cake Scraper Set...
$ 8.21 $8.21
Choice  Free shipping over $10

Christmas New Year Birthday Party Cake Decorations Tools...
$ 1.89 $4.89
Choice  Free shipping over $10

5kg/1g Portable Digital Scale LED Electronic Scales Postal Food...
★★★★ 13 sold
$ 4.8 $4.8
Choice  Free shipping over $10

Ice Cream Popsicle Mould Kitchen Gadgets 3-6PCS/set Summer...
1 sold
$ 1.06 $4.06
Choice  Free shipping over $10

Donut Mold Home DIY Silicone Bakery Baking Pan Decoration...
$ 2.64 $2.64
Choice  Free shipping over $10

3/4/5 Tier Cake Display Shelf Cupcake Holder Plate Birthday...
★★★★★ 94 sold
$ 13.66 $43.66
Choice  Free shipping over $10

6/8/16 Holes Buffet Food Display Stand Baking Kitchen Tools Acryl...
★★★★★ 14 sold
$ 4.54 $4.54
Choice  Free shipping over $10

Fondant Cake Painting Brush Nail Decoration Tool Cake Decoratin...
$ 2.03 $2.03
Choice  Free shipping over $10

Wooden Tray Snack Plate Dried Fruit Plate Walnut Color Woode...
★★★★★ 21 sold
$ 5.3 $5.3
Choice  Free shipping over $10

6PCS Reusable Food Packaging Sealed Lid Keeps Fresh Elastic...
★★★★ 168 sold
$ 2.74 $2.74
Choice  Free shipping over $10







AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods**

[redacted]

Change

Choice | **Shop1102675024 Store**

Egg Peeler Egg Beater Cooked Egg Quick Shelling Magic Eggs Quick Shelling Cooking Acces...
white

$2.82

1

Shipping: $1.99
Estimated delivery between Sep 24 - 28
Free returns

**Summary**

| | |
|---|---|
| Subtotal | $2.82 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.32 |
| **Total** | **$5.13** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

✓ $1.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress  Download the AliExpress app [redacted] [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime  Get real-time order updates  Save even more with coins

**More To Love**

Pet Dog Toy Ball Wobble ...
13 sold
$7.26 $7.26
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
71 sold
$4.56 $4.56
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$6.93 $20.39
Sale • Save $13.46 • -66%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.57 $13.45
Sale • Save $8.88 • -66%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$8.61 $19.57
Sale • Save $10.96 • -56%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
85 sold
$4.71 $4.71
Choice Free shipping over $10

3PCS-Lucky Puppets 13 D...
4000+ sold
$2.22 $7.42
SuperDeals • Sale • -70%
Choice Free shipping over $10

10/20/30/40/50Pcs Ename...
800+ sold
$3 $9.38
SuperDeals • Sale • -68%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$4.89 $15.79
Sale • Save $10.9 • -69%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$4.97 $15.54
Sale • Save $10.57 • -68%
Choice Free shipping over $10

Dog Teething And Chewin...
316 sold
$2.37 $2.45
Sale • Save $0.08 • -3%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.21 $14.71
Sale • Save $7.5 • -51%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$8.71 $9.26
Sale • Save $0.55 • -5%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 $4.38
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$5.89 $18.41
Sale • Save $12.52 • -68%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.76 $6.14
Sale • Save $3.38 • -55%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
12 sold
$2.5 $2.58
Sale • Save $0.08 • -3%
Choice Free shipping over $10

Squeaky Giggle Wobble B...
112 sold
$4.17 $13.47
Sale • Save $9.3 • -69%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
220 sold
$6.44 $18.93
Sale • Save $12.49 • -66%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.17 $5.17
Choice Free shipping over $10

**Help**

AliExpress   Download the AliExpress app | Other/EN/ USD | [redacted] Cart 0

Home > Orders > Order details

**Account**
- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

Choice AliExpress commitment

**Fast delivery** >
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns** >
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection** >
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8192864919424201 Copy
Order placed on: Sep 13, 2024
[redacted]

Choice | Shop1102675024 Store >

Egg Peeler Egg Beater Cooked Egg Quick Shelling Magic Eggs Quick Shelling Cooking Accesorios Professional Kitchen Supplies
white
$2.82 x1
Free returns · Delivery guarantee

Subtotal $2.82
**Total** **$5.13**

## More to love

Electric Egg Mixer ... 8 sold
$23.47 $23.47
Extra 5% off with co...
Choice Free shipping over $10

304 Stainless Steel... 91 sold
$5.54 $5.54
Extra 2% off with co...
Choice Free shipping over $10

Multifunctional Eg... 600+ sold
$1.87 $1.91
Sale · Save $0.04...
Choice Free shipping over $10

Hand Powered Gol... 50 sold
$2.28 $2.28
Extra 5% off with co...
Choice Free shipping over $10

Egg Yolk Mixer Por... 50 sold
$5.51 $5.58
Sale · Save $0.07...
Choice Free shipping over $10

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

**AliExpress Store Name**

**Shop1103257141 Store**


**AliExpress Store Number**

**1103258139**

AliExpress | hard boiled egg peeler | Download the AliExpress app | Other/EN/ USD | [redacted] | 0 Cart

Drops to $3.14 FallSavings

$3.38 ~~$9.79~~ 65% off Starts: 11 : 50 : 10

Price shown before tax | Extra 1% off with coins

**Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy to Shell Eggs Remover Kitchen Fully Automatic Small Tool**

by Shop1103257141 Store ( 4.2 | 1,000+ sold )

**Color: Red**

Ship to United States

Choice AliExpress commitment

**Free shipping over $10.00**
Delivery: **Sep 19 - 24** (86.5% ≤ 14 days)

**Fast delivery**
- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns · Price adjustment**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

Quantity
1
Only 10 left

Buy now

Add to cart

3

Customer Reviews (2) | Specifications | Description | Store | You may also like

## Customer Reviews (2)

5
★★★★★
All from verified purchases

| Stars | Count |
|---|---|
| 5 stars | 2 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

All(2) | Pic review(0) | Additional review(0) | Local review(0) | 5 stars(2) | 4 stars(0) | 3 stars(0) | 2 stars(0) | 1 star(0)

Sort by default | Show original translate

★★★★★
Color:Purple
bien
p***o | 06 Jun 2024 Helpful (0)

★★★★★
Color:Black
E***a | 14 Jul 2024 Helpful (0)

View More

## Specifications

| | | | |
|---|---|---|---|
| Eggbeater Laying Method | Hand | Feature | Eco-Friendly,Stocked |
| Model Number | Cooked egg sheller | Material | plastic |
| Function | Egg Stiring | Egg Tools Type | Egg Scissors |

View more

## Description

**Report Item / Suspicious Activity**

Item Description

**Feature:**
【High Quality Material】Manual egg peeler is made of high quality PP, GPPS material, non-toxic and odorless, can be assured of direct contact with food, long service life.
【Unique Bump Design】The egg peeler comes with multiple bump design, shaking the sheller can quickly separate the cooked egg shells.





9/10/24, 3:09 PM
Case 2:24-cv-01407-WSS Document 15 Filed 10/08/24 Page 172 of 252
Shop1103257141 Store - Amazing products with exclusive discounts on AliExpress



AliExpress

boiled eggs peeler

Shop1103257141 Store  Choice

Download the AliExpress app    Tallahassee/EN/ USD

Cart 0

Contact Now

↓Best Match   ↓Orders   ↓New   ↓Price



Santa Claus Doll Christmas Decorations Home 2024 Decor...
★★★★★ 1 sold  Choice  Sale
$3.07 $9.32
⚡ Drops to $3.07
🚚 Free shipping over $10.00



Cute Yellow Duck Ceramic Soap Dispenser Cartoon Hand Sanitiz...
★★★★★ 15 sold  Choice  Sale
$7.86 $23.12
⚡ Drops to $7.86
🚚 Free shipping over $10.00



Plastic Disposable Shoe Covers Cleaning Overshoes Outdoor...
★★★★★ 16 sold  Choice  Sale
$5.01 $14.73
⚡ Drops to $5.01
🚚 Free shipping over $10.00



1set Halloween Pumpkin Candle Holder Silicone Mold - DIY Wax...
1 sold  Choice  Sale
$4.22 $12.40
⚡ Drops to $4.22
🚚 Free shipping over $10.00

50pcs Clear Cone Candy Storage Bags Cones Transprant Plastic B...
★★★★★ 1 sold  Choice  Sale
$3.07 $9.02
⚡ Drops to $3.07
🚚 Free shipping over $10.00



100Pcs Disposable Gloves One-time Gloves Kitchenware...
★★★★★ 4 sold  Choice  Sale
$4.33 $4.33
⚡ Drops to $4.33
🚚 Free shipping over $10.00



16oz Oil Dispenser Bottle for Kitchen, 2 in 1 Olive Oil Dispens...
1 sold  Choice  Sale
$4.10 $12.06
⚡ Drops to $4.10
🚚 Free shipping over $10.00

5pcs Glitter Pink Christmas Flowers Xmas Tree 14cm Artificia...
5 sold  Choice  Sale
$3.01 $8.85
⚡ Drops to $3.01
🚚 Free shipping over $10.00



Duckling Couple Keychains Mini Duckling Keychain New Cute...
1 sold  Choice  Sale
$3.90 $11.48
⚡ Drops to $3.90
🚚 Free shipping over $10.00



Chocolate Mold Chocolate Decoration Cute Design Home...
★★★★★ 4 sold  Choice  Sale
$2.44 $7.69
⚡ Drops to $2.44
🚚 Free shipping over $10.00



Stainless Steel Pot Spoon Holder, Anti-Scald Silicone Grip Pot Clip...
★★★★★ 13 sold  Choice  Sale
$3.07 $9.03
⚡ Drops to $3.07
🚚 Free shipping over $10.00

Creative Toothpick Storage Box Automatic Pop-up Toothpick Bo...
11 sold  Choice  Sale
$3.56 $10.87
⚡ Drops to $3.56
🚚 Free shipping over $10.00



Portable Foldable Laundry Basin Plastic Travel Folding Wash Basi...
★★★★★ 37 sold  Choice  Sale
$4.63 $13.61
⚡ Drops to $4.63
🚚 Free shipping over $10.00



1pcs Egg Boiled Gadgets for Decor Utensils Kitchen Timer...
★★★★★ 2 sold  Choice  Sale
$2.54 $7.49
⚡ Drops to $2.54
🚚 Free shipping over $10.00



Flower Pen Holder Ceramic Desktop Decoration Cute Girl...
★★★★★ 8 sold  Choice  Sale
$10.12 $29.77
⚡ Drops to $10.12
🚚 Free shipping over $10.00




NEW 1PC Ceramic Leay Shower Soap Holder Bathroom Supplies...
★★★★★ 23 sold  Choice  Sale
$9.12 $26.36
⚡ Drops to $9.12
🚚 Free shipping over $10.00



Silicone Floor Drain Hair Filter Catcher Kitchen Sink Plug Filter...
★★★★★ 60 sold  Choice  Sale
$3.00 $8.01
⚡ Drops to $3.00
🚚 Free shipping over $10.00



10-50pcs Disposable Toilet Mat Portable Waterproof Soluble...
★★★★★ 25 sold  Choice  Sale
$2.06 $6.23
⚡ Drops to $2.06
🚚 Free shipping over $10.00



Car Key Pouch Bag Case Wallet Holder Chain Key Wallet Ring...
★★★★★ 13 sold  Choice  Sale
$3.98 $11.71
⚡ Drops to $3.98
🚚 Free shipping over $10.00



1PC Silicone Sealing Straw Plug Reusable Drinking Dust Cap...
★★★★★ 87 sold  Choice  Sale
$1.75 $5.15
⚡ Drops to $1.75
🚚 Free shipping over $10.00



4 cute designs pet ceramics bowl watermelon strawberry shape ca...
★★★★★ 36 sold  Choice  Sale
$8.84 $26.00
⚡ Drops to $8.84
🚚 Free shipping over $10.00

1pcs, Silicone Ice Cube Mold, Easy-Release & Flexible Mold...
★★★★★ 15 sold  Choice  Sale
$2.82 $8.30
⚡ Drops to $2.82
🚚 Free shipping over $10.00



3pcs Shaver Storage Rack Shelf Stainless Steel Razor Holder Wal...
★★★★★ 1 sold  Choice  Sale
$2.68 $7.68
⚡ Drops to $2.68
🚚 Free shipping over $10.00



50pcs Resin Christmas Flatbacks Santa Snowman Snowflake Holl...
★★★★★ 12 sold  Choice  Sale
$3.43 $10.09
⚡ Drops to $3.43
🚚 Free shipping over $10.00



5PCS/PACK



900ML



10PCS







AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods**

[redacted]

Change

Choice | **Shop1103257141 Store**

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy to Shell Eggs R...

Red

$3.38

1

Shipping: $1.99

Estimated delivery between Sep 19 - 24

Free returns

**Summary**

| | |
|---|---|
| Subtotal | $3.38 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.37 |
| **Total** | **$5.74** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

✔ $1.00 coupon code if delayed ✔ Refund if package lost ✔ Refund if items damaged ✔ Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress Download the AliExpress app [redacted] [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

**More To Love**

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 ~~$7.25~~
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 ~~$4.56~~
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 ~~$20.36~~
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 ~~$13.43~~
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 ~~$19.54~~
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 ~~$4.14~~
Extra 5% off with coins
Choice Free shipping over $10

4/8Pairs Curtain Magnetic ...
4000+ sold
$2.1 ~~$6.17~~
Sale · Drops to $1.85 · -66%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 ~~$15.77~~
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 ~~$15.52~~
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 ~~$2.44~~
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 ~~$14.69~~
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 ~~$9.26~~
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 ~~$4.38~~
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 ~~$18.38~~
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 ~~$6.13~~
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 ~~$2.58~~
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 ~~$13.46~~
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 ~~$18.9~~
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 ~~$5.16~~
Choice Free shipping over $10

Pets Accessories Dog Bite ...
10 sold
$6.28 ~~$19.62~~
Sale · Extra 1% off with coin...
Choice Free shipping over $10

**Help**

AliExpress | Download the AliExpress app | Tallahassee/EN/ USD | [redacted] | Cart 0

Home > Orders > Order details

**Account**
- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

Choice AliExpress commitment

**Fast delivery >**
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8193303258894201 Copy
Order placed on: Sep 10, 2024
[redacted]

Choice | Shop1103257141 Store >

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy to Shell Eggs Remover Kitchen Fully Automatic Small Tool
Red
$3.38 x1
Free returns · Delivery guarantee

Subtotal $3.38
**Total** **$5.74**

## More to love

Cooked Egg Shell ... 3 sold
$2.97 $8.61
Sale · Drops to $...
Choice Free shipping over $10

Electric Egg Mixer ... 8 sold
$23.44 $23.44
Extra 5% off with co...
Choice Free shipping over $10

All-natural Red Wi...
8 sold
$9.69
Extra 5% off with co...
Free shipping

Hard Boiled Egg C... 45 sold
$6.04 $6.04
Sale · Drops to $...
Choice Free shipping over $10

New Household A...
5 sold
$2.87
Sale · Drops to $...

