UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIRIGAN SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MORNING CHEF, *et. al.*,<br><br>Defendants. | Civil Action No.: 24-cv-01407-WSS |

**DEFENDANT YUHUAN AOBO PLASTIC
INDUSTRY CO.'S MOTION FOR
ADMISSION PRO HAC VICE OF ZHENG LIU**

Zheng Liu, undersigned counsel for Defendant Yuhuan Aobo Plastic Industry Co. hereby moves that Zheng Liu be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Yuhuan Aobo Plastic Industry Co. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Zheng Liu filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

///

///

///

Date: November 7, 2024					Respectfully submitted,

*[signature: Zheng Liu]*

_____
Zheng Liu
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Telephone: (650) 475-6289
Email: Andy.Liu@AptumLaw.us
California Bar Registration Number 279327

*Counsel for Defendant*
*Yuhuan Aobo Plastic Industry Co.*

2