Generated: Nov 8, 2024 4:09PM

# U.S. District Court

## Pennsylvania Western - Pittsburgh

**THIS IS A COPY**

Receipt Date: Nov 8, 2024 3:54PM

Zheng Liu

Rcpt. No: 200011647          Trans. Date: Nov 8, 2024 3:54PM          Cashier ID: #ET

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DPAW210ATTYPHVS /001<br>CLERK, U.S. DISTRICT COURT | 1 | 70.00 | 70.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $70.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $70.00 |
| Total Tendered: | $70.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** 2:24-1407

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.