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

**AliExpress Store Name**

**Shop1103580739 Store**

**AliExpress Store Number**

**1103572716**

AliExpress
knife sharpener
Download the AliExpress app
EN/ USD
[redacted]
0 Cart

⚡ Drops to $2.77 FallSavings

**$2.98** ~~$8.67~~ 65% off

Starts: 10 : 33 : 29

New: Launched in the last 30 days

Price shown before tax | Extra 1% off with coins

**Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool**

by Shop1103580739 Store ( ★4.1 | 800+ sold )

**Ship to** [redacted]

**Choice** AliExpress commitment

**Free shipping over $10.00**

Delivery: **Sep 19 - 24** (86.5% ≤ 14 days)

**Fast delivery**

- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns · Price adjustment**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

Quantity

1

Only 1 left

Buy now

Add to cart

Customer Reviews | Specifications | Description | Store | You may also like

## Customer Reviews (0)

## Specifications

| | | | |
|---|---|---|---|
| Hign-concerned Chemical | None | Egg Tools Type | Beep Eggs |
| Brand Name | JETTING | Origin | Mainland China |

## Description

**Report Item / Suspicious Activity**

Description
1. Manual operation: This product is completely manual operation, no battery or power supply is required, you only need to put the boiled egg in, and the eggshell can be easily removed with a light Press.
2. Keep your hands clean: With this product, you don't have to peel egg shells with your hands, which can avoid sticky hands and prevent your hands from being injured by peeling egg shells.
3. Easy to shell: This product has an innovative design that can quickly and easily remove cooked egg shells, no matter how many eggs you need to peel, you can save your precious time.
4. Suitable for eggs of various sizes: whether it is a small egg or a large egg, it can be applied. It can adapt to various sizes of eggs, making your job of shelling easy.
5. High-quality materials: The products are made of durable, food-grade safe materials, which can ensure your food safety and long life. At the same time, its structural design allows you to easily clean and store, making it the perfect tool for any kitchen.
Specification:
Name: Egg Shell Peeler
Material: Food Grade PP
Color: Yellow
Net Weight: 66g
Size: Approximately 7cm in diameter*10cm in height
How to use: Put the cooked eggs in and shake evenly.
Package Included:
1 * Egg Shell Peeler
Note:
1.Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!
2.Please allow error due to manual measurement. pls make sure you do not mind before you bid.
3.1cm=0.39in











AliExpress

hard boiled egg peeler

Download the AliExpress app · EN/USD · Cart 0

Shop1103580739 Store · Choice

Contact Now

↓ Best Match · ↓ Orders · ↓ New · ↓ Price



Ear Piercing Gun Kit Disposable Healthy Safety Earring Piercer...
1 sold · Choice · Sale
$ 2.57 $8.04
Drops to $2.57
Free shipping over $10.00



5pcs Pill Pouch Bags Zippered Pill Pouch Reusable Pill Bags Clear...
1 sold · Choice · Sale
$ 1.60 $4.98
Drops to $1.60
Free shipping over $10.00



Acrylic Display Case Fit For 1:64 Mini Size Dust Proof Clear Box...
1 sold · Choice · Sale
$ 2.30 $7.41
Drops to $2.30
Free shipping over $10.00



Natural Invisible Double Eyelid Tape Stickers Fiber Instant Eyelid...
4 sold · Choice · Sale
$ 1.81 $6.01
Drops to $1.81
Free shipping over $10.00



Synthetic Hair Bun Wig Ladies Ponytail Hair Extension Scrunchi...
3 sold · Choice · Sale
$ 2.15 $5.72
Drops to $2.15
Free shipping over $10.00



Disco Luminous Led Bride Cowgirl Hat Glowing Light Bar Cap...
13 sold · Choice · Sale
$ 7.06 $22.76
Drops to $7.06
Free shipping over $10.00



Rose-Shaped Red Wine Glasses Rose Shape Wine Glass With...
2 sold · Choice · Sale
$ 7.17 $23.18
Drops to $7.17
Free shipping over $10.00



1pcs Bamboo Lice Comb Double-sided Super Dense Teeth Remov...
1 sold · Choice · Sale
$ 1.47 $6.00
Drops to $1.47
Free shipping over $10.00



Super Fairy Feather Hair Claw Soft Plush Shark Clip Ladies Crab Cli...
2 sold · Choice · Sale
$ 2.52 $7.41
Drops to $2.52
Free shipping over $10.00



4pcs Pet Dog Shoes Socks Outdoor Indoor Waterproof No...
1 sold · Choice · Sale
$ 3.32 $10.73
Drops to $3.32
Free shipping over $10.00



Natural Tree Trunk Driftwood Fish Tank Driftwood Aquarium Fish...
1 sold · Choice · Sale
$ 6.79 $21.29
Drops to $6.79
Free shipping over $10.00



Mini Night Glow Resin Fish Tank Accessories Cute Colorful...
1 sold · Choice · Sale
$ 1.23 $3.03
Drops to $1.23
Free shipping over $10.00



Miniatures Figurines Creative Simulated Fruits Micro Landscap...
2 sold · Choice · Sale
$ 1.38 $4.44
Drops to $1.38
Free shipping over $10.00



Roman Pillar Greek Column Statue Pedestal Candlestick Stan...
1 sold · Choice · Sale
$ 2.01 $6.48
Drops to $2.01
Free shipping over $10.00



Kitchen Cooker Shield Splash Cooking Frying Oil Splash Scree...
1 sold · Choice · Sale
$ 2.99 $9.35
Drops to $2.99
Free shipping over $10.00



Simulation Artificial Plants Aquarium Decor Plastic...
1 sold · Choice · Sale
$ 1.30 $4.08
Drops to $1.30
Free shipping over $10.00



New Bathroom Non-punching Manual Press Soap Dispenser...
4 sold · Choice · Sale
$ 4.88 $15.77
Drops to $4.88
Free shipping over $10.00



Home Diatomite Mat Water Absorbing Pad Heat Resistant...
1 sold · Choice · Sale
$ 2.66 $8.30
Drops to $2.66
Free shipping over $10.00



Cat Ear Makeup Mirror Practical Desktop Makeup Mirror Portabl...
7 sold · Choice · Sale
$ 4.95 $15.46
Drops to $4.95
Free shipping over $10.00



1PC Towel Holder Space Aluminum No Drilling Bathroom...
4 sold · Choice · Sale
$ 4.01 $14.01
Drops to $4.01
Free shipping over $10.00



1Pc Butter Dish With Cover Butter Fresh-keeping Box With Cutter...
1 sold · Choice · Sale
$ 2.56 $8.00
Drops to $2.56
Free shipping over $10.00



Sexy Lace Pajamas Suit Women V-Neck Sleepwear Lingerie Casual...
1 sold · Choice · Sale
$ 3.57 $12.32
Drops to $3.57
Free shipping over $10.00



1L Plastic Tattoo Medical Supplies Container Waste Box Buckets...
1 sold · Choice · Sale
$ 2.74 $8.57
Drops to $2.74
Free shipping over $10.00



6.5CM Cute Capibala Slow Rebound Decompression Model...
1 sold · Choice · Sale
$ 1.97 $6.14
Drops to $1.97
Free shipping over $10.00

     







AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods**

[redacted]

Change

Choice | **Shop1103580739 Store**

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs ...

$2.98

1

Shipping: $1.99
Estimated delivery between Sep 19 - 24
Free returns

**Summary**

| | |
|---|---|
| Subtotal | $2.98 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.33 |
| **Total** | **$5.30** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress Download the AliExpress app [redacted] [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

**More To Love**

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 ~~$7.25~~
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 ~~$4.56~~
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 ~~$20.36~~
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 ~~$13.43~~
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 ~~$19.54~~
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 ~~$4.14~~
Extra 5% off with coins
Choice Free shipping over $10

100pcs self-adhesive glass...
83 sold
$11.84
Extra 5% off with coins
Free shipping

4/8Pairs Curtain Magnetic ...
4000+ sold
$2.1 ~~$6.17~~
Sale · Drops to $1.85 · -66%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 ~~$15.77~~
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 ~~$15.52~~
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 ~~$2.44~~
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 ~~$14.69~~
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 ~~$9.26~~
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 ~~$4.38~~
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 ~~$18.38~~
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 ~~$6.13~~
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 ~~$2.58~~
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 ~~$13.46~~
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 ~~$18.9~~
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 ~~$5.16~~
Choice Free shipping over $10

**Help**

AliExpress

Download the AliExpress app | EN/ USD | [redacted] | Cart 0

Home > Orders > Order details

**Account**

- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

Choice AliExpress commitment

**Fast delivery >**

$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**

Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**

Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8193165506444201 Copy

Order placed on: Sep 10, 2024

[redacted]

Choice | Shop1103580739 Store >

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool

$2.98 x1

Free returns · Delivery guarantee

| | |
|---|---|
| Subtotal | $2.98 |
| **Total** | **$5.30** |

## More to love

Wobble Wag Giggl... $4.76 $13.82 Sale · Drops to $... Choice Free shipping over $10

Electric Egg Mixer ... 8 sold $23.44 $23.44 Extra 5% off with co... Choice Free shipping over $10

Newest Hand-cran... 2 sold $2.82

Hard Boiled Egg C... 45 sold $6.04 $6.04 Sale · Drops to $... Choice Free shipping over $10

2/4Pcs Air Fryer Eg... 202 sold $2.76 $2.76 Choice Free shipping over $10

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

**AliExpress Store Name**

**Shop1103620766 Store**


**AliExpress Store Number**

**1103618843**

AliExpress egg shell remover Download the AliExpress app EN/ USD [redacted] 0 Cart

Drops to $2.75 FallSavings

**$2.78** ~~$8.09~~ 65% off Starts: 10 : 42 : 05

Price shown before tax | Extra 1% off with coins

**Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool**

by Shop1103620766 Store ( 4.1 | 4,000+ sold )

Ship to [redacted]

Choice AliExpress commitment

**Free shipping over $10.00**
Delivery: **Sep 19 - 24** (86.5% ≤ 14 days)

**Fast delivery**
- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns · Price adjustment**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

Quantity
1
Only 5 left

Buy now

Add to cart

Customer Reviews | Specifications | Description | Store | You may also like

## Customer Reviews (0)

## Specifications

| | | | |
|---|---|---|---|
| Egg Tools Type | Beep Eggs | Brand Name | Shmacax |
| Origin | Mainland China | | |

## Description

Report Item / Suspicious Activity

Description
1. Manual operation: This product is completely manual operation, no battery or power supply is required, you only need to put the boiled egg in, and the eggshell can be easily removed with a light Press.
2. Keep your hands clean: With this product, you don't have to peel egg shells with your hands, which can avoid sticky hands and prevent your hands from being injured by peeling egg shells.
3. Easy to shell: This product has an innovative design that can quickly and easily remove cooked egg shells, no matter how many eggs you need to peel, you can save your precious time.
4. Suitable for eggs of various sizes: whether it is a small egg or a large egg, it can be applied. It can adapt to various sizes of eggs, making your job of shelling easy.
5. High-quality materials: The products are made of durable, food-grade safe materials, which can ensure your food safety and long life. At the same time, its structural design allows you to easily clean and store, making it the perfect tool for any kitchen.
Specification:
Name: Egg Shell Peeler
Material: Food Grade PP
Color: Yellow
Net Weight: 66g
Size: Approximately 7cm in diameter*10cm in height
How to use: Put the cooked eggs in and shake evenly.
Package Included:
1 * Egg Shell Peeler
Note:
1.Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!
2.Please allow error due to manual measurement. pls make sure you do not mind before you bid.
3.1cm=0.39in









9/10/24, 4:17 PM
Case 2:24-cv-01407-JNSS Document 15 Filed 10/08/24 Page 186 of 252
Shop1103620766 Store - Amazing products with exclusive discounts on AliExpress



Contact Now

↗Best Match · ↓Orders · ↓New · ↓Price



Pearl Setting Machine Tools 5 Sizes Resin Beads Pearl Fabric...
★★★★★ 6 sold  Choice Sale
$ 12 32 $36.22
⚡ Drops to $12.32
🚚 Free shipping over $10.00



Owl Tapestry Hand-woven Owl Dream Catcher Wall Hanging...
Choice Sale
$ 11 15 $32.79
⚡ Drops to $11.15
🚚 Free shipping over $10.00



5Pcs Large Capacity Rectangle Storage Basket Set Foldable...
3 sold  Choice Sale
$ 28 49 $83.78
⚡ Drops to $28.49
🚚 Free shipping over $10.00



3PCS Storage Strap Heavy-Duty Hook And Loop Cord Carrying...
★★★★ Choice Sale
$ 7 77 $22.86
⚡ Drops to $7.77
🚚 Free shipping over $10.00



Sports Compression Socks Calf Socks Compression Socks Wrist...
Choice Sale
$ 2 33 $4.66
⚡ Drops to $2.33
🚚 Free shipping over $10.00



12V 4-in-1 Square 4Pin Fan Simulator Emulator Special For...
Choice Sale
$ 10 17 $31.78
⚡ Drops to $10.17
🚚 Free shipping over $10.00



Leather Fly Swatter Long Handle Home Handheld Fly Swatter...
1 sold  Choice Sale
$ 4 93 $14.50
⚡ Drops to $4.93
🚚 Free shipping over $10.00



Resistance Bands Yoga Fitness Accessories Rubber Pull Rope...
Choice Sale
$ 1 91 $3.82
⚡ Drops to $1.91
🚚 Free shipping over $10.00




Power Strip US Plug AC Outlets Multitap Electrical Socket...
Choice Sale
$ 9 25 $18.58
⚡ Drops to $9.25
🚚 Free shipping over $10.00



Transparent Acrylic Money Box With Counter Piggy And Saving...
1 sold  Choice Sale
$ 11 91 $35.02
⚡ Drops to $11.91
🚚 Free shipping over $10.00



Fishing White Nylon Line Fishing Net Braided Fish Net...
1 sold  Choice Sale
$ 13 83 $28.22
⚡ Drops to $13.83
🚚 Free shipping over $10.00



Flower Bed Edging Plastic Garden Fence DIY Edging Stones Brick...
★★★★ 3 sold  Choice Sale
$ 4 70 $13.82
⚡ Drops to $4.70
🚚 Free shipping over $10.00



Portable Garden Knee Seat Protecting Knees Garden Stool...
★★★★ 17 sold  Choice Sale
$ 28 95 $55.12
⚡ Drops to $28.95
🚚 Free shipping over $10.00



Strawberry Bowl Spoon Plate Set Beautiful Girl Heart Bowl Salad...
Choice Sale
$ 6 41 $18.88
⚡ Drops to $6.41
🚚 Free shipping over $10.00




1Pc High Quality EU US US 3/4 Inch 2 Way Garden Hose Splitter Garde...
Choice Sale
$ 6 68 $19.65
⚡ Drops to $6.68
🚚 Free shipping over $10.00



1PC 30CM Horror Creeper Zombie Indoor/Outdoor Garden...
Choice Sale
$ 19 50 $57.36
⚡ Drops to $19.50
🚚 Free shipping over $10.00



Creative Rope Climbing Squirrel Statue Cute Simulation Squirrel...
Choice Sale
$ 10 69 $31.45
⚡ Drops to $10.69
🚚 Free shipping over $10.00



1Set Plant Support Cages Tomato Cages For Climbing Plants Gard...
Choice Sale
$ 7 10 $20.91
⚡ Drops to $7.10
🚚 Free shipping over $10.00



100/50/36PCS Crochet Set DIY Hand Held Knitting Tools Woole...
2 sold  Choice Sale
$ 8 95 $20.33
⚡ Drops to $8.95
🚚 Free shipping over $10.00



Fly-proof Bamboo Basket Kitchen Fruit Vegetable Bread Serving...
1 sold  Choice Sale
$ 6 02 $17.78
⚡ Drops to $6.02
🚚 Free shipping over $10.00



Handle Glass Mug Pink Bow Transparent Water Cup Flower T...
Choice Sale
$ 6 46 $19.01
⚡ Drops to $6.46
🚚 Free shipping over $10.00



Portable Cute Animal Pattern Graffiti Bucket Bag Ins Printed...
2 sold  Choice Sale
$ 2 69 $7.90
⚡ Drops to $2.69
🚚 Free shipping over $10.00



Shower Squeegee Glass Wiper Scraper With Silicone Holder...
★★★★ 2 sold  Choice Sale
$ 5 04 $14.80
⚡ Drops to $5.04
🚚 Free shipping over $10.00



Press On Nail Tip Box Packaging With Bottom Cards Nail Boxes F...
1 sold  Choice Sale
$ 1 31 $3.88
⚡ Drops to $1.31
🚚 Free shipping over $10.00















AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods**

[redacted]

Change

✓Choice | **Shop1103620766 Store**

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs ...

$2.78

– 1 +

**Shipping: $1.99**

Estimated delivery between **Sep 19 - 24**

Free returns

**Summary**

| | |
|---|---|
| Subtotal | $2.78 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax ⓘ | $0.32 |
| **Total** | **$5.09** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery** >

✓ $1.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

**Security & Privacy** >

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play | App Store | AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress Download the AliExpress app [redacted] [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

**More To Love**

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 $7.25
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 $4.56
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 $20.36
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 $13.43
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 $19.54
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 $4.14
Extra 5% off with coins
Choice Free shipping over $10

4/8Pairs Curtain Magnetic ...
4000+ sold
$2.1 $6.17
Sale · Drops to $1.85 · -66%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 $15.77
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 $15.52
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 $2.44
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 $14.69
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 $9.26
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 $4.38
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 $18.38
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 $6.13
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 $2.58
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 $13.46
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 $18.9
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 $5.16
Choice Free shipping over $10

Pets Accessories Dog Bite ...
10 sold
$6.28 $19.62
Sale · Extra 1% off with coin...
Choice Free shipping over $10

Help

AliExpress Download the AliExpress app | EN / USD | [redacted] Cart 0

Home > Orders > Order details

**My Account**
- General
- Orders
- Pay
- Refunds and retu...
- Ratings
- Settings
- Mailing address
- Message Center
- Invite friends
- Help Center
- Complaints Center
- Suggestions
- Dropshipping cen...

AliExpress mobile app
Buy from anywhere!
Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

Choice AliExpress commitment

**Fast delivery >**
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID : 8193165901234201 Copy
[redacted]

Choice | Shop1103620766 Store >

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool
$ 2.78 x 1
Free returns · Delivery guarantee

| | |
|---|---|
| Subtotal | $2.78 |
| **Total** | **$ 5.09** |

## More to love

Wobble Wag Giggl...
$ 4 . 76 ~~$13.82~~
Sale · Drops to $...
Choice Free shipping over $10

【Hot sales】Boile...
2 sold
$ 3 . 42 ~~$6.85~~
Sale · Drops to $...
Choice Free shipping over $10

Electric Egg Mixer ...
8 sold
$ 23 . 44 ~~$23.44~~
Extra 5% off with co...
Choice Free shipping over $10

Newest Hand-cran...
2 sold
$ 2 . 82

Egg Sheller, Hand-...
197 sold
$ 2 . 62 ~~$5.24~~
Sale · Extra 1% off ...
Choice Free shipping over $10

**AliExpress Information**
Customer Service , Disputes , Buyer Protection , Report an IPR Infringement , Regulated Information , Integrity Compliance , Transparency Center , Logging in Complaints without Logging In

**AliExpress in other languages**
עברית , اللغة عربي , Polish

**Browse by Category**
Most Popular , Product , Promotion , Low Price , Great Value , Reviews

**Alibaba Group**
Alibaba Group Page , AliExpress , Alimama , Alipay , Fliggy , Alibaba Cloud , Alibaba International , AliTelecom , DingTalk , Juhuasuan , Taobao Marketplace , Tmall , Taobao Global , AliOS , 1688

Intellectual Property Protection - Privacy Policy - Sitemap - AliExpress.com Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved.

Eve
I did not receive products
I did not receive a refund
The product is not the same
Why was my order closed?
Do you need help?

**AliExpress Store Name**

**Shop1103652096 Store**

**AliExpress Store Number**

**1103667077**

9/10/24, 4:11 PM

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Sm…

Case 2:24-cv-01407-WSS    Document 15    Filed 10/03/24    Page 191 of 252



# Customer Reviews (0)

# Specifications

| High-concerned Chemical | None | Egg Tools Type | Beep Eggs |
|---|---|---|---|
| Brand Name | TPXCKz | Origin | Mainland China |

# Description

Report Item / Suspicious Activity

Description
1. Manual operation: This product is completely manual operation, no battery or power supply is required, you only need to put the boiled egg in, and the eggshell can be easily removed with a light Press.
2. Keep your hands clean: With this product, you don't have to peel egg shells with your hands, which can avoid sticky hands and prevent your hands from being injured by peeling egg shells.
3. Easy to shell: This product has an innovative design that can quickly and easily remove cooked egg shells, no matter how many eggs you need to peel, you can save your precious time.
4. Suitable for eggs of various sizes: whether it is a small egg or a large egg, it can be applied. It can adapt to various sizes of eggs, making your job of shelling easy.
5. High-quality materials: The products are made of durable, food-grade safe materials, which can ensure your food safety and long life. At the same time, its structural design allows you to easily clean and store, making it the perfect tool for any kitchen.
Specification:
Name: Egg Shell Peeler
Material: Food Grade PP
Color: Yellow
Net Weight: 66g
Size: Approximately 7cm in diameter*10cm in height
How to use: Put the cooked eggs in and shake evenly.
Package Included:
1 * Egg Shell Peeler
Note:
1.Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!
2.Please allow error due to manual measurement. pls make sure you do not mind before you bid.
3.1cm=0.39in








## Recently viewed



30ML Prank Novelties Toy Gag Joke Liquid Fart Spray Can Stink...
★★★☆☆ 114 sold  Choice  Sale
$0.97 $1.02
⚡ Drops to $0.97
🔄 Free returns



1pc Silicone Spoon Holder Rest Pad Kitchen Utensils Spatula...
★★★★☆ 87 sold  Choice  Sale
$1.72 $1.76
⚡ Drops to $1.72
🚚 Free shipping over $10.00



Mini Winter Hand Warmer Instant Heating Pack Reusable Cute...
★★★★☆ 50 sold  Sale
$0.42 $0.68
⚡ Drops to $0.42
🔄 Free returns



Cold Gel Insulin Cooling Bag Diabetic Pocket Ice Pack Pill...
14 sold  Sale
$1.87 $3.12
⚡ Drops to $1.87
🔄 Free returns



Hamster Bathroom House Sandbox Full Transparent Urine...
9 sold  Choice  Sale
$2.84 $2.90
⚡ Drops to $2.84
🚚 Free shipping over $10.00



Kitchen Lemon Fruit Peeler Cheese Zester Microplane Grate...
7 sold  Choice  Sale
$2.95 $4.04
⚡ Drops to $2.95
🚚 Free shipping over $10.00



Air Conditioner Fin Cleaning Comb Stainless Steel Condenser...
2 sold  Choice  Sale
$2.44 $2.50
⚡ Drops to $2.44
🚚 Free shipping over $10.00



Clothes Scrubbing Brush Multifunctional Soft Fur Shoes...
2 sold  Choice  Sale
$1.98 $2.01
⚡ Drops to $1.98
🚚 Free shipping over $10.00



Bowl Spoon Dish Clamp Pot Pan Gripper Clip Hot Dish Plate Bowl...
★★★★☆ 3 sold  Choice  Sale
$2.18 $2.22
⚡ Drops to $2.18
🚚 Free shipping over $10.00



200pcs/1pack Multicolor Mini Dried Flowers Diy Art Craft Epox...
3 sold  Sale
$1.52 $2.58
⚡ Drops to $1.52
🔄 Free returns



Eco-Friendly Kitten Eye Rub Handheld Cat Eye Wipe Rub Eye...
1 sold  Choice  Sale
$1.18 $1.93
⚡ Drops to $1.18
🚚 Free shipping over $10.00



Egg Holder Automatic Rolling Chicken Egg Organizer Storage...
1 sold  Sale
$0.58 $0.96
⚡ Drops to $0.58
🔄 Free returns



Wall Mounted Mask Storage Box Garbage Bag Storage Container...
1 sold  Choice  Sale
$2.02 $2.07
⚡ Drops to $2.02
🚚 Free shipping over $10.00



2023 God of Wealth Metal Buddhist / Taoist Card Peace...
★★★★☆ 2 sold  Choice  Sale
$2.07 $2.15
⚡ Drops to $2.07
🚚 Free shipping over $10.00



1PC Sealing Machine Rechargable 2 In 1 Bag Heat Sealer Storage...
2 sold  Sale
$1.16 $1.07
⚡ Drops to $1.16
🔄 Free returns



1pc 1600ml Transparent Coffee Syrup Bee Drip Double Scale...
1 sold  Sale
$1.66 $1.69
⚡ Drops to $1.66
🔄 Free returns



New Wall Mounted Garden Irrigation Hose Pipe Hanger...
1 sold  Sale
$0.76 $1.77
⚡ Drops to $0.76
🔄 Free returns

50PCS Disposable Clear Plastic Cup Outdoor Picnic Birthday...
2 sold  Choice  Sale
$2.77 $2.83
⚡ Drops to $2.77
🚚 Free shipping over $10.00

## View more deals







AliExpress

## Shipping address

[redacted]

Change

## Payment Methods

[redacted]

Change

**Shop1103652096 Store**

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs ...

Yellow

$0.70

1

**Shipping: $3.70**

Estimated delivery between **Sep 17 - 26**

Free returns

## Summary

| | |
|---|---|
| Subtotal | $0.70 |
| Promo codes | Enter |
| Shipping fee | $3.70 |
| Tax | $0.31 |
| **Total** | **$4.71** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### Fast delivery

✔ $1.00 coupon code if delayed ✔ Refund if package lost ✔ Refund if items damaged ✔ Refund if no delivery in 30 days

### Security & Privacy

Safe payments · Secure personal details

### Safe Payments

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress Download the AliExpress app [redacted] [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

## More To Love

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 $7.25
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 $4.56
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 $20.36
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 $13.43
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 $19.54
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 $4.14
Extra 5% off with coins
Choice Free shipping over $10

4/8Pairs Curtain Magnetic ...
4000+ sold
$2.1 $6.17
Sale · Drops to $1.85 · -66%
Choice Free shipping over $10

Customized children's na...
2,000+ sold
$4.64 $4.64
Extra 5% off with coins
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 $15.77
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 $15.52
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 $2.44
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 $14.69
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 $9.26
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 $4.38
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 $18.38
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 $6.13
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 $2.58
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 $13.46
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 $18.9
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 $5.16
Choice Free shipping over $10

Help

AliExpress | Download the AliExpress app | EN/ USD | [redacted] | Cart 0

Home > Orders > Order details

**Account**

- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

**Service Commitment**

**Fast delivery** >

$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns** >

Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection** >

Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8193070048364201 Copy

Order placed on: Sep 10, 2024

[redacted]

Shop1103652096 Store >

Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy To Shell Eggs Remover Kitchen Fully Automatic Small Tool

Yellow

$0.70 x1

Free returns · Delivery guarantee

| | |
|---|---|
| Subtotal | $0.70 |
| **Total** | **$4.71** |

## More to love

【Hot sales】Boile... 2 sold $3.42 $6.85 Sale · Drops to $... Choice Free shipping over $10

Newest Hand-cran... 2 sold $2.82

Interactive Dog To... 197 sold $6.5 $10.9 Sale · Drops to $... Choice Free shipping over $10

Electric Egg Mixer ... 8 sold $23.44 $23.44 Extra 5% off with co... Choice Free shipping over $10

Egg Sheller, Hand-... 197 sold $2.62 $5.24 Sale · Extra 1% off ... Choice Free shipping over $10

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

**AliExpress Store Name**

**Shop1103847354 Store**

**AliExpress Store Number**

**1103846356**

AliExpress | egg cracker opener | Download the AliExpress app | EN/ USD | [redacted] | 0 Cart

Sale is coming soon — FallSavings

**$2.85** ~~$5.69~~ 50% off — Starts: 11 : 17 : 13

Price shown before tax | Extra 1% off with coins

**Egg Sheller, Hand-shaken Egg Sheller, Eggshell Separator, Cooked Egg Sheller**

★ 1.0 1 Review | 7 sold

**Color: Yellow**

**Ship to** [redacted]

Choice AliExpress commitment

**Free shipping over $10.00**
Delivery: **Sep 17 - 20** (88.2% ≤ 10 days)

**Fast delivery**
- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns · Price adjustment**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

Quantity
1
34 available

Buy now

Add to cart

5

**Customer Reviews (1)** | Specifications | Description | Store | You may also like

## Customer Reviews (1)

**1**
★☆☆☆☆
All from verified purchases

| Stars | Count |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

All(1) | Pic review(0) | Additional review(0) | Local review(0) | 5 stars(0) | 4 stars(0) | 3 stars(0) | 2 stars(0) | 1 star(1)

Sort by default | Show original translate

★☆☆☆☆
Color:Yellow
Just a joke, it doesn't work, it leaks everywhere when you put water! Purchase to feed the bin!

C***c | 25 Aug 2024 — Helpful (0)

View More

## Specifications

| Type | Specialty Tools | Origin | Mainland China |
|---|---|---|---|

## Description

**Report Item / Suspicious Activity**

- **Efficient Egg Shelling :**This tool is designed to efficiently separate egg shells from eggs, making it a perfect addition to your kitchen toolkit.
- **Hand-Shaken Design :**The hand-shaken design of this egg sheller allows for easy and quick operation, saving you time and effort in the cooking process.
- **Specialty Tool :**As a specialty tool, it caters to specific needs in the kitchen, making it an ideal choice for those who frequently cook eggs.
- **Durable Material :**Made in Mainland China, this egg sheller is crafted from durable materials ensuring long-lasting use and reliability.
- **Versatile Use :**Whether you're making hard-boiled eggs, soft-boiled eggs, or scrambled eggs, this tool is versatile enough to handle all your egg peeling needs.
- **Compact Size :**Its compact size makes it easy to store in your kitchen drawer or cabinet, making it a convenient tool for both small and large kitchens.





9/10/24, 3:33 PM
Case 2:24-cv-01407-WSS Document 15 Filed 10/08/24 Page 200 of 252
Shop1103847354 Store - Amazing products with exclusive discounts on AliExpress



1/2


【Hot sales】Pure Black Large Striped Bowl, Large Caliber And...
★★★★★ 45 sold Choice Sale
$3.21 $11.09
⚡ Drops to $3.21
🚚 Free shipping over $10.00


1pc Visual Timer Mechanical Countdown Timers Kitchen...
★★★★★ 22 sold Choice Sale
$5.97 $13.57
⚡ Drops to $5.97
🚚 Free shipping over $10.00


[Hot Sales] 1Pc Black Gray Stainless Steel Barbecue Scissors...
★★★★★ 36 sold Choice Sale
$3.37 $13.48
⚡ Drops to $3.37
🚚 Free shipping over $10.00


【Hot sales】"Wooden Large Capacity Soup Spoon Kitchen U...
★★★★★ 3 sold Choice Sale
$4.01 $8.00
🚚 Free shipping over $10.00


1 PCS Electric Milk Frother Portable Egg Beater USB...
★★★★★ Choice Sale
$9.95 $19.91
🚚 Free shipping over $10.00


Milk Coffee Cup Stainless Steel Double Wall Thermal Insulated...
★★★★★ 19 sold Choice Sale
$9.06 $19.28
⚡ Drops to $9.06
🚚 Free shipping over $10.00


4Pcs/lot Bed Sheet Fasteners Holder Gadgets for Bed Sheet...
★★★★★ 230 sold Choice Sale
$3.20 $9.43
⚡ Drops to $3.20
🚚 Free shipping over $10.00


[Hot Sales] Steel Roller Cutter Multi-Purpose Pizza Cake Doug...
★★★★★ 143 sold Choice Sale
$3.51 $7.89
🚚 Free shipping over $10.00


[Hot Sales] Wine Plug Vacuum Retain Freshness Champagne...
★★★★★ 1 sold Choice Sale
$2.64 $7.75
⚡ Drops to $2.64
🚚 Free shipping over $10.00


2 In 1 Mini Portable Sealing Machine Food Packaging...
★★★★★ 1 sold Choice Sale
$9.29 $18.59
🚚 Free shipping over $10.00


【Hot sales】Green/orange plastic ice cream mold, 1 piece,...
★★★★★ Choice Sale
$4.94 $14.53
🚚 Free shipping over $10.00


【Hot sales】Silver/Gold Tableware Modern 6 stainless...
★★★★★ 1 sold Choice Sale
$4.46 $14.38
⚡ Drops to $4.46
🚚 Free shipping over $10.00


【Hot sales】Rubber bar mat non-slip PVC cafe bar mat Hom...
★★★★★ 1 sold Choice Sale
$9.50 $18.99
🚚 Free shipping over $10.00


[Hot Sales] 75ml Glass Espresso Measuring Cup Double/Single...
★★★★★ 107 sold Choice Sale
$4.20 $8.40
🚚 Free shipping over $10.00


[Hot Sales] Time Cube Timer Kitchen Timer Kids for Time...
★★★★★ Choice Sale
$4.80 $16.56
⚡ Drops to $4.80
🚚 Free shipping over $10.00


1pc Long Silicone 4 Grids Giant Silicone Ice Cube Square Tray...
★★★★★ 36 sold Choice Sale
$7.11 $14.22
🚚 Free shipping over $10.00


Camping String Light USB Charging Lantern 2800mAh,IPX6...
★★★★★ Choice Sale
$12.08 $12.08
⚡ Drops to $12.08
🚚 Free shipping over $10.00


[Hot Sales] Stainless Steel Gold and Silver Salad Bowl Rice...
★★★★★ Choice Sale
$4.68 $14.38
⚡ Drops to $4.68
🚚 Free shipping over $10.00


[Hot Sales] Stainless Steel Gold and Silver Salad Bowl Rice...
★★★★★ 23 sold Choice Sale
$5.09 $10.18
🚚 Free shipping over $10.00


【Hot sales】Silicone ice cream mold Silicone mold DIY juice ice...
★★★★★ 16 sold Choice Sale
$3.19 $6.39
⚡ Drops to $3.19
🚚 Free shipping over $10.00


[Hot sales] Home electric grinder, mini electric food...
★★★★★ Choice Sale
$6.44 $10.94
⚡ Drops to $6.44
🚚 Free shipping over $10.00


[Hot Sales] Non-Stick Performed French Bread Baking Tray Carbo...
★★★★★ 2 sold Choice Sale
$10.21 $31.00
⚡ Drops to $10.87
🚚 Free shipping over $10.00


1-Pack Carbon Steel Nonstick 4 Holes Round Mold Baking Hom...
★★★★★ Choice Sale
$3.21 $8.02
⚡ Drops to $3.21
🚚 Free shipping over $10.00


USB Wireless Electric Kitchen Blender Mixer Garlic Masher Me...
★★★★★ 2 sold Choice Sale
$5.90 $11.12
⚡ Drops to $5.90
🚚 Free shipping over $10.00













AliExpress

## Shipping address

[redacted]

Change

## Payment Methods

[redacted]

Change

✓Choice | Shop1103847354 Store

【Hot sales】Boiled Eggs Peeler And Cracker Boiled Egg Shell Peeler Stripper, Shake And P...
WHITE

$3.42

– 1 +

Shipping: $1.99
Estimated delivery between Sep 17 - 20
Free returns

## Summary

| | |
|---|---|
| Subtotal | $3.42 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.37 |
| **Total** | **$5.78** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### Fast delivery >

✓ $1.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

### Security & Privacy >

Safe payments · Secure personal details

### Safe Payments

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress | Download the AliExpress app | [redacted] | [redacted] | Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

**More To Love**

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 ~~$7.25~~
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 ~~$4.56~~
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 ~~$20.36~~
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 ~~$13.43~~
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 ~~$19.54~~
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 ~~$4.14~~
Extra 5% off with coins
Choice Free shipping over $10

New Sponge Heel Cushio...
2,000+ sold
$1.65 ~~$4.01~~
SuperDeals · Sale · -59%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 ~~$15.77~~
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 ~~$15.52~~
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 ~~$2.44~~
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 ~~$14.69~~
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 ~~$9.26~~
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 ~~$4.38~~
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 ~~$18.38~~
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 ~~$6.13~~
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 ~~$2.58~~
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 ~~$13.46~~
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 ~~$18.9~~
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 ~~$5.16~~
Choice Free shipping over $10

Pets Accessories Dog Bite ...
10 sold
$6.28 ~~$19.62~~
Sale · Extra 1% off with coin...
Choice Free shipping over $10

**Help**

AliExpress | Download the AliExpress app | Tallahassee/EN/ USD | [redacted] | Cart 0

Home > Orders > Order details

**Account**
- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

Choice AliExpress commitment

**Fast delivery >**
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8192603362834201 Copy
Order placed on: Sep 10, 2024
[redacted]

Choice | Shop1103847354 Store >

【Hot sales】Boiled Eggs Peeler And Cracker Boiled Egg Shell Peeler Stripper, Shake And Peel Peeling Kitchen Tool, Egg Opener Tool
WHITE
$3.42 x1
Free returns · Delivery guarantee

Subtotal $3.42
**Total** **$5.78**

## More to love

【Hot sales】Boile...
1 sold
$3.42 $6.85
Sale · Drops to $...
Choice Free shipping over $10

Interactive Dog To...
197 sold
$6.5 $10.9
Sale · Drops to $...
Choice Free shipping over $10

Electric Egg Mixer ...
8 sold
$23.44 $23.44
Extra 5% off with co...
Choice Free shipping over $10

Newest Hand-cran...
2 sold
$2.82

New Household A...
5 sold
$2.87
Sale · Drops to $...

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

# AliExpress Store Name

# Sumory Store

# AliExpress Store Number

# 1101293646

9/10/24, 2:45 PM    Newest Hand-cranking Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy to Shell Eggs Remover Kitch…

Case 2:24-cv-01407-WSS    Document 15    Filed 10/08/24    Page 205 of 252



$2.82  $~~$5.76~~  51% off
Price shown before tax

🏷️ Buy 3 pieces get 2% off                                    ›

Newest Hand-cranking Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy to Shell Eggs Remover Kitchen Tool

⭐ 1 sold

**Color: Yellow**

### Ship to
### AliExpress commitment

🚚 **Shipping:** $2.17                                          ›
Delivery: **Sep 17 - 26** (86.0% ≤ 16 days)

⚡ **Fast delivery**
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

↩ **Free returns within 90 days**

🔒 **Security & Privacy** Safe payments Secure personal details

🌱 **Sustainability at AliExpress**

**Quantity**
−  1  +
Only 3 left

**Buy now**

**Add to cart**

---

**Customer Reviews**    Specifications    Description    Store    You may also like

## Customer Reviews (0)

---

## Specifications

| Model Number | Egg Shell Remover | Material | plastic |
|---|---|---|---|
| Specialty Tools Type | Food Covers | Brand Name | MOONBIFFY |
| Origin | Mainland China | Type | Specialty Tools |

---

## Description                                    Report Item / Suspicious Activity

• **Efficient Egg Shelling :**This tool is designed to efficiently separate egg shells from eggs, making it a perfect addition to your kitchen toolkit.

• **Hand-Shaken Design :**The hand-shaken design of this egg sheller allows for easy and quick operation, saving you time and effort in the cooking process.

• **Specialty Tool :**As a specialty tool, it caters to specific needs in the kitchen, making it an ideal choice for those who frequently cook eggs.

• **Durable Material :**Made in Mainland China, this egg sheller is crafted from durable materials ensuring long-lasting use and reliability.

• **Versatile Use :**Whether you're making hard-boiled eggs, soft-boiled eggs, or scrambled eggs, this tool is versatile enough to handle all your egg peeling needs.

• **Compact Size :**Its compact size makes it easy to store in your kitchen drawer or cabinet, making it a convenient tool for both small and large kitchens.

## product information

### features:

Hand egg stripper, egg shell separator, add water hand quickly peel the eggshell, smooth and neat, non-stick hands.Unique convex point design, multiple convex points, shaking the shell can quickly separate cooked egg shell.Simple operation, enjoy life after adding water shake, quick shell, easy to avoid ironing.Simple design, reasonable structure, simple bottle shape, size eggs can be used.

### specification:

Product name: Hand egg stripper

Weight :0.07kg

Size :8*4*9.6cm

Color: yellow

Material: PP





AliExpress egg peeler

Download the AliExpress app Tallahassee/EN/ USD Cart 0

Sumory Store

94.3% positive reviews | 1.3K followers +FOLLOW Contact Now Search in this store

Store Home | Products ⌄ | Fall Savings | Feedback



Sale Starts in: 9/11/2024, 3:00:00 AM

ADD TO CART NOW

Fall Savings

## Discounts & coupons

| $4 | UEWX906YEXLH |
| --- | --- |
| Spend $100, Get $4 off(excludes shipping costs) | |
| Expires 2024/10/31 | Collect |

| $3 | ITH9T1VDF9UG |
| --- | --- |
| Spend $60, Get $3 off(excludes shipping costs) | |
| Expires 2024/10/31 | Collect |

| $1 | P8B9MV1J3RQV |
| --- | --- |
| Spend $18, Get $1 off(excludes shipping costs) | |
| Expires 2024/10/31 | Collect |

## Recently viewed

     

Birds Food Holder Pet Parrot Feeding Fruit Vegtable Clip...
138 sold Sale
$ 0.65 $1.30
⚡ Drops to $0.65
Free returns

Retro Copper Lotus Pocket Hollow Out Incense Sticks Burne...
Sale
$ 1.33 $2.72
⚡ Drops to $1.33
Free returns

Stainless Steel Mango Cutter Avocado Slicer Splitter Fruit...
76 sold Choice
$ 4.02 $4.77
⚡ Drops to $4.02
🚚 Free shipping over $10.00

Double-grid Soap Holder Punch-free Drain Rack 4Colors Bathroo...
59 sold Sale
$ 1.73 $3.69
⚡ Drops to $1.73
Free returns

Self Adhesive Bathroom Shelves Wall Mounted Storage Rack Box...
38 sold Sale
$ 3.00 $6.25
⚡ Drops to $3.00
Free returns

Half Cut Fruit Freshing Container Lemon Box Avocado Storage...
25 sold Sale
$ 2.88 $6.39
⚡ Drops to $2.88
Free returns

     

Double-grid Soap Holder Punch-free Drain Rack 4Colors Bathroo...
8 sold Sale
$ 1.73 $3.69
⚡ Drops to $1.73
Free returns

Flower Shape Kitchen Sink Drain Silicone Hair Catcher Bathroom...
16 sold Sale
$ 1.37 $2.75
⚡ Drops to $1.37
Free returns

Birds Food Holder Pet Parrot Feeding Fruit Vegtable Clip...
138 sold Sale
$ 0.65 $1.30
⚡ Drops to $0.65
Free returns

1pc Pumpkin Shaped Needle Pin Cushion Sewing Needle Pillow...
8 sold Sale
$ 1.41 $2.71
⚡ Drops to $1.41
Free returns

Kitchen Anti Scald Pot Plate Clip Bowl Dish Holder Carrier Clamp...
1 sold Sale
$ 1.97 $3.40
⚡ Drops to $1.97
Free returns

Anti-scald Gripper Clip Hot Dish Non-slip Plate Bowl Clip Retriev...
2 sold Sale
$ 2.83 $5.78
⚡ Drops to $2.83
Free returns

     

3Pcs/set Snowflake Cake Decorating Fondant Plunger...
1 sold Sale
$ 2.77 $5.90

1pc Pet Cat Sprout Dish Growing Pot Hydroponic Plant Cat Grass...
3 sold Sale
$ 3.10 $6.88

Stainless Steel Cookie Mold Manually Press Biscuit Cake...
1 sold Sale
$ 1.59 $3.19

1PCS Yarn Guide Finger Holders Knitting Thimble Loop Crochet...
6 sold Sale
$ 0.60 $1.23

Wooden Handle Stainless Steel Small Colander Fine Mesh Oil...
6 sold Sale
$ 1.91 $3.98

10Pcs Resin Bonfire Model Miniature Decoration Campfire...
7 sold Sale
$ 2.88 $5.07







AliExpress

**Shipping address**

[redacted]

Change

**Payment Methods**

[redacted]

Change

**Sumory Store**

Newest Hand-cranking Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Ha...

Yellow

$2.82

1

Shipping: $2.17

Estimated delivery between Sep 17 - 26

Free returns

**Summary**

| | |
|---|---|
| Subtotal | $2.82 |
| Promo codes | Enter |
| Shipping fee | $2.17 |
| Tax | $0.34 |
| **Total** | **$5.33** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

✔ $1.00 coupon code if delayed ✔ Refund if package lost ✔ Refund if items damaged ✔ Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress | Download the AliExpress app | [redacted] | [redacted] | Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

**More To Love**

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 ~~$7.25~~
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 ~~$4.56~~
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 ~~$20.36~~
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 ~~$13.43~~
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 ~~$19.54~~
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 ~~$4.14~~
Extra 5% off with coins
Choice Free shipping over $10

With Pencil Holder Case f...
10,000+ sold
$6.69 ~~$11.94~~
SuperDeals · Sale · -44%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 ~~$15.77~~
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 ~~$15.52~~
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
305 sold
$2.38 ~~$2.44~~
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 ~~$14.69~~
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 ~~$9.26~~
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 ~~$4.38~~
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 ~~$18.38~~
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 ~~$6.13~~
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 ~~$2.58~~
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 ~~$13.46~~
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
197 sold
$6.5 ~~$18.9~~
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 ~~$5.16~~
Choice Free shipping over $10

Pets Accessories Dog Bite ...
10 sold
$6.28 ~~$19.62~~
Sale · Extra 1% off with coin...
Choice Free shipping over $10

Help

AliExpress   Download the AliExpress app | Tallahassee/EN/ USD [redacted] Cart 0

Home > Orders > Order details

**Account**
- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

## Payment being verified

This order is being verified, which may take up to 24 hours to complete. During this period, you won't be able to modify your order.

**Service Commitment**

**Fast delivery >**
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8192602007834201 Copy
Order placed on: Sep 10, 2024
[redacted]

Sumory Store >

Newest Hand-cranking Cooked Egg Shell Remover Manual Egg Shell Remover Not Dirty Hands Easy to Shell Eggs Remover Kitchen Tool
Yellow
$ 2.82 x1
Free returns · Delivery guarantee

| | |
|---|---|
| Subtotal | $2.82 |
| **Total** | **$ 5.33** |

## More to love

Newest Hand-cran...
1 sold
$2.82

All-natural Red Wi...
8 sold
$9.69
Extra 5% off with co...
Free shipping

1pc Facemasks Fa...
17 sold
$1.11

Electric Egg Mixer ...
8 sold
$23.44 $23.44
Extra 5% off with co...
Choice Free shipping over $10

Smarts Dog Toy B...
323 sold
$3.41 $4.24
Early bird deal, only ...
Choice Free shipping over $10

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

**AliExpress Store Name**

**Ycyc0124 Store Store**

**AliExpress Store Number**

**1103788191**

AliExpress | egg slicer | Download the AliExpress app | [redacted] | 0 Cart

Drops to $3.18 | Fall Savings

# $3.26

Starts: 10 : 00 : 47

Price shown before tax | Extra 5% off with coins

**Cooked Egg Sheller Hand Cranked Shell Remover Eggshell Separator No Need To Peel The Eggshell Cooked Egg Sheller Egg Tools**

2 sold

**Color: White**

Ship to [redacted]

Choice AliExpress commitment

**Free shipping over $10.00**
Delivery: **Sep 19 - 24** (86.5% ≤ 14 days)

**Fast delivery**
- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns within 90 days**

**Security & Privacy** Safe payments·Secure personal details

**Sustainability at AliExpress**

Quantity
1
Only 8 left

Buy now

Add to cart

2

Customer Reviews | Specifications | Description | Store | You may also like

## Customer Reviews (0)

## Specifications

| | | | |
|---|---|---|---|
| Hign-concerned Chemical | None | Eggbeater Laying Method | Hand |
| Feature | Eco-Friendly,Stocked | Material | plastic |
| Egg Tools Type | Egg Scissors | Type | Egg Tools |

View more

## Description

Report Item / Suspicious Activity

# Healthy and beautiful life









## Recently viewed



Travel Neck Pillow Self-filling
Travel Pillow Portable Stuffable...
⭐⭐⭐⭐⭐ 62 sold  Choice  Sale
$ 5.01 $5.20
⚡ Drops to $5.01
🚚 Free shipping over $10.00

Originality Anti-stress Fractal
Fidget Hexagon Portable Playin...
33 sold  Choice  Sale
$ 4.47 $4.76
⚡ Drops to $4.47
🚚 Free shipping over $10.00

Poultry Pro Feeder Rainproof
Chicken Feeder DIY Automatic...
⭐⭐⭐⭐⭐ 16 sold  Choice  Sale
$ 6.31 $6.67
⚡ Drops to $6.31
🚚 Free shipping over $10.00

Adhesive Toilet Paper Rack,
Bathroom Paper Towel Holder,...
⭐⭐⭐⭐⭐ 16 sold  Choice  Sale
$ 3.70 $3.07
⚡ Drops to $3.70
🚚 Free shipping over $10.00

Neck Shoulder Stretcher Relaxer
Massage Pillow Cervical...
⭐⭐⭐⭐⭐ 14 sold  Choice  Sale
$ 4.62 $4.75
⚡ Drops to $4.62
🚚 Free shipping over $10.00

Convenient Durable 3Different
Size Zipper Repair Kit DIY...
⭐⭐⭐⭐⭐ 12 sold  Choice  Sale
$ 1.25 $1.31
⚡ Drops to $1.25
🚚 Free shipping over $10.00

4PCS Anti Vibration Feet Pads
Rubber Legs Slipstop Silent Skid...
⭐⭐⭐⭐⭐ 1 sold  Choice  Sale
$ 3.41 $3.48
⚡ Drops to $3.41
🚚 Free shipping over $10.00

HQ Car Upholstery Glue PVC
Brush Sealing Strip Door Bottom...
1 sold  Sale
$ 2.80 $2.91
⚡ Drops to $2.80
🚚 Free shipping over $10.00

Poultry Pro Feeder Rainproof
Chicken Feeder DIY Automatic...
⭐⭐⭐⭐⭐ 1 sold  Choice  Sale
$ 6.31 $6.67
⚡ Drops to $6.31
🚚 Free shipping over $10.00

Invisible Waterproof Glue with
Brush, Wall Tile, Window Stable...
1 sold  Choice  Sale
$ 3.27 $3.43
⚡ Drops to $3.27
🚚 Free shipping over $10.00

Silicone Spill Proof Stopper Set
For Stanley Cup 1.0 2.0 40oz/...
⭐⭐⭐⭐⭐ 10 sold  Choice  Sale
$ 1.76 $1.82
⚡ Drops to $1.76
🚚 Free shipping over $10.00

Neck Shoulder Stretcher Relaxer
Massage Pillow Cervical...
⭐⭐⭐⭐⭐ 14 sold  Choice  Sale
$ 4.62 $4.75
⚡ Drops to $4.62
🚚 Free shipping over $10.00

Originality Anti-stress Fractal
Fidget Hexagon Portable Playin...
33 sold  Choice  Sale
$ 4.47 $4.76
⚡ Drops to $4.47
🚚 Free shipping over $10.00

Cooked Egg Sheller Hand
Cranked Shell Remover Eggshell...
2 sold  Sale
$ 3.18 $3.28
⚡ Drops to $3.18
🚚 Free shipping over $10.00

1PC Multifunction Hand Press
Food Cutter Onion Nuts Grinder...
⭐ 3 sold  Choice  Sale
$ 5.35 $5.44
⚡ Drops to $5.35
🚚 Free shipping over $10.00

USB LED Clip Table Lamp, Bedside
Table Lamp, Desk Atudent...
2 sold  Sale
$ 8.86 $21.63
⚡ Drops to $8.86
🚚 Free shipping

Convenient Durable 3Different
Size Zipper Repair Kit DIY...
⭐⭐⭐⭐⭐ 12 sold  Choice  Sale
$ 1.25 $1.31
⚡ Drops to $1.25
🚚 Free shipping over $10.00

Back Stretcher Lower Back Pain
Relief Device Back Cracker Back...
1 sold  Choice  Sale
$ 10.21 $10.57
⚡ Drops to $10.21
🚚 Free shipping over $10.00

## View more deals







AliExpress

## Shipping address

[redacted]

Change

## Payment Methods

[redacted]

Change

✓Choice | Ycyc0124 Store Store

Cooked Egg Sheller Hand Cranked Shell Remover Eggshell Separator No Need To Peel The ...

White

$3.26

1

Shipping: $1.99

Estimated delivery between Sep 19 - 24

Free returns

## Summary

| | |
|---|---|
| Subtotal | $3.26 |
| Promo codes | Enter |
| Shipping fee | $1.99 |
| Tax | $0.36 |
| **Total** | **$5.61** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### Fast delivery

✓ $1.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

### Security & Privacy

Safe payments · Secure personal details

### Safe Payments

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress   Download the AliExpress app | [redacted] | [redacted] Cart 0

**Payment Successful**
Thank you! We've received your payment.

[redacted]

Home

Check my order

Follow us on Messenger

**Shop on the AliExpress App** Scan the QR code to download
Shop anywhere & anytime · Get real-time order updates · Save even more with coins

**More To Love**

Pet Dog Toy Ball Wobble ...
13 sold
$7.25 $7.25
Choice Free shipping over $10

Wag Giggle Glow Ball Inter...
69 sold
$4.56 $4.56
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
2 sold
$7 $20.36
Sale · Drops to $6.92 · -65%
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
2 sold
$4.62 $13.43
Sale · Drops to $4.57 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
71 sold
$9.77 $19.54
Sale · Drops to $8.6 · -50%
Choice Free shipping over $10

Dog Toy Wobble Wag Gigg...
76 sold
$4.14 $4.14
Extra 5% off with coins
Choice Free shipping over $10

Original External Hard Dri...
56 sold
$8.46
Sale · Drops to $7.62
Free shipping

Disposable Non-toxic Blu...
18 sold
$11.01
Free shipping

Pet Dog Toy Ball Wobble ...
6 sold
$5.42 $15.77
Sale · Drops to $4.89 · -65%
Choice Free shipping over $10

Dog Giggle Ball Interactive...
26 sold
$5.34 $15.52
Sale · Drops to $4.97 · -65%
Choice Free shipping over $10

Dog Teething And Chewin...
306 sold
$2.38 $2.44
Sale · Drops to $2.36 · -2%
Choice Free shipping over $10

Dog Toy Football Interacti...
800+ sold
$7.34 $14.69
Sale · Drops to $7.2 · -50%
Choice Free shipping over $10

Benepaw Interactive Dog ...
91 sold
$9.26 $9.26
Sale · Drops to $8.71
Choice Free shipping over $10

Pet Dog Toy Ball Wobble ...
1,000+ sold
$4.38 $4.38
Extra 2% off with coins
Choice Free shipping over $10

Wobble Wag Giggle Glow ...
3 sold
$6.32 $18.38
Sale · Drops to $5.88 · -65%
Choice Free shipping over $10

Pet Toy Ball Electric Intera...
5,000+ sold
$2.94 $6.13
Sale · Drops to $2.76 · -52%
Choice Free shipping over $10

Interactive Dog Toys Slow ...
11 sold
$2.58 $2.58
Sale · Drops to $2.5
Choice Free shipping over $10

Squeaky Giggle Wobble B...
111 sold
$4.63 $13.46
Sale · Drops to $4.18 · -65%
Choice Free shipping over $10

Interactive Dog Toy, Fun G...
198 sold
$6.5 $18.9
Sale · Drops to $6.43 · -65%
Choice Free shipping over $10

Wobble Wag Giggle Sound...
60 sold
$5.16 $5.16
Choice Free shipping over $10

**Help**

AliExpress Download the AliExpress app | EN/ USD | [redacted] Cart 0

Home > Orders > Order details

**Account**
- Overview
- Orders
- Payment
- Refund and return
- Feedback
- Settings
- Shipping address
- Message center
- Invite friends
- Help center
- Manage reports
- Suggestion
- DS Center

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

## To ship

Order will ship in **12 days**. If shipping is delayed an automatic refund will be issued.

Edit address | Extend delivery date | Cancel order

Choice AliExpress commitment

**Fast delivery >**
$1.00 coupon code if delayed · Refund if package lost · Refund if items damaged · Refund if no delivery in 30 days

**Free returns >**
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free.

**Buyer Protection >**
Under 'buyer protection', all your product ordering processes are protected.

[redacted]

Order ID: 8192668023014201 Copy
Order placed on: Sep 10, 2024
[redacted]

Choice | Ycyc0124 Store Store >

Estimated delivery date: Sep 24, 2024

Cooked Egg Sheller Hand Cranked Shell Remover Eggshell Separator No Need To Peel The Eggshell Cooked Egg...
White
$3.26 x1
Free returns · Delivery guarantee

Add to cart

Subtotal $3.26
**Total** **$5.61**

## More to love

Electric Egg Mixer ...
8 sold
$23.44 $23.44
Extra 5% off with co...
Choice Free shipping over $10

Wobble Wag Giggl...
$4.76 $13.82
Sale · Drops to $...
Choice Free shipping over $10

Hard Boiled Egg C...
45 sold
$6.04 $6.04
Sale · Drops to $...
Choice Free shipping over $10

Electric Egg Mixer ...
3 sold
$22.46 $22.46
Choice Free shipping over $10

1Set Cocktail Smo...
122 sold
$8.83 $26.75
Sale · Extra 1% off ...
Choice Free shipping over $10

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?

**Seller Display Name**

**Imaginary Visions Ecommerce LLC**

**Seller ID**

**A3N4WI1LTOXGM7**





amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Groceries Toys & Games Keep Shopping For Shop By Interest Household, Health & Baby Care Amazon Home Amazon Business Livestreams THURSDAY NIGHT FOOTBALL 26:47:00

Sponsored

‹ Back to results

**Purchased 4 times**
Last purchased Jul 30, 2024
Color: White | View order

Set reminder

Click image to open expanded view

2 VIDEOS

## The Negg Boiled Egg Peeler White

Visit the NEGG Store
3.9 ★★★★ 9,297 ratings
500+ bought in past month

-6% $15.88
Typical price: ~~$16.95~~

Apply now and get a $10 Amazon Gift Card upon approval of the Prime Store Card, or see if you pre-qualify with no impact to your credit bureau score.
May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: **White**

$16.40 | $15.88

- Add 1/4 cup (Negg capful) of water to the Negg. Add your hard-boiled egg and snap on the top cap.
- Now you're ready to slip the egg out of its shell. SHAKE the Negg up and down with enough force so that the egg strikes the caps. Remember to take it a little easy, or you will end up with a slushy mess complete with shells.
- Shake until you feel the shell begin to "soften" - approximately 4 to 12 times. Timing will vary. The body is clear so you can watch the progress.
- When you see the white of the egg appear, you're done. Mission Accomplished. The egg will then slip out of its shell.
- If the egg is a reluctant sheller you may have to break the membrane after shaking to get the shell to release. This can happen with extremely fresh eggs, and is not the norm.

**Additional Details**

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Sponsored

$15.88

FREE delivery **September 17 - 19**. Details

Or fastest delivery **September 13 - 16**. Details

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from Imaginary Visions Ecommerce LLC
Sold by Imaginary Visions Ecommerce LLC
Returns 30-day refund/replacement
Customer service Amazon

See more

Add to List

**Other sellers on Amazon**

New & Used (9) from $15.59 prime FREE One-Day

Sponsored

### Frequently bought together

+

**This item:** The Negg Boiled Egg Peeler White
$15.93 prime

DASH Rapid Egg Cooker: 6 Egg Capacity Electric Egg Cooker for Hard Boiled Eggs, Poached Egg...
$18.99 prime

Total price: $34.92

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

### Based on your recent views

Sponsored

- Cinf White Ceramic Egg Cups & Cracker Set | Set of 6 Ceramic Egg Cups + 6 SS Spoons... $25.99 prime
- Eparé Egg Cracker Tool - Egg Cups for Soft Boiled Eggs British - Stainless Steel Eg... ★★★★½ 5,552 $16.95 prime Save 5% with coupon
- Egg shell Opener, Egg Shell Cutter, 2024 new Egg shell opener for boiling egg top, ... $7.99
- Egg Slicer for Hard Boiled Eggs Banana Slicer, Aluminium & Stainless Steel Wires St... ★★★★½ 318 Amazon's Choice $14.99 prime
- Durable Boiled Egg Extractor, Kitchen Egg Shell Peeler Remover Portable Egg Shell R... $11.52
- Boiled Egg Extractor Egg Shell Peeler Huller Portable Kitchen Tools Egg Shell Remov... ★ 1 $19.02 prime Save 6% with coupon
- Brush - The Original Egg Brush (Large - XL), Silicone Egg Cleaning Brush, Reusable ... ★★★★½ 57 $20.00 ($20.00/Count) prime
- Egg Shell Opener, Eg Peeler,Boiled Egg Peeler,Egg Shell Cutt For Boiled Eggs Top.. $10.99 Save 8% with coupon

### Customers frequently viewed

Sponsored | Popular products in the last 7 days

- Corn Peeler for Corn on the Cob, Corn Peeler, Corn on the Cob Remover, Fast and Saf... $8.98 prime Save 6% with coupon
- Pelamatic Electric Fruit Peeler - Versatile Automatic Orange, Apple, Potato Peeler ... $89.99 prime
- FANTEXY Corn Peeler, Corn Cob Stripper Corn Stripper Tool, Soft Grip Corn Peeler fo... ★★★★½ 10 $9.98 prime Save 10% with coupon
- Manual Quail Egg Peeler Machine Quail Egg Sheller Household Quail Egg Peeling Machi... ★★★★ 123 $33.99 prime
- Farberware Euro Peeler, a Kitchen Essential for Quick and Easy Peeling of Produce, ... ★★★★½ 3,222 $7.99 prime
- NEW Long Handle Stainless Steel Corn Stripping Tool, corn peeler for corn on the... ★★★★★ 4 $12.99 prime Save 5% with coupon
- Spring Chef Premium Swivel Vegetable Peeler, Black ★★★★★ 39,599 #1 Best Seller $7.99 prime
- Corn Stripper, Corn Peeler,Quickly Remov Kernels From Corn ★★★★½ 471 $15.99 prime Save $2.00 with coupon

## Videos

**Videos for this product**

- 0:56 Easily Peel Boiled Eggs with The Negg Boiled Egg Peeler — Mad About Cooking At Home
- 4:13 Does the egg shell REALLY come off in one piece? — MARCY MCKENNA
- 0:42 SHAKE & PEEL ! let's put it to the test - UNBOX & TRY IT OUT — 30mo Fishing
- 0:40 Customer Review: Easy to use. It works! — hulavickiwicki
- Peel those eggs — The Parent Game

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Groceries Toys & Games Keep Shopping For prime THURSDAY NIGHT FOOTBALL 26:48:53

# Imaginary Visions Ecommerce LLC

Visit the Imaginary Visions Ecommerce LLC storefront

★★★☆☆ | **50% positive** lifetime (2 total ratings)

**The Negg Boiled Egg Peeler Black**

$16.40

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

Imaginary Visions Ecommerce LLC is committed to providing each customer with the highest standard of customer service.

**Have a question for Imaginary Visions Ecommerce LLC?**

Ask a question

## Reviews

★★★☆☆ 3 out of 5 Lifetime
2 ratings

| | | |
|---|---|---|
| 5 star | | 50% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 50% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

2 total ratings, 2 with feedback for Lifetime

★★★★★ "I love these Halo fans, then come with all the connection options that you will need"

By John on May 21, 2024.

★☆☆☆☆ "No received the product yet."

By Easy Flier on November 5, 2023.

"I hope this message finds you well. I am writing to sincerely apologize for the inconvenience you've experienced regarding your order.I understand how frustrati..."

Read more

By Imaginary Visions Ecommerce LLC on December 2, 2023.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Imaginary Visions Ecommerce LLC
**Business Address:**
14150 Wunderlich Dr Apto 913
HOUSTON
TX
77069
US

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback













amazon prime [redacted] Imaginary Visions Ecommerce LLC Search Amazon EN [redacted] Returns & Orders 0

All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Groceries Toys & Games Keep Shopping For Shop By Interest Household, Health & Baby Care

8 results Sort by: Featured

**Department**
Appliances
Home & Kitchen
Industrial & Scientific

**Customer Reviews**
& Up

**Condition**
New

**Availability**
Include Out of Stock

Shop now
Sponsored

## Results

Check each product page for other buying options.

The Negg Boiled Egg Peeler White
9,297
500+ bought in past month
$15.88 Typical: ~~$16.95~~
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Small Business
Add to cart

Delta Faucet RP19804 1300/1400 Series Catridge Assembly Small
1,211
500+ bought in past month
$35.65 List: ~~$93.30~~
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Add to cart

Professional Compact Vegetable Chopper, Chopper Vegetable Cutter, Food Chopper, Veggie Chopper with Container, Vegetable Chopper With Container, Onion Chopper...
486
100+ bought in past month
$28.98 List: ~~$32.99~~
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Add to cart

Winco BGS-1 Commercial Manual Bagel Slicer,Gray
753
100+ bought in past month
$24.98 List: ~~$32.29~~
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Add to cart

40 oz Tumbler with Handle and Straw, 100% Leak-Proof Travel Mug, Stainless Steel Double Wall Vacuum Insulated Coffee Cup Keeps Cold For 34 Hours, Dishwasher...
Stainless Steel
480
50+ bought in past month
$19.93 ($3.99/Count) List: ~~$29.99~~
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Add to cart

Smarthome Toilet Paper Holder with Shelf, Black Anti-Rust Aluminum Tissue Roll Holder with Mobile Phone Storage Shelf for Bathroom, 3M Self Adhesive No Drillin...
2,388
$27.93
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Add to cart

Travel Water Flosser, Mini Portable Oral Irrigator, Telescopic Water Tank, 4 Nozzles, Unique Light, IPX7 Waterproof (Green)
138
$33.30
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Add to cart

amazon prime

Secure checkout

[redacted]

Change

Add delivery instructions

[redacted]

Change

Use a gift card, voucher, or promo code

### Arriving Sep 17, 2024 - Sep 19, 2024

The Negg Boiled Egg Peeler Black
**$16.40**
Ships from Imaginary Visions Ecommerce LLC
Sold by Imaginary Visions Ecommerce LLC

**Quantity:** 1 Change

Gift options not available

**Choose your delivery option:**

- ○ **Friday, Sep 13 - Monday, Sep 16** $9.25 - Delivery
- ● **Tuesday, Sep 17 - Thursday, Sep 19** FREE Delivery

Place your order

**Order total: $17.38**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $16.40 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $0.98 |
| **Order total:** | **$17.38** |

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime | Deliver to Stanley Sewickley 15143 | All | Search Amazon | EN | Hello, brian Account & Lists | Returns & Orders | 0

All | Medical Care | Amazon Basics | Buy Again | Best Sellers | Customer Service | Pharmacy | Groceries | Toys & Games | Keep Shopping For | prime THURSDAY NIGHT FOOTBALL | 26 : 44 : 14

Your Account › Your Orders › Order Details

# Order Details

Ordered on September 11, 2024 | [redacted]

View or Print invoice

**Shipping Address**
[redacted]
United States
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $16.40 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $16.40 |
| Estimated tax to be collected: | $0.98 |
| **Grand Total:** | **$17.38** |

See tax and seller information

**Arriving September 17 - September 19**

The Negg Boiled Egg Peeler Black
Sold by: Imaginary Visions Ecommerce LLC
$16.40
Buy it again

Track package
Cancel items
Write a product review

**Recommended for you based on The Negg Boiled Egg Peeler Black** Page 1 of 6

DASH Deluxe Rapid Egg Cooker for Hard Boiled, Poached, Scrambled Eggs, Omelets, Steame…
38,189
1K+ viewed in past week
-11% $24.99
Typical: ~~$27.99~~
prime FREE One-Day Get it Tomorrow, Sep 12

DASH Rapid Egg Cooker: 6 Egg Capacity Electric Egg Cooker for Hard…
124,387
8K+ viewed in past week
#1 Best Seller
$18.99
prime FREE One-Day Get it Tomorrow, Sep 12

Evoloop Rapid Egg Cooker Electric 6 Eggs Capacity, Soft, Medium, Hard Boiled, Poacher,…
1,797
1K+ viewed in past week
-8% $29.99
List: ~~$32.49~~
Get it as soon as Tuesday, Sep 17
FREE Shipping by Amazon

NobleEgg Egg Timer Pro | Soft Hard Boiled Egg Timer That Changes Color When Done | No BPA,…
7,654
500+ viewed in past week
-36% $6.99
List: ~~$10.99~~
prime FREE One-Day Get it Tomorrow, Sep 12

## Recommended based on your shopping trends

Sponsored

EcoKind Premium Gold Yak Cheese Himalayan Dog Chews, Dog Treats Large Breed, All Natural, High Protein, for
18,758
$20.77 prime

Nerf Dog Three Toy Gift Set: Crunch Ball, Spike LED Squeak Ball, and Squeak Football Gift Set
1,303
$23.99 prime

UNISE 2PCS 3.15" Dog Balls for Aggressive Chewers, Indestructible Dog Ball, Puppy Chew Toys for Teething, Dog
214
$15.99 prime

VANFINE Tough Squeaky Dog Toys for Aggressive Chewers - Dog Chew Toys for Aggressive Chewers Large Breed
28,159
$12.99 prime

Monster K9 Indestructible Ring Ball - Lifetime Replacement - Medium & Large Breeds - Ultra Durable Dog Toy
3,438
$24.99 prime

Pup's Pick Squeaky Tennis Balls for Dogs - 2.5" Dog Tennis Balls, 12-Pack in Bright Colors (Yellow Blue Pink
81
$18.95 prime

Volacopets Large Indestructible Dog Balls, Tumbler Dog Balls for Aggressive Chewer, Dog Fetch Toy, Tough Dog
2
$12.98 prime

## Recommended based on your purchase history

Sponsored

DROWSY Eyelash Protecting Silk Sleep Mask for Natural Lashes & Extensions. Deep Eye Cups, Zero Pressure,
26
$89.00 prime

Blackwood Grain Free Small Breed Dry Dog Food, Turkey & Lentils Recipe, 4.5 Pound Bag for All Life Stages, Slow
25
$21.66 prime

DOVR Sleep Eye Masks, Unisex, Zero Eye Pressure 3D Sleeping Mask, 100% Light Blocking Patented
$28.99 prime

DERMAdoctor Lucky Bamboo Probiotic Fermented Wasabi Pressed Serum, 1.69 fl oz
57
$33.00 prime

DERMAdoctor Picture Porefect Oil-Free Gel Moisturizer, 1.69 fl oz
86
$32.00 prime

Blackwood Puppy & Performance Dry Dog Food, Chicken Meal with Ancient Grains, 4.5 Pound Bag for Growing
27
$17.99 prime

Sleep Monkey X | Ultra-Comfort Sleep Mask: Experience Serene Slumber Anywhere | Best Comfortable Sleeping
2
$40.00 prime

# Seller Display Name

# MARKETING FOREVER VISUET LLC

# Seller ID

# A3HB6FW8URIS6W





amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Toys & Games Groceries Keep Shopping For Shop By Interest Household, Health & Baby Care Amazon Home Amazon Business Livestreams THURSDAY NIGHT FOOTBALL 08:57:49

Sponsored

‹ Back to results

**Purchased 11 times**
Last purchased May 21, 2020
Color: Yellow | View order
Set reminder

Roll over image to zoom in

6 VIDEOS

# The Negg Boiled Egg Peeler Yellow

Visit the NEGG Store
3.9 ★★★★☆ 9,298 ratings
100+ bought in past month

$16^90

**Get a $100 Gift Card:** Pay $0.00 ~~$16.90~~ upon approval for Prime Visa. No annual fee.

May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: **Yellow**

| | |
|---|---|
| **Brand** | NEGG |
| **Recommended Uses For Product** | Hard-Boiled Eggs |
| **Color** | Yellow |
| **Special Feature** | Sturdy, Compact |
| **Product Dimensions** | 3"L x 3"W |

**About this item**

- Add 1/4 cup (Negg capful) of water to the Negg. Add your hard-boiled egg and snap on the top cap.
- Now you're ready to slip the egg out of its shell. SHAKE the Negg up and down with enough force so that the egg strikes the caps. Remember to take it a little easy, or you will end up with a slushy mess complete with shells.
- Shake until you feel the shell begin to "soften" - approximately 4 to 12 times. Timing will vary. The body is clear so you can watch the progress.
- When you see the white of the egg appear, you're done. Mission Accomplished. The egg will then slip out of its shell.
- If the egg is a reluctant sheller you may have to break the membrane after shaking to get the shell to release. This can happen with extremely fresh eggs, and is not the norm.

**Additional Details**

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Sponsored

$16^90

FREE delivery **September 19 - 23**. Details

Or fastest delivery **Monday, September 16**. Order within 5 hrs 58 mins. Details

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | MARKETING FOREVER VISUET LLC |
| Sold by | MARKETING FOREVER VISUET LLC |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

Add to List

**Other sellers on Amazon**

New & Used (8) from $12^95 prime

Sponsored

## Frequently bought together

Total price: $35.94
Add both to Cart

Some of these items ship sooner than the others.
Show details

**This item:** The Negg Boiled Egg Peeler Yellow $16^95 prime

DASH Electric Egg Cooker, 6 Egg Capacity - Yellow $18^99

## Based on your recent views

Sponsored

- Corn Cob Stripper,Corn Peeler for Corn On The Cob,Corn Cutter to Cut Corn Off The C... $7^98 Save 5% with coupon
- Egg shell Opener, Egg Shell Cutter, 2024 new Egg shell opener for boiling egg top, ... $7^99
- Crawfish Peeler, Crawfish Tail Peeler, Crawfish Shucker, Portable Universal Crayfis... 1 $3^99 prime
- Brush - The Original Egg Brush (Large - XL), Silicone Egg Cleaning Brush, Reusable ... 57 $20^00 ($20.00/Count) prime
- 4PCS Crawfish Peeler,Crawfish Shucker,Crawfish Sheller Seafood Tool for... $12^99 prime
- Stainless Steel Long Handle Corn Peeling Tool,Corn Cob Peeler,Corn Peeler... $6^99
- Prepworks by Progressive Compact Egg Slicer,white, red and yellow 1,800 Amazon's Choice $15^99 prime
- Crawfish Sheller Tool Crawfish Peeler, Craw Shucker, Crayfish Shelling Tool, C... 3 $9^99 prime

## Customers frequently viewed

Sponsored | Popular products in the last 7 days

- Corn Peeler for Corn on the Cob, Corn Peeler, Corn on the Cob Remover, Fast and Saf... $8^98 prime Save 6% with coupon
- Zyliss 3-in-1 Mango Slicer, Peeler and Pit Remover Tool - Kitchen Mango Depitter & ... 4,499 $18^99 prime
- Scotty Peeler Label and Sticker Remover - Single Metal Peeler -SP2 855 $7^99 prime
- Corn Peeler For Corn On The Cob, Stainless Steel Corn Peeler, Corn on the Cob Remove... 5 $8^99 prime Save 5% with coupon
- Farberware Euro Peeler, a Kitchen Essential for Quick and Easy Peeling of Produce, ... 3,221 $7^99 prime
- Newness Corn Stripper Peeler, Corn Cutter with Cup, 304 Stainless Steel Cob Corn Th... 977 $19^99 prime
- Spring Chef Premium Swivel Vegetable Peeler, Black 39,599 #1 Best Seller $7^99 prime
- Fshow Corn Stripper, Corn Peeler,Quickly Remove Kernels Fron Corn 471 $15^99 prime Save $2.00 with coupon

## Videos

**Videos for this product**

- 2:28 Customer Review: Took some practice. Saves time! Nancy R
- 0:56 Easily Peel Boiled Eggs with The Negg Boiled Egg Peeler Mad About Cooking At Home
- 4:13 Does the egg shell REALLY come off in one piece? MARCY MCKENNA
- 0:44 Customer Review: Works great once you figure out how much... Eric R.
- My new best fri... DoveSoup

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0
All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Toys & Games Groceries Keep Shopping For prime THURSDAY NIGHT FOOTBALL 08:58:53

# MARKETING FOREVER VISUET LLC

Visit the MARKETING FOREVER VISUET LLC storefront

Just launched | No feedback yet

**The Negg Boiled Egg Peeler Yellow**

$16.90

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

MARKETING FOREVER VISUET LLC is committed to providing each customer with the highest standard of customer service.

**Have a question for MARKETING FOREVER VISUET LLC?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** MARKETING FOREVER VISUET LLC
**Business Address:**
9492 PEACH AVE
HESPERIA
CA
92345
US

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help















amazon prime [redacted] MARKETING FOREVER VISUET LLC Search Amazon EN [redacted] Returns & Orders 0

All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Toys & Games Groceries Keep Shopping For Shop By Interest Household, Health & Baby Care

10 results Sort by: Featured

Shop now

Sponsored

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.

Blue Sea Systems 9001E e-Series Battery Switch, Selector 4 Position, Red
1,411
500+ bought in past month
$37.99 List: ~~$64.40~~
FREE delivery **Sep 19 - 23**
Or fastest delivery **Mon, Sep 16**
Add to cart

The Negg Boiled Egg Peeler Yellow
9,298
100+ bought in past month
$16.90
FREE delivery **Sep 19 - 23**
Or fastest delivery **Mon, Sep 16**
Small Business
Add to cart

Andoer DSLR Professional Camera Lens Spanner Wrench Opening Opening Tool 3 Tips 10-100 mm for Canon Nikon Sony Olympus
388
$23.94
FREE delivery **Sep 19 - 23**
Or fastest delivery **Mon, Sep 16**
Add to cart

POWERLIX Leg Sleeve - Best Knee Brace for Leg Pain for Men & Women Knee Support for Running, Basketball, Volleyball, Weightlifting, Gym, Workout, Sports...
58,404
50+ bought in past month
$29.94 **FSA or HSA eligible**
FREE delivery **Sep 19 - 23**
Or fastest delivery **Mon, Sep 16**
Add to cart

Hario V60 "Buono" Gooseneck Drip Kettle, 1200ml, Matte Black
10,964
$46.80 Typical: ~~$49.50~~
FREE delivery **Sep 19 - 23**
Or fastest delivery **Mon, Sep 16**
Add to cart

Gummy Dog Leash, Biothane, Dog Training Leash, Waterproof, Weatherproof, 6 Foot Length for Small, Medium & Large Dogs or Puppies, Various Sizes & Colors
904
$25.94 ($25.94/Count)
FREE delivery **Sep 19 - 23**
Or fastest delivery **Mon, Sep 16**
Small Business
Add to cart

Socks
57
$11.15 Typical: ~~$19.99~~
FREE delivery **Sep 19 - 23**
Or fastest delivery **Mon, Sep 16**
Add to cart

Calypso Basics by Reston Lloyd Powder Coated Enameled Colander, 1.5 Quart, White
3,225

amazon prime

Secure checkout

[redacted]

Change

Add delivery instructions

[redacted]

Change

Use a gift card, voucher, or promo code

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $16.90 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.01 |
| **Order total:** | **$17.91** |

**Arriving Sep 19, 2024 - Sep 23, 2024**

The Negg Boiled Egg Peeler Yellow
**$16.90**
Ships from MARKETING FOREVER VISUET LLC
Sold by MARKETING FOREVER VISUET LLC

**Quantity:** 1 Change

Gift options not available

**Choose your delivery option:**

- **Monday, Sep 16**
  $11.19 - Delivery
- **Tuesday, Sep 17 - Wednesday, Sep 18**
  $9.19 - Delivery
- **Thursday, Sep 19 - Monday, Sep 23** (selected)
  FREE Delivery

Place your order

**Order total: $17.91**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0
All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Toys & Games Groceries Keep Shopping For prime THURSDAY NIGHT FOOTBALL 08 : 54 : 46

Your Account › Your Orders › Order Details

# Order Details

Ordered on September 12, 2024 | [redacted]

View or Print invoice

**Shipping Address**
[redacted]
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $16.90 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $16.90 |
| Estimated tax to be collected: | $1.01 |
| **Grand Total:** | **$17.91** |

See tax and seller information

**Arriving September 19 - September 23**

The Negg Boiled Egg Peeler Yellow
Sold by: MARKETING FOREVER VISUET LLC
$16.90
Buy it again

Track package
Cancel items
Write a product review

**Recommended for you based on The Negg Boiled Egg Peeler Yellow** Page 1 of 6

DASH Electric Egg Cooker, 6 Egg Capacity - Yellow
124,411
100+ viewed in past week
#1 Best Seller
$18.99

BELLA Rapid Electric Egg Cooker and Poacher with Auto Shut Off for Omelet, Soft, Medium…
1,158
Amazon's Choice
-24% $19.07
List: ~~$24.99~~
prime FREE One-Day Get it Tomorrow, Sep 13

ICO Stainless Steel Egg Topper and Perfect Egg Opener for Soft Boiled…
3,786
200+ viewed in past week
Amazon's Choice
-29% $8.49
List: ~~$11.99~~
prime FREE One-Day Get it Tomorrow, Sep 13

OXO Good Grips Egg Slicer,White/Black, CD
15,622
1K+ viewed in past week
Amazon's Choice
$11.96
prime FREE One-Day Get it Tomorrow, Sep 13

## Recommended based on your shopping trends

Sponsored

EcoKind Premium Gold Yak Cheese Himalayan Dog Chews, Dog Treats Large Breed, All Natural, High Protein, for
18,628
$20.77 prime

ESYLIF 3 Pack Dog Toy Balls,Interactive Dog Toys, New Dog Gifts,Dog Water Toys,Teething Toys for Aggressive
29
$22.99 prime

Nerf Dog Three Toy Gift Set: Crunch Ball, Spike LED Squeak Ball, and Squeak Football Gift Set
1,303
$23.99 prime

ULTIMATE PET NUTRITION Nutra Bites Freeze Dried Raw Single Ingredient Training Treats Food Topper for
768
$15.99 prime

VANFINE Tough Squeaky Dog Toys for Aggressive Chewers - Dog Chew Toys for Aggressive Chewers Large Breed
28,160
$12.99 prime

ALLRIER Interactive Dog Toys Tug of War, Mentally Stimulating Toys for Dogs, Puppy Teething Toys for
7,692
$14.99 prime

Monster K9 Indestructible Ring Ball - Lifetime Replacement - Medium & Large Breeds - Ultra Durable Dog Toy
3,440
$24.99 prime

## Recommended based on your purchase history

Sponsored

SEAMANTIKA Puffy Eyes Treatment Instant results – Naturally Eliminate Wrinkles, Puffiness, Dark Circle and Bags in
4,899
$29.97 prime

Solvaderm Ace-Ferulic Skin Damage Restoration & Photo Aging Defense Serum With a Triple Blend of
39
$63.00

TRUGARI - Vitamin C + Hyaluronic Acid Face Serum, Ultra-Radiance Skin Care Treatment, Hydrating Vitamin C
33
$39.97 prime

Gold Bond Age Renew Crepe Corrector Body Lotion, Replenishing & Smoothing Formula, 8 oz.
33,865
$10.49 prime

BY CARIOLA Collagen Coenzime Q10 Face & Body Cream 4 oz - Skin Moisturizing - Firmness & Elasticity Support -
$19.95 prime

Elite Vitamin C Serum for Face with Hyaluronic Acid, Pure Aloe Vera Gel, Vitamin E Oil: Anti Aging Skin Firming Serum,
176
$14.99 prime

2PCS Botox Face Serum, Botox Liquid Solution Serum, Stock Solution Facial Serum, Containing Aloe, Vitamin C & E,
5
$16.99 prime

# Seller Display Name

# OL16 LLC

# Seller ID

# A14FLN1FOIUMMU

















amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0
All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Toys & Games Groceries Keep Shopping For Shop By Interest Household, Health & Baby Care Amazon Home Amazon Business Livestreams 09:03:46
Sponsored

‹ Back to results

**Purchased 14 times**
Last purchased Feb 24, 2021
Color: Red | View order
Set reminder

Roll over image to zoom in

7 VIDEOS

## The Negg Boiled Egg Peeler - Red

Visit the NEGG Store
3.9 9,298 ratings
200+ bought in past month

$16.90

**Get a $100 Gift Card:** Pay $0.00 ~~$16.90~~ upon approval for Prime Visa. No annual fee.

May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: **Red**

| | |
|---|---|
| **Brand** | NEGG |
| **Color** | Red |
| **Special Feature** | Sturdy, Compact |
| **Product Dimensions** | 3"L x 3"W |
| **Handle Material** | Plastic |

### About this item

- Add 1/4 cup (Negg capful) of water to the Negg. Add your hard-boiled egg and snap on the top cap.
- SHAKE the Negg up and down with enough force so that the egg strikes the caps. Remember to take it a little easy, or you will end up with a slushy mess complete with shells.
- Shake until you feel the shell begin to "soften" - approximately 4 to 12 times. Timing will vary. The body is clear so you can watch the progress.
- When you see the white of the egg appear, you're done. Mission Accomplished. Now you're ready to slip the egg out of its shell.
- If the egg is a reluctant sheller you may have to break the membrane after shaking to get the shell to release. This can happen with extremely fresh eggs, and is not the norm.

### Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Sponsored

$16.90

FREE delivery **September 18 - 20**. Details

Or fastest delivery **Monday, September 16**. Order within 6 hrs 3 mins. Details

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | OL16 LLC |
| Sold by | OL16 LLC |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

Add to List

**Other sellers on Amazon**

New & Used (8) from $12.99 prime FREE One-Day

Sponsored

## Frequently bought together

+

**This item:** The Negg Boiled Egg Peeler - Red
$16.95 prime

DASH Rapid Egg Cooker: 6 Egg Capacity Electric Egg Cooker for Hard Boiled Eggs, Poached Egg...
$18.99 prime

Total price: $35.94
Add both to Cart

These items are shipped from and sold by different sellers.
Show details

## 4 stars and above

Sponsored

Zulay Kitchen Executive Series Milk Frother Wand - Upgraded & Improved Stand - Idea... 214,457 #1 Best Seller Limited time deal -21% $19.79 List Price: $24.99 prime

DASH Rapid Egg Cooker: 6 Egg Capacity Electric Egg Cooker for Hard Boiled Eggs, Poa... 124,388 #1 Best Seller $18.99 prime

Washing Machine Cleaner Descaler 24 Pack - Deep Cleaning Tablets For HE Front Loade... 126,459 $18.95 ($0.79/Count) prime Climate Pledge Friendly

Fullstar Vegetable Chopper - Food Chopper - Onion Chopper - Vegetable Slicer & Spir... 109,788 #1 Best Seller Limited time deal -50% $24.86 List Price: $49.99 prime

Lysol Disinfectant Laundry Sanitizer & Scent Booster, Laundry Detergent Additive, C... 92,173 $12.97 ($0.14/fl oz) prime

VIVOSUN 6.5 Inch Gardening Scissors Hand Pruner Pruning Shear with Straight Stainle... 60,964 $6.99 prime Save 5% with coupon

Spring Chef Premium Swivel Vegetable Peeler, Black 39,599 #1 Best Seller $7.99 prime

Gizmo Snap N Strain & Pasta Strainer - Adjustable Silicone C On Strainer for... 38,331 $12.99 prime

## Customers frequently viewed

Sponsored | Popular products in the last 7 days

Corn Peeler for Corn on the Cob, Corn Peeler, Corn on the Cob Remover, Fast and Saf... $8.98 prime Save 6% with coupon

Farberware Euro Peeler, a Kitchen Essential for Quick and Easy Peeling of Produce, ... 3,221 $7.99 prime

Corn Stripper, Corn Peeler,Quickly Remove Kernels From Corn 471 $15.99 prime Save $2.00 with coupon

Zyliss 3-in-1 Mango Slicer, Peeler and Pit Remover Tool - Kitchen Mango Depitter & ... 4,499 $18.99 prime

Spring Chef Premium Swivel Vegetable Peeler, Black 39,599 #1 Best Seller $7.99 prime

Label and Sticker Remover - Single Metal Peeler -SP2 855 $7.99 prime

Newness Corn Stripper Peeler, Corn Cutter with Cup, 304 Stainless Steel Cob Corn Th... 977 $19.99 prime

Corn Peeler For Corn The Cob, Stainless S Corn Peeler, Corn on Cob Remove... 5 $8.99 prime Save 5% with coupon

## Videos

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Toys & Games Groceries Keep Shopping For prime THURSDAY NIGHT FOOTBALL 09:04:27

# OL16 LLC

Visit the OL16 LLC storefront

★★★★★ | **100% positive** lifetime (1 total ratings)

**The Negg Boiled Egg Peeler - Red**

$16.90

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

OL16 LLC is committed to providing each customer with the highest standard of customer service.

**Have a question for OL16 LLC?**

Ask a question

## Reviews

★★★★★ 5 out of 5

1 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

1 total ratings, 1 with feedback for Lifetime

★★★★★ "Worked perfectly"

By Dan on November 6, 2023.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** OL16 LLC
**Business Address:**
389 East Elm Drive
GERVAIS
OR
97026
US

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

amazon prime [redacted] OL16 LLC Search Amazon EN [redacted] Returns & Orders 0

All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Toys & Games Groceries Keep Shopping For Shop By Interest Household, Health & Baby Care

7 results Sort by: Featured

Shop now

Sponsored

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.

Best Seller

Modvel Foot & Ankle Brace Socks for Sprained Ankle Compression Sleeve - Foot Support for Women & Men - Tendonitis & Arthritis Ankle Brace Sports Running, Tor...

120

200+ bought in past month

$20.88 ($10.44/Count)

FSA or HSA eligible

FREE delivery **Sep 18 - 20**

Or fastest delivery **Mon, Sep 16**

1 sustainability feature

Small Business

Add to cart

The Negg Boiled Egg Peeler - Red

9,298

200+ bought in past month

$16.90

FREE delivery **Sep 18 - 20**

Or fastest delivery **Mon, Sep 16**

Small Business

Add to cart

Venum Elite Boxing Gloves

8,016

50+ bought in past month

$109.94

FREE delivery **Sep 18 - 20**

Or fastest delivery **Mon, Sep 16**

Add to cart

Aluratek HD 1080P Webcam, USB-C/USB-A, w/Built-in Speakers & Mic,Black,AWCS06F

327

$38.94

FREE delivery **Sep 18 - 20**

Or fastest delivery **Mon, Sep 16**

Small Business

Add to cart

Hosgor Compatible with iPhone 15 Pro Case 2023, Cute Haert Cover Compatible with Magsafe Design with Camera Lens Protection Soft TPU Shockproof Phone Cas...

719

$11.94 Typical: ~~$16.99~~

FREE delivery **Sep 18 - 20**

Or fastest delivery **Mon, Sep 16**

Add to cart

Hidden Camera Mini Body Camera HD 1080P Portable Cop Pocket Cam with Video Recorder Nanny Camera for Home Security, No WiFi Needed Indoor/Outdoor...

70

$39.94

FREE delivery **Sep 18 - 20**

Or fastest delivery **Mon, Sep 16**

Only 19 left in stock - order soon.

Add to cart

Black Car Oscillating Fan with Suction Cup,Mini Car USB Fan with Multi-Directional Hook,Clip On Portable Vehicle Fan Lighter Auto Camper Fan with 360 Degree...

Battery Powered

1

$23.44

FREE delivery **Sep 18 - 20**

Or fastest delivery **Mon, Sep 16**

Add to cart

amazon prime

Secure checkout

[redacted]

Change

Add delivery instructions

[redacted]

Change

Use a gift card, voucher, or promo code

**Arriving Sep 18, 2024 - Sep 20, 2024**

The Negg Boiled Egg Peeler - Red
**$16.90**
Ships from OL16 LLC
Sold by OL16 LLC

**Quantity:** 1 Change

Gift options not available

**Choose your delivery option:**

- ○ **Monday, Sep 16** $11.17 - Delivery
- ○ **Monday, Sep 16 - Tuesday, Sep 17** $9.17 - Delivery
- ● **Wednesday, Sep 18 - Friday, Sep 20** FREE Delivery

Place your order

**Order total: $17.91**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $16.90 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.01 |
| **Order total:** | **$17.91** |

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Toys & Games Groceries Keep Shopping For prime THURSDAY NIGHT FOOTBALL 09 : 00 : 51

Your Account › Your Orders › Order Details

# Order Details

Ordered on September 12, 2024 | [redacted]

View or Print invoice

**Shipping Address**
[redacted]
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $16.90 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $16.90 |
| Estimated tax to be collected: | $1.01 |
| **Grand Total:** | **$17.91** |

See tax and seller information

**Arriving September 18 - September 20**

The Negg Boiled Egg Peeler - Red
Sold by: OL16 LLC
$16.90
Buy it again

Track package
Cancel items
Write a product review

**Recommended for you based on The Negg Boiled Egg Peeler - Red**

Page 1 of 7

DASH Deluxe Electric Egg Cooker, Red - 12 Capacity, Includes Poaching Tray, Omelet Bowl, Egg Hold…
38,188
100+ viewed in past week
-11% $24.99
Typical: ~~$27.99~~
prime FREE One-Day Get it Tomorrow, Sep 13

DASH Rapid Egg Cooker: 6 Egg Capacity Electric Egg Cooker for Hard…
124,411
2K+ viewed in past week
#1 Best Seller
$18.99
prime FREE One-Day Get it Tomorrow, Sep 13

BELLA Rapid Electric Egg Cooker and Omelet Maker with Auto Shut Off, for Easy to Peel, Poach…
1,220
200+ viewed in past week
$24.99
prime FREE Delivery Monday, Sep 16

NobleEgg Egg Timer Pro | Soft Hard Boiled Egg Timer That Changes Color When Done | No BPA,…
7,656
500+ viewed in past week
-36% $6.99
List: ~~$10.99~~
prime FREE One-Day Get it Tomorrow, Sep 13

## Recommended based on your shopping trends

Sponsored

EcoKind Premium Gold Yak Cheese Himalayan Dog Chews, Dog Treats Large Breed, All Natural, High Protein, for
18,628
$20.77 prime

ESYLIF 3 Pack Dog Toy Balls,Interactive Dog Toys, New Dog Gifts,Dog Water Toys,Teething Toys for Aggressive
29
$22.99 prime

Nerf Dog Three Toy Gift Set: Crunch Ball, Spike LED Squeak Ball, and Squeak Football Gift Set
1,303
$23.99 prime

ULTIMATE PET NUTRITION Nutra Bites Freeze Dried Raw Single Ingredient Training Treats Food Topper for
768
$15.99 prime

VANFINE Tough Squeaky Dog Toys for Aggressive Chewers - Dog Chew Toys for Aggressive Chewers Large Breed
28,160
$12.99 prime

ALLRIER Interactive Dog Toys Tug of War, Mentally Stimulating Toys for Dogs, Puppy Teething Toys for
7,692
$14.99 prime

Monster K9 Indestructible Ring Ball - Lifetime Replacement - Medium & Large Breeds - Ultra Durable Dog Toy
3,440
$24.99 prime

## Recommended based on your purchase history

Sponsored

Gruns Daily Gummies, Super Greens Gummies - Organic Spirulina and Chlorella, Prebiotics for Digestive & Gut Health -
502
$45.00 prime

Vitafusion Vitamin D3 Gummy Vitamins for Bone and Immune System Support, Peach, Blackberry and
51,907
$10.98 prime

MiraFIBER Gummies | From The Gut Experts at MiraLAX | 8g of Daily Prebiotic Fiber with B Vitamins to Support
3,731
$15.94 prime

Generic Knife Sharpeners, 4 Stage Kitchen Knives and Scissors Sharpening Tool, Professional Chef's
2
$22.79 prime

Clean Nutraceuticals Slippery Elm 5000mg Psyllium Husk 2000mg Pre Probiotic Digestive Gut Health Supplement
497
$24.95 prime

Planet Rice Power Blend - Brown Rice + Tri Color Quinoa + Wild Rice for Meal Prep and Bulk Cooking - Gluten-Free,
48
$50.99 prime

V ITAMINA Fiber Gummies - 5g Dietary Fiber Supplement Supports Digestive Health & Regularity -
99
$17.99 prime

## Your Browsing History View or edit your browsing history

# Seller Display Name

# OSCARLETT COMPANY LLC

# Seller ID

# A1MF3QLGIBNRG5

















amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Groceries Toys & Games Keep Shopping For Shop By Interest Household, Health & Baby Care Amazon Home Amazon Business Livestreams prime THURSDAY NIGHT FOOTBALL 26 : 41 : 45

Sponsored

‹ Back to results

**Purchased 4 times**
Last purchased Jul 30, 2024
Color: White | View order
Set reminder

Click image to open expanded view

2 VIDEOS

# The Negg Boiled Egg Peeler White

Visit the NEGG Store
3.9 ★★★★☆ 9,297 ratings
500+ bought in past month

-6% $15⁸⁹
Typical price: ~~$16.95~~

Get a $100 Gift Card: Pay $0.00 ~~$15.89~~ upon approval for Prime Visa. No annual fee.

May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: **White**

$16.39 | $16.89 | $15.89

- Add 1/4 cup (Negg capful) of water to the Negg. Add your hard-boiled egg and snap on the top cap.
- Now you're ready to slip the egg out of its shell. SHAKE the Negg up and down with enough force so that the egg strikes the caps. Remember to take it a little easy, or you will end up with a slushy mess complete with shells.
- Shake until you feel the shell begin to "soften" - approximately 4 to 12 times. Timing will vary. The body is clear so you can watch the progress.
- When you see the white of the egg appear, you're done. Mission Accomplished. The egg will then slip out of its shell.
- If the egg is a reluctant sheller you may have to break the membrane after shaking to get the shell to release. This can happen with extremely fresh eggs, and is not the norm.

**Additional Details**

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Sponsored

$15⁸⁹

FREE delivery **September 17 - 19**. Details

Or fastest delivery **September 13 - 16**. Details

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | OSCARLETT COMPANY LLC |
| Sold by | OSCARLETT COMPANY LLC |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

Add to List

**Other sellers on Amazon**

New & Used (9) from $15⁵⁹
prime FREE One-Day

Sponsored

## Frequently bought together

**This item:** The Negg Boiled Egg Peeler White
$15⁹³ prime

DASH Rapid Egg Cooker: 6 Egg Capacity Electric Egg Cooker for Hard Boiled Eggs, Poached Egg...
$18⁹⁹ prime

Total price: $34.92
Add both to Cart

These items are shipped from and sold by different sellers.
Show details

## Customers frequently viewed

Sponsored | Popular products in the last 7 days

- Corn Peeler for Corn on the Cob, Corn Peeler, Corn on the Cob Remover, Fast and Saf... $8⁹⁸ prime Save 6% with coupon
- Pelamatic Electric Fruit Peeler - Versatile Automatic Orange, Apple, Potato Peeler ... $89⁹⁹ prime
- YMJOINMX Manual Quail Egg Peeler Machine Quail Egg Sheller Household Quail Egg... ★★★★☆ 123 $33⁹⁹ prime
- FANTEXY Corn Peeler, Corn Cob Stripper Corn Stripper Tool, Soft Grip Corn Peeler fo... ★★★★☆ 10 $9⁹⁸ prime Save 10% with coupon
- Farberware Euro Peeler, a Kitchen Essential for Quick and Easy Peeling of Produce, ... ★★★★☆ 3,222 $7⁹⁹ prime
- NEW Long Handle Stainless Steel Corn Stripping Tool, corn peeler for corn on the... ★★★★★ 4 $12⁹⁹ prime Save 5% with coupon
- Peleg Design CatPeeler Cute Vegetable Peeler, Cat Design Peeler for Potato Carrot F... ★★★★☆ 112 $12⁹⁹ prime
- Upgraded Apple Peel and Corer for Apple F Citrus Manual Rotatir Kitchen Gadge... ★★★★☆ 201 $18⁹⁹ ($9.50/Count) prime

## Based on your recent views

Sponsored

- Brush - The Original Egg Brush (Large - XL), Silicone Egg Cleaning Brush, Reusable ... ★★★★☆ 57 $20⁰⁰ ($20.00/Count) prime
- Boiled Egg Peeler,Boiled Egg Extractor Egg Shell Peeler Huller Portable Kitchen Too... ★★☆☆☆ 2 $24¹¹ prime
- Egg Shell Opener, Egg Peeler,Boiled Egg Peeler,Egg Shell Cutter For Boiled Eggs Top... $10⁹⁹ Save 8% with coupon
- Egg Slicer for Hard Boiled Eggs Banana Slicer, Aluminium & Stainless Steel Wires St... ★★★★☆ 318 $14⁹⁹ prime
- 2 Pcs Egg Peeler for Hard Boiled Eggs, Egg Hole Puncher Poker Egg Separator Tools f... ★★★★☆ 4 $6⁹⁹ prime
- Boiled Egg Extractor Egg Shell Peeler Huller Portable Kitchen Tools Egg Shell Remov... ★☆☆☆☆ 1 $19⁰² prime Save 6% with coupon
- Egg Slicer for Hard Boiled Eggs Banana Slicer, Aluminium & Stainless Steel Wires... ★★★★☆ 243 $14⁹⁹ prime
- Corn Peeler for Corn on the Cob, Corn Peeler, Corn on the Cob Remover, Fast and Sa $8⁹⁸ prime Save 6% with coupon

## Videos

**Videos for this product**

- 0:56 Easily Peel Boiled Eggs with The Negg Boiled Egg Peeler — Mad About Cooking At Home
- 4:13 Does the egg shell REALLY come off in one piece? — MARCY MCKENNA
- 0:42 SHAKE & PEEL ! let's put it to the test - UNBOX & TRY IT OUT — 30mo Fishing
- 0:40 Customer Review: Easy to use. It works! — hulavickiwicki
- Peel those eggs — The Parent Game

Upload your video

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Groceries Toys & Games Keep Shopping For prime THURSDAY NIGHT FOOTBALL 26:43:00

# OSCARLETT COMPANY LLC

Visit the OSCARLETT COMPANY LLC storefront

**0% positive** lifetime (1 total ratings)

**The Negg Boiled Egg Peeler Black**

$16.39

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

OSCARLETT COMPANY LLC is committed to providing each customer with the highest standard of customer service.

**Have a question for OSCARLETT COMPANY LLC?**

Ask a question

## Reviews

1 out of 5 Lifetime
1 ratings

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 100% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

1 total ratings, 1 with feedback for Lifetime

"The item I received appears to be a fake. It is represented as a Yamazaki product but does not appear to be the same product. Quality is very poor."

By Amazon Customer on January 24, 2024.

"We understand the inconvenience this may cause,and we sincerely apologize for any inconvenience this situation has caused.If you have any further questions or c..."
Read more

By OSCARLETT COMPANY LLC on March 7, 2024.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** OSCARLETT COMPANY LLC
**Business Address:**
4419 Rosa Ave
EL PASO
TX
79905
US

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

amazon prime [redacted] OSCARLETT COMPANY LLC Search Amazon EN [redacted] Returns & Orders 0

All Medical Care Amazon Basics Buy Again Best Sellers Customer Service Pharmacy Groceries Toys & Games Keep Shopping For Shop By Interest Household, Health & Baby Care

7 results Sort by: Featured

**Department**
Automotive
Patio, Lawn & Garden

**Customer Reviews**
& Up

**Condition**
New

**Availability**
Include Out of Stock

Shop now
Sponsored

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.

The Negg Boiled Egg Peeler White
9,297
500+ bought in past month
$15.89 Typical: ~~$16.95~~
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Small Business
Add to cart

Best Seller

Modvel Foot & Ankle Brace Socks for Sprained Ankle Compression Sleeve - Foot Support for Women & Men - Tendonitis & Arthritis Ankle Brace Sports Running, Tor...
120
200+ bought in past month
$17.78 ($8.89/Count) List: ~~$20.93~~
**FSA or HSA eligible**
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
1 sustainability feature
Small Business
Add to cart

Homiest 3D Ocean Tapestry Wall Hanging Sun Sunset Sea Beach Landscape Tapestry Window Tapestries for Bedroom Living Room Home Decor 60x80 Inches
754
$17.04 Typical: ~~$17.99~~
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Only 15 left in stock - order soon.
Add to cart

5 Pcs 3.5 Inches Hard Disk Drive Protection Storage Box Case for State Disk HDD Case SSD Case Shockproof Anti Static
3
$24.23 ($4.85/Count) Typical: ~~$25.99~~
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Add to cart

Calypso Basics by Reston Lloyd Powder Coated Enameled Colander, 1.5 Quart, White
3,225
$24.94 Typical: ~~$26.90~~
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Add to cart

Socks
57
$11.14 Typical: ~~$19.99~~
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Add to cart

Nilight 2PCS 4 Inch Round Red Amber LED Trailer Tail Lights 16LEDs w/Flush Mount Grommet IP67 Waterproof Stop Brake Turn Signal Running Tail Light for Trucks...
1,433
$28.93
FREE delivery **Sep 17 - 19**
Or fastest delivery **Sep 13 - 16**
Add to cart

amazon prime

Secure checkout

[redacted]

Change

Add delivery instructions

[redacted]

Change

Use a gift card, voucher, or promo code

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $15.89 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $0.95 |
| **Order total:** | **$16.84** |

**Arriving Sep 17, 2024 - Sep 19, 2024**

The Negg Boiled Egg Peeler White
**$15.89**
Ships from OSCARLETT COMPANY LLC
Sold by OSCARLETT COMPANY LLC

**Quantity:** 1 Change

Gift options not available

**Choose your delivery option:**

- **Friday, Sep 13 - Monday, Sep 16**
  $9.19 - Delivery
- **Tuesday, Sep 17 - Thursday, Sep 19** (selected)
  FREE Delivery

Place your order

**Order total: $16.84**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

# Order Details

Ordered on September 11, 2024 [redacted]

View or Print invoice

**Shipping Address**
[redacted]
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $15.89 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $15.89 |
| Estimated tax to be collected: | $0.95 |
| **Grand Total:** | **$16.84** |

See tax and seller information

**Arriving September 17 - September 19**

The Negg Boiled Egg Peeler White
Sold by: OSCARLETT COMPANY LLC
$15.89
Buy it again

Track package
Cancel items
Write a product review

**Recommended for you based on The Negg Boiled Egg Peeler White**

Page 1 of 6

DASH 6 Capacity Electric Egg Cooker - White (DECO005WH), include… 124,387
4K+ viewed in past week
#1 Best Seller
$18.99
prime FREE One-Day Get it Tomorrow, Sep 12

NobleEgg Egg Timer Pro | Soft Hard Boiled Egg Timer That Changes Color When Done | No BPA,… 7,654
500+ viewed in past week
-36% $6.99
List: ~~$10.99~~
prime FREE One-Day Get it Tomorrow, Sep 12

Upgrade Chicken Shredder Tool Twist, 10" Clear Lid Large Hand Held Twist Meat Grinder, Non-Slip, Heat Resistan… 13
1K+ viewed in past week
-25% $14.99
List: ~~$19.99~~
FREE Shipping by Amazon

DASH Deluxe Rapid Egg Cooker for Hard Boiled, Poached, Scrambled Eggs, Omelets, Steame… 38,189
300+ viewed in past week
-11% $24.99
Typical: ~~$27.99~~
prime FREE One-Day Get it Tomorrow, Sep 12

## Recommended based on your shopping trends

Sponsored

EcoKind Premium Gold Yak Cheese Himalayan Dog Chews, Dog Treats Large Breed, All Natural, High Protein, for
18,758
$20.77 prime

Nerf Dog Three Toy Gift Set: Crunch Ball, Spike LED Squeak Ball, and Squeak Football Gift Set
1,303
$23.99 prime

UNISE 2PCS 3.15" Dog Balls for Aggressive Chewers, Indestructible Dog Ball, Puppy Chew Toys for Teething, Dog
214
$15.99 prime

VANFINE Tough Squeaky Dog Toys for Aggressive Chewers - Dog Chew Toys for Aggressive Chewers Large Breed
28,159
$12.99 prime

Monster K9 Indestructible Ring Ball - Lifetime Replacement - Medium & Large Breeds - Ultra Durable Dog Toy
3,438
$24.99 prime

Pup's Pick Squeaky Tennis Balls for Dogs - 2.5" Dog Tennis Balls, 12-Pack in Bright Colors (Yellow Blue Pink
81
$18.95 prime

Volacopets Large Indestructible Dog Balls, Tumbler Dog Balls for Aggressive Chewer, Dog Fetch Toy, Tough Dog
2
$12.98 prime

## Recommended based on your purchase history

Sponsored

Unscented Dishwasher Pods by AspenClean, Dye-Free, Zero Plastic, EWG Verified™, Vegan, Eco-Friendly, Natural
295
$19.99 prime

Dermaka 5ml 25 Packets All-Natural Skin Cream- Moisturizing Lotion Formulated by a surgeon to aide in healing skin,
$27.50 prime

Seborrheic Face Cream - Relieves Seborrheic Dermatitis with MCT Oil, Squalane - Moisturizing Face and Body Anti Itch
4
$39.99 prime

Useful Products Multi Purpose Cleaning Paste - Shower, Window, and Grout Cleaner - All Purpose Cleaner for
28
$12.99 prime

Donna Karan Cashmere Mist Aluminum Free Deodorant Stick For Women, 100% Aluminum & Alcohol
1,114
$27.20 prime

Care Skincare Eye+Lip Nourishing Cream with Caffeine, Vitamin K, Vitamin C, and Peptides. De-Puffs and Reduces
57
$39.00 prime

Chicken Shredder 10.8 Inch with Separate Plate,Chicken Shredder tool twist Large,Visible Lid meat Shredder tool
2
$22.00 prime

## Your Browsing History

View or edit your browsing history

# Wish Store Name

# DQstore

# Wish Merchant ID

# 58ea0f6340fc1e15a3671b10









Home and Garden › Kitchenware › Kitchen Gadgets

1Pc Kitchen Creative Mini Automatic Hand-cranked Egg Sheller Egg Peeling Tool Eggshell Separator Home Decor

10147 merchant ratings

**$5.49**

Flat rate eligible

4 interest-free payments of $1.37 with afterpay or Klarna. Learn more

**Option:**

Black

**Add to cart**

Add to Wishlist

**Flat rate shipping**

$10
Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: Sep 25–Oct 2

**Standard shipping** $2.99
**Flat rate eligible**
Sep 25–Oct 2

**Ship to Store** $0.79
**Flat rate eligible**
Oct 9–14

## Shop with confidence

- Buyer Protection
- 30 day returns
- Easy access to support
- Secure, flexible payment options

Learn more

Items are sold and shipped by DQstore

You're viewing a top product

**Description** Show Less

Kitchen Creative Mini Automatic Hand-cranked Egg Sheller Egg Peeling Tool Eggshell Separator Home Decor
100% brand new and high quality!
Type: Eggshell separator
Color: Red, Yellow, White, Black, Green
Size: 8*9.6cm
Weight: 70G
Material: PP
Packing list: 1 x eggshell separator

**Reference Price by Seller** Show More

**Sold By** View store

DQstore
4.3 (10147)

**Report this listing for inaccurate information** Report

## Similar Items with 5-7 Day Shipping

$16.27
19

$20.58 ~~$23.43~~
560

$87
Flat rate eligible

$7.08 ~~$8.51~~
8

$20.67
Flat rate eligible

## Related Products

Skip to main content
Skip to navigation menu
Skip to footer

Contact, Policies & More

wish

What do you want to find?

Popular Express Blitz Buy Deals Hub Recently Viewed Trending Fashion Baby Gear Pet Accessories Gadgets Tools Health and Beauty More

## DQstore

**90%** positive | **10147** ratings | Seller since **2017**

4.3 Store Info

$9.72
Flat rate eligible

$5.49
Flat rate eligible

$4.36
Flat rate eligible

$9.72
Flat rate eligible

$4.78
Flat rate eligible

$5.49
Flat rate eligible

$11.13
Flat rate eligible

$3.64
Flat rate eligible

$4.07
Flat rate eligible

$5.48
Flat rate eligible

$3.51
Flat rate eligible

$3.36
Flat rate eligible

$5.06
Flat rate eligible

$6.19
Flat rate eligible

$4.92
Flat rate eligible

$4.49
Flat rate eligible

$1.95
Flat rate eligible

$5.06
Flat rate eligible

$11.84
Flat rate eligible

$4.64
Flat rate eligible

$3.93
Flat rate eligible

$1.39
Flat rate eligible

$4.77
Flat rate eligible

$3.65
Flat rate eligible

$2.66
Flat rate eligible

Skip to main content

Skip to navigation menu

Skip to footer

Contact, Policies & More

wish

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

## Shipping

[redacted]

Change

**How do you want to pay?**

VISA | DISCOVER | AMEX | Klarna. | afterpay | PayPal | G Pay

**Pay full amount**

Pay the order total $9.07 now and you're all set.

**4 interest-free payments of $2.27**

## Payment

[redacted]

Change

## Items in cart

**1Pc Kitchen Creative Mini Automatic Hand-cranked Egg Sheller Egg Peeling Tool Eggshell Separator Home Decor**

$5.49

Black

1

Remove

**Standard shipping: $2.99**

**Flat rate eligible**

Estimated delivery: Sep 25–Oct 2

**Ship to Store: $0.79**

**Flat rate eligible**

Estimated pickup: Oct 9–14

Pick up at a store near you

See all locations

$10

You're **$4.51** from **flat rate shipping**. Save on shipping by adding an eligible item to cart.

Learn more

## Order summary

Enter Promo Code | Apply

View available coupons →

| | |
|---|---|
| Item Total | $5.49 |
| Shipping | $2.99 |
| Standard (1 item): $2.99 | |
| Tax | $0.59 |
| Order Total | $9.07 |

**Place order**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

Contact, Policies & More



wish

What do you want to find? 🔍    F    🔔    ♡    🛒    📱 Get app

⭐ Popular    🧧 Express    ⚡ Blitz Buy    ❤️ Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Health and Beauty    More



✓ **Your order is on its way!**

Confirmation email sent to: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Change email address

**Continue Shopping**

**Shipping Address**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Change Address

**Payment Method**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Item Summary**
| | |
|---|---|
| Item Total | $5.49 |
| Shipping | $2.99 |
| Standard (1 item): $2.99 | |
| Tax | $0.59 |
| Order Total | $9.07 |

**Edit your Order**

📱 Sign up to get mobile updates on your delivery and promotions!    Get mobile updates

## Items in your order



**1Pc Kitchen Creative Mini Automatic Hand-cranked Egg Sheller Egg Peeling Tool Eggshell Separator Home Decor**
Black | Eligible for refund through Nov 8, 2024
Store: DQstore
$5.49

Preparing to ship (shipping by Sep 20, 2024)

**Continue Shopping**

Contact, Policies & More ∧

wish

What do you want to find? | Get app

Popular | Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More

Order History / Order Details

# Order details

Ordered on Sep 13, 2024 | Total: $9.07 [redacted]

**Shipping Address**

[redacted]

Change Address

**Payment Method**

[redacted]

**Item Summary**

| | |
|---|---|
| Item Total | $5.49 |
| Shipping | $2.99 |
| Standard (1 item): $2.99 | |
| Tax | $0.59 |
| Order Total | $9.07 |

**Items in your order**

**1Pc Kitchen Creative Mini Automatic Hand-cranked Egg Sheller Egg Peeling Tool Eggshell Separator Home Decor**

Black | Eligible for refund through Nov 8, 2024

Store: DQstore

$5.49

**Preparing to ship (shipping by Sep 20, 2024)**

Item details

Back to order history

## Recommended for you

$8.29 ~~$10.44~~
Flat rate eligible

$9.32
Flat rate eligible

$1.74
Flat rate eligible

$14.89
Flat rate eligible

$43.66
Flat rate eligil

Contact, Policies & More